UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREGORY K. TUCKER and
REBECCA TUCKER

CASE NO. C 11-03086 PJH

Plaintiff(s),

v.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

WRIGHT MEDICAL TECHNOLOGY,
INC., WRIGHT MEDICAL GROUP, INC.,
And DOES 1 through 100 inclusive,

Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:

☐    Non-binding Arbitration (ADR L.R. 4)

☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)

☐    Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

Private Process:

☑    Private ADR (please identify process and provider) <u>The parties have agreed to private mediation and will select a mutually agreeable mediator.</u>

---

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

- ☒ other requested deadline  The parties anticipate completing mediation by February 29, 2012.

CASSEL MALM FAGUNDES

Dated: 9/14/2011

*Joseph Fagundes* by THG

Joseph H. Fagundes
Thomas M. Gray
Attorneys for Plaintiffs Gregory K. Tucker and Rebecca Tucker

HOWARD & HOWARD

KELLER AND HECKMAN LLP

Dated: 9/14/2011

/s/ Leila N. Qutami
Daniel J. Herling
Leila N. Qutami
Attorneys for Defendant Wright Medical Technology, Inc.

---

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☑ Private ADR

Deadline for ADR session:

- ☐ 90 days from the date of this order.
- ☑ other  February 29, 2012.

IT IS SO ORDERED.

Dated: 9/19/11



Hon.
UNITED STATES DISTRICT COURT
JUDGE Phyllis J. Hamilton

IT IS SO ORDERED

---

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."