UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY TUCKER, et al.,

    Plaintiff(s),

    v.

WRIGHT MEDICAL TECHNOLOGY, et al.,

    Defendant(s).
_____/

No. C 11-3086 PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **September 29, 2011, at, 2:00 p.m**.  The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar.  The conference will occur on **September 29, 2011 at 1:30 p.m.**  The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

IT IS SO ORDERED.

Dated:  September 20, 2011

                                                                     _____
                                                                     PHYLLIS J. HAMILTON
                                                                     United States District Judge