UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY K. TUCKER and REBECCA TUCKER,<br><br>            Plaintiffs,<br><br>    v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC. et al.,<br><br>            Defendants. | Case No.: 11-cv-03086-YGR<br><br>**ORDER REGARDING MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY THE COURT ORDERED DEADLINE FOR COMPLETION OF MEDIATION** |

On January 25, 2012, the parties submitted a Motion for Administrative Relief to Modify the Court Ordered Deadline for Completion of Mediation (Dkt. No. 29) and Stipulation in support of the same (Dkt. No. 29-1). Specifically, the parties seek to continue the Court's February 29, 2012 mediation deadline set forth in Dkt. No. 25 by Judge Hamilton, and which was reiterated by a Clerk's Notice on January 20, 2012 (Dkt. No. 28).

In light of the agreed-upon mediator's unavailability due to surgery and the currently scheduled mediation on March 27, 2012, the Court hereby GRANTS the Motion for Administrative Relief but continues the mediation deadline until March 30, 2012. The Court further VACATES the current Case Management Conference set for March 19, 2012 and sets a new CMC for April 16, 2012 at 2:00 p.m. All other dates set forth in the Clerk's Notice dated January 20, 2012 (Dkt. No. 28) remain in effect.

**IT IS SO ORDERED.**

Dated: January 26, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**