Daniel J. Herling (SBN 103711)
Michelle Gillette (SBN 178734)
Leila N. Qutami (SBN 254329)
KELLER AND HECKMAN LLP
One Embarcadero Center, Suite 2110
San Francisco, CA  94111
Telephone:     415.948.2800
Facsimile:      415.948.2808
herling@khlaw.com
gillette@khlaw.com
qutami@khlaw.com

Michael V. Kell (*pro hac vice*)
Michael O. Fawaz (*pro hac vice*)
HOWARD & HOWARD
450 West Fourth Street
Royal Oak, MI  48067-2557
Telephone:     248.723.0480
Facsimile:      248.645.1568
MKell@howardandhoward.com
MFawaz@howardandhoward.com

Attorneys for Defendant Wright Medical Technology, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| GREGORY K. TUCKER and REBECCA TUCKER,<br><br>    Plaintiffs,<br><br>vs.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., WRIGHT MEDICAL GROUP, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. C 11-03086 YGR<br><br>**STIPULATION AND [PROPOSED ORDER] RE LIMITED DISCOVERY AFTER DISCOVERY CUT-OFF DATE**<br><br>Action Filed:  May 6, 2011 |

Plaintiffs Gregory and Rebecca Tucker ("Plaintiffs"), and Defendant Wright Medical Technology, Inc. ("Wright Medical"), by and through their respective counsel of record, HEREBY STIPULATE as follows:

1. The fact discovery cut-off in this case is August 15, 2012 pursuant to the January 20, 2012 Clerk's Notice.  On July 24, 2012 Plaintiffs noticed the depositions of defense witnesses Bryan Callahan,

1  Christopher Brian McDaniel, and Wright Medical Technology, Inc. Due to the necessity of coordinating calendars for these out of state depositions and the witnesses and counsel's availability, the depositions cannot be taken before the discovery cut-off date. The parties have agreed that the depositions will be taken on August 21, 2012, in Memphis, Tennessee.

2. Wright Medical has designated Christopher Brian McDaniel as the person most knowledgeable for both deposition notices served on Wright Medical Technology.

3. The parties will not object to the depositions based on the depositions occurring after discovery cut-off, even if for unforeseen circumstances the depositions must be rescheduled. This does not waive any other proper objections that either party may have to the depositions.

4. Wright Medical subpoenaed records from Turlock Irrigation District on April 27, 2012 and Dr. Elizabeth Swearingen on July 26, 2012, allowing for compliance with the subpoenas before the close of fact discovery. Dr. Swearingen has informed Wright Medical that she is unable to produce responsive documents and information because she claims the requested information is privileged. Turlock Irrigation District has informed Wright Medical that to the extent Turlock Irrigation District has certain requested documents, they would only release such documents with plaintiff Gregory Tucker's authorization.

5. Plaintiff Gregory Tucker will provide to Wright Medical signed authorizations for release of information for the Turlock Irrigation District and Dr. Elizabeth Swearingen subpoenas by no later than close of fact-discovery on Wednesday, August 15, 2012.

6. The parties agree to allow non-parties Dr. Elizabeth Swearingen and Turlock Irrigation District until September 1, 2012 to comply with Wright Medical's subpoenas.

7. Wright Medical will have seven days after September 1, 2012 to pursue a Motion to Compel regarding the subpoenas to Dr. Elizabeth Swearingen and Turlock Irrigation District, if necessary.

8. The parties will not object to the production by Turlock Irrigation District or Dr. Elizabeth Swearingen on the grounds that the production was after fact discovery cut-off. This does not waive any other proper objections that either party may have regarding the production.

///

9. The stipulation regarding the deposition dates and the stipulation regarding the records of Turlock Irrigation District and Dr. Swearingen were separately agreed to and are not contingent upon one another. The two stipulations have been combined into one stipulation and proposed order for the convenience of the court.

IT IS SO STIPULATED.

Dated: August 14, 2012

HOWARD & HOWARD
KELLER AND HECKMAN LLP

By: /s/ *Leila N. Qutami*
    Daniel J. Herling
    Michelle Gillette
    Leila N. Qutami
Attorneys for Defendant Wright Medical Technology, Inc.

Dated: August 14, 2012

CASSEL MALM FAGUNDES

By: /s/ *Thomas M. Gray*
    Joseph H. Fagundes
    Thomas M. Gray
Attorneys for Plaintiffs Gregory K. Tucker and Rebecca Tucker

### ATTESTATION UNDER L.R. 5-1(i)(3)

I, Leila N. Qutami, attest that the concurrence in the filing of this document has been obtained from Thomas M. Gray, which shall serve in lieu of his signature.

By: /s/ *Leila N. Qutami*
    Leila N. Qutami

### ORDER

Pursuant to the Stipulation, **IT IS SO ORDERED**. With respect to Paragraph 7 of the Stipulation, the parties must comply with the Court's Standing Order in Civil Cases at section 8 regarding Discovery and Discovery Motions. This Order terminates Dkt. No. 45.

DATE: August 15, 2012

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT JUDGE