# Exhibit C

**Kevin J. Bozic, M.D., M.B.A.**

**University of California, San Francisco**          July 2012
**School of Medicine**
**Department of Orthopaedic Surgery and**
**Philip R. Lee Institute for Health Policy Studies**

## CURRICULUM VITAE

**Kevin J. Bozic, M.D., M.B.A.**
**Professor and Vice Chair**
**UCSF Department of Orthopaedic Surgery and**
**Core Faculty Philip R. Lee Institute for Health Policy Studies**

**BORN**      January 2, 1967

Easton, Pennsylvania

## EDUCATION

| | | |
|---|---|---|
| Duke University<br>Durham, NC | B.S.E. | 1985-1989 |
| University of California, San Francisco<br>San Francisco, CA | M.D. | 1990-1994 |
| Harvard Business School<br>Cambridge, MA | M.B.A. | 2000-2001 |

## CLINICAL TRAINING

Internship in General Surgery          1994-1995
Brigham & Women's Hospital/Harvard Medical School
Boston, MA

Research Fellow in Orthopaedic Biomechanics          1997
Harvard Orthopaedic Biomechanics Laboratory

**Kevin J. Bozic, M.D., M.B.A.**

118. Accountable Care Organizations (ACOs) The Role of Specialists in Accountable Care. *California Orthopaedic Associaiton (COA) Annual Meeting.* Dana Point, CA. May 21, 2011.

119. California Joint Replacement Registry – Will it be a Reality? *California Orthopaedic Association (COA) Annual Meeting.* Dana Point, CA.  May 22, 2011.

120. Conflicts of Interest in Orthopaedics: The Big Picture View. American Orthopaedic Association Resident Leadership Forum. Boston, MA. June 22, 2011.

121. Career Training for the Clinician Scientist. *American Orthopaedic Association Leadership Forum.* Boston, MA.  June 22, 2011.

122. Opportunities for Physician Leadership in Healthcare Reform.  *Inagural Meeting of the Orthopaedic Leadership Institute.* New York, NY. July 29-31, 2011.

123. A Comparison of the US and Canadian Healthcare Systems. *2011 Knee Society Members Meeting.* London, ON. September 16, 2011.

124. Surgical Technique: Traditional Surgical Instruments are Still the Gold Standard. *AAOS/AAHKS Advanced Surgical Techniques for Management of Knee Arthritis.* Rosemont, IL. October 14-15, 2011.

125. TKA Decisions: Surgical Technique, Implant Selection, Postoperative Management. *AAOS/AAHKS Advanced Surgical Techniques for Management of Knee Arthritis.* Rosemont, IL. October 14-15, 2011.

126. Balancing It All. *AAOS/OREF/ORS Clinical Scientist Development Program.* Rosemont, IL. October 16-18, 2011.

127. Funding Opportunities for Clinican Scholars. *AAOS/OREF/ORS Clinican Scientist Development Program.* Rosemont, IL. October 16-18, 2011.

128. Conflicts of Interest: Private, Corporate & Foundation Support. *AAOS/OREF/ORS Clinican Scientist Development Program.* Rosemont, IL. October 16-18, 2011.

**Kevin J. Bozic, M.D., M.B.A.**

129. The Role of Specialists in Accountable Care Organizations. *97th Annual American College of Surgeons Clinical Congress.* San Francisco, CA. October 26, 2011.

130. What Perioperative Factors Affect Outcome? *41st Annual Harvard Arthroplasty Course*, Boston, MA, October 28, 2011.

131. Improving Outcomes While Containing Cost. *41st Annual Harvard Arthroplasty Course*, Boston, MA, October 28, 2011.

132. Risk Factors for Infection and Mortality in Medicare Patients, Real Time Application of Data to our Patients. Keynote address. *41st Annual Harvard Arthroplasty Course*, Boston, MA, October 28, 2011.

133. Evaluation of Painful Hip and Knee. *AAHKS Orthopaedic Team Member Course.* Dallas, TX. November 4, 2011.

134. Principles of Revision THA. *3rd Annual AAHKS Resident Arthroplasty Course.* November 4, 2011.

135. National Guidelines for VTE Prophylaxis. 2011 Kaiser Permanente JOJ Orthopaedic Symposium. Berkeley, CA. November 11, 2011.

136. Clinical Practice Patterns for Hip and Knee Arthroplasty. 2011 Kaiser Permanente JOJ Orthopaedic Symposium. Berkeley, CA. November 11, 2011.

137. Implant Registries, Cost Containment, and Direct to Consumer Marketing – 2011 Update. Society of Military Orthopaedic Surgeons. San Diego, CA. December 13, 2011.

138. Healthcare Reform in 2011: Should I Stay (In the Military) Or Should I Go? Society of Military Orthopaedic Surgeons. San Diego, CA. December 13, 2011.

139. Preparing for Health Reform: Opportunities and Challenges. 2012 Current Solutions in Shoulder and Elbow Surgery. Tampa, FL. January 13, 2012.

**Kevin J. Bozic, M.D., M.B.A.**

*140.* Lessons learned from the Metal-on-Metal Innovation Cycle. Clinical Research Forum. The Innovation Cycle: How Can We Avoid Wrong Turns? Presented at the 58th Annual meeting of the Orthopaedic Research Society, San Francisco, CA, February 6, 2012.

141. BMP Use: Evaluating Industry-Funded Trials. Clinical Research Forum. The Innovation Cycle: How Can We Avoid Wrong Turns? Presented at the 58th Annual meeting of the Orthopaedic Research Society, San Francisco, CA, February 6, 2012.

142. How to Match Increasing Demand for Total Joint Replacement in the United States. ICL 163: Managing the Increasing Demand for Total Joint Arthroplasty: An International Perspective. Presented at the 79th Annual Meeting of the American Academy of Orthopaedic Surgeons, San Francisco, CA, February 7, 2012.

143. Hospital-Physician Alignment: Strategies for Success: Symposium N: Hospital-Physician Alignment: Strategies for Success. Presented at the 79th Annual Meeting of the American Academy of Orthopaedic Surgeons, San Francisco, CA, February 8, 2012.

144. Overview: The Importance of Patient Centered Care in High Value Care Delivery. ICL 413: Strategies to Enhance Value and Improve Patient Experience Through Patient Centered Care. Presented at the 79th Annual Meeting of the American Academy of Orthopaedic Surgeons, San Francisco, CA, February 10, 2012.

145. Utilization of Administrative Claims Data in the U.S.: Reasons for Revision THR. Symposium CC: Joint Replacement Registries: Using the Data to Improve Patient Outcomes. Presented at the 79th Annual Meeting of the American Academy of Orthopaedic Surgeons, San Francisco, CA, February 10, 2012.

146. Patient Preferences and the "Value" Proposition. Symposium FF: Measuring Quality and Value in Orthoapedic Surgery: The Way Forward. Presented at the 79th Annual Meeting of the American Academy of Orthopaedic Surgeons, San Francisco, CA, February 10, 2012.

Kevin J. Bozic, M.D., M.B.A.

147. Measuring and Improving Value in Healthcare. Value Measurement in Health Care, Harvard Business School Executive Education Program, March 27, 2012.

148. Shifting from Volume to Value: Preparing your Practice for Healthcare Reform, AAOS Enhancing Value in Muscoskeletal Care Delivery. Washington, D.C., March 30, 2012.

149. Role of specialists in Accountable Care. Third National Accountable Care Organization (ACO) Summit. Washington, D.C., June 8, 2012.

150. Market Based Healthcare Reform: Implications and Opportunities for the Field of Orthopaedic Surgery. Presented at the 76th Annual Meeting of the Western Orthopaedic Association. Portland, OR. June 15, 2012.

151. Hospital-Physician Alignment Strategies for Ortopaedic Surgeons. Practice Management Symposium. Presented at the 76th Annual Meeting of the Western Orthopaedic Association. Portland, OR. June 15, 2012.

152. The Economic Impact of Conflicts of Interest in Orthopaedics.  American Orthopaedic Association Resident Leadership Forum. Washington, DC. June 27, 2012.

153. The Importance of Physician Leadership in Healthcare Reform. American Orthopaedic Association Resident Leadership Forum. Washington, DC. June 27, 2012.

**CME COURSES ORGANIZED/MODERATED**

2006, Course Director, 1st Annual AAOS Practice Management CME Course.  Selected as Course Director for the inaugural AAOS Practice Management CME Course. Responsible for developing the program and selecting speakers. Topics covered include ancillary revenue sources, organizational strategy, the use of information technology to enhance practice efficiency, billing/coding/collections, incentive compensation systems, and health policy issues related to orthopaedic surgery.

2006, Program Chairman, California Orthopaedic Association Annual Meeting.

**Kevin J. Bozic, M.D., M.B.A.**

Responsible for selecting topics and speakers for the 3-day annual meeting program, and for hosting and moderating the meeting.

2007, Course Director, 2nd Annual AAOS Practice Management CME Course. Responsible for developing the program and selecting speakers, based on feedback from 2006 Course. Topics covered include organizational strategy, maximizing current and future revenue, effectively marketing your practice, the digital office, patient focused care, billing and collections management, incentive compensation systems, and health policy issues related to orthopaedic surgery.

2008, Course Director, AAOS Practice Management CME Course. Responsible for developing the program and selecting speakers, based on feedback from 2006 Course. Topics covered include the future of orthoapedic care delivery, effective marketing, ancillary revenue sources, organizational strategy, financial management, and the use of information technology to enhance practice efficiency, billing/coding/collections.

2008, Workshop Chair, Carl Brighton Workshop on Health Policy Issues in Orthopaedic Surgery. Selected as Workshop Chair for this invitation-only strategic planning Workshop addressing a broad spectrum of issues related to health policy and health care reform. Responsible for selecting program topics and Workshop attendees, including orthopaedic leaders, health services researchers, policy makers, insurance executives, and government officials. Moderated meeting and oversaw submission of abstracts and full-length manuscripts summarizing each presentation.

2009, Moderator, Symposium on Value Based Purchasing and Quality Initiatives in Orthopaedics: Implications for Orthopaedic Practice. Presented at the 76th Annual Meeting of the AAOS. Selected to moderate symposium providing an overview of orthopaedic related quality initiatives and VBP for the practicing orthopaedic surgeon, as well as practice information regarding rewards and participation. Responsible for developing the program and selecting speakers.

2009, Moderator, Symposium on Medicare and the Orthopaedic Surgeon. Presented at the 122nd Annual Meeting of the American Orthopaedic Association. Selected to moderate symposium providing an overview of the challenges faced by Medicare, orthopaedic surgeons, and elderly patients in financing, delivering, and accessing musculoskeletal care for the elderly. Responsible for developing the program and

75

**Kevin J. Bozic, M.D., M.B.A.**

selecting speakers.

<u>2009, Course Director, 4th Annual AAOS Orthopaedic Practice Management Course:</u>
<u>Building Essential Skills for a Successful Practice.</u>   Responsible for developing the
program and selecting speakers, based on feedback from 2008 Course. Topics covered
include the future of orthoapedic care delivery, effective marketing, ancillary revenue
sources, organizational strategy, financial management, and the use of information
technology to enhance practice efficiency, billing/coding/collections.

<u>2009, Moderator, Symposium on Value Based Health Care. Presented at 2009 AAOS</u>
<u>Fall Meeting.</u> Selected to moderate Symposium on Value Based Health Care.
Responsible for developing the outline for the Symposium and selecting topics and
speakers.

<u>2009, Program Chair, 19th Annual American Association of Hip and Knee Surgeons</u>
<u>Annual Meeting, Dallas, TX, Nov 6-8, 2009.</u> Responsible for selecting topics and
speakers for the 3-day annual meeting program, and for hosting and moderating the
meeting abstracts and full-length manuscripts summarizing each presentation.
Responsible for selecting topics and speakers for the 3-day annual meeting program,
and for hosting and moderating the meeting.

<u>2010, Moderator, Symposium on Quality and Efficiency Measurement and Reporting in</u>
<u>Orthopaedic Surgery. Presented at 2010 AAOS National Orthopaedic Leadership</u>
<u>Conference.</u> Selected to moderate Symposium on Quality and Efficiency Measurement
and Reporting in Orthopaedic Surgery from a multi-stakeholder perspective.
Responsible for developing the outline for the Symposium and selecting topics and
speakers.

<u>2010 Moderator, Symposium Hospital Based Employment of Orthopaedic Surgeons:</u>
<u>Passing Trend or a New Paradigm? Presented at the 2010 AOA Annual Meeting.</u>
Selected to moderate Symposium on Hospital Based Employment of Orthopaedic
Surgeons.  Responsible for developing the outline for the Symposium and selecting
topics and speakers.

<u>2010 Moderator, Symposium on Vertically Integrated Care Delivery: Passing Trend or</u>
<u>New Paradigm. Presented at 2010 AAOS Fall Meeting.</u> Selected to moderate

**Kevin J. Bozic, M.D., M.B.A.**

Symposium on Vertically Integrated Care Delivery.   Responsible for developing the outline for the Symposium and selecting topics and speakers.

2011, Moderator, Symposium on Hospital Based Employment of Orthopaedic Surgeons. Presented at 2011 AAOS Annual Meeting. Selected to moderate Symposium on Hospital-Based Employment of Orthopaedic Surgeons.  Responsible for developing the outline for the Symposium and selecting topics and speakers.

2011, Moderator, Cost Effectiveness in Comparative Effectiveness Research Session. Presented at 2011 ORS/AAOS Comparative Effectiveness Research Symposium. Selected to moderate session on cost effectiveness.   Responsible for developing the outline for the Symposium and selecting topics and speakers.

2011, Co-director, AAOS Orthopaedic Quality Institute. Selected as the co-director to the AAOS Quality Institute. Multi-stakeholder Conference including clinicians, researchers, payers, healthcare purchasers, government agencies, hospitals, and public policy makers, who met with the goal of developing a strategy and timeline for AAOS Quality Initiatives.

2011, Course Co-Director, AAHKS Orthopaedic Team Member Course. Selected as the co- course director for the AAHKS Orthopaedic Team Member Course, designed for the non-physician providers who care for patients. Responsible for developing the program and selecting speakers. Topics include the diagnoses and treatments of disorders seen by the orthopaedic team specializing in hip and knee reconstruction.

2012, Moderator, Symposium on Hospital-Physician Alignment: Strategies for Success. Presented at 2012 AAOS Annual Meeting. Selected to moderate Symposium on Hospital-Based Employment of Orthopaedic Surgeons.  Responsible for developing the outline for the Symposium and selecting topics and speakers.

2012, Moderator, Instructional Course on Strategies to Enhance Value and Improve Patient Experience Through Patient Centered Care. Presented at 2012 AAOS Annual Meeting. Selected to moderate instructional course lectures on Strategies to Enhance Value and Improve Patient Experience Through Patient Centered Care.  Responsible for developing the outline for the Symposium and selecting topics and speakers.

Kevin J. Bozic, M.D., M.B.A.

2012, Moderator, Shifting from Volume to Value: Preparing your practice for Healthcare Reform. Presented at 2012 AAOS Enhancing the Value of Muscoskeletal Care Delivery. Developed and moderated Course on Value-Based Healthcare Delivery.  Responsible for developing the outline for the Course and selecting topics and speakers

## BASIC SCIENCE/CORE CURRICULUM/MEDICAL SCHOOL LECTURES

1.  "Total Hip Arthroplasty: Indications, Techniques, and Results." *UCSF Department of Physical Therapy, PT 110, October, 2003.*

2.  "Principals of Total Knee Arthroplasty." *UCSF Orthopaedic Basic Science Lecture, March, 2004.*

3.  "Principals of Total Hip Arthroplasty." *UCSF Orthopaedic Basic Science Lecture, March, 2004*

4.  "Rehabilitation Following Total Hip Arthroplasty." *UCSF Physical Therapy 110, October, 2004*

5.  "Financials of an Orthopaedic Practice." *UCSF Orthopaedic Basic Science Lecture, January, 2005.*

6.  "Evaluation of the Arthritic Hip and Knee. " *UCSF Medical School, Orthopaedic Surgery Elective, March 2, 2006.*

7.  "Outpatient Evaluation of Patients with Arthritis of the Lower Extremity." *UCSF Orthopaedic Core Curriculum Lecture, April 5, 2006.*

8.  "Evaluation of the Arthritic Hip & Knee." *UCSF Department of Rheumatology Fellow Teaching Conference, April 11, 2006.*

9.  "Pre-operative Templating for Total Hip Arthroplasty." *UCSF Orthopaedic Core Curriculum Lecture, April 12, 2006.*

10. "Orthopaedic In-Training Exam Review." *UCSF Orthopaedic Core Curriculum Lecture, November 1, 2006.*

Kevin J. Bozic, M.D., M.B.A.

11. "Evaluation and Management of Hip and Knee Arthritis for the Physical Therapist." *UCSF Department of Physical Therapy, PT 110, November, 2006.*

12. "Evaluation and Management of the Arthritic Hip and Knee Patient: 2007 Update." *UCSF Department of Rheumatology Fellow Teaching Conference, February 6, 2007.*

13. "Arthritis of the Hip and Knee: Evaluation and Treatment Options." *UCSF Medical School, Orthopaedic Surgery Elective, February 22, 2007.*

14. "Quality and Efficiency in the Operating Room." *UCSF Orthopaedic Core Curriculum Lecture, April 4, 2007.*

15. "Pre-operating planning and intra-operative decision making in total hip arthroplasty." *UCSF Orthopaedic Core Curriculum Lecture, April 4, 2007.*

16. "Appropriate Documentation for Evaluation and Management Services." *Georgetown University Department of Orthopaedic Surgery Resident Core Curriculum Program, September 18, 2007.*

17. "Evaluation and Management of the Arthritic Hip and Knee." *UCSF Department of Physical Therapy, PT 110, November 27, 2007.*

18. "Cost-Effectiveness Analysis in Orthopaedic Surgery: Clinical and Policy Implications". *UCSF Training in Clinical Research Program, Decision and Cost-Effectiveness Analysis in Medicine Course, February 14, 2008.*

19. "Evaluation of the Painful Total Hip Arthroplasty." *UCSF Orthopaedic Core Curriculum Lecture, March 12, 2008.*

20. "Extensor Mechanism Complications after Total Knee Arthroplasty." *UCSF Orthopaedic Core Curriculum Lecture, March 12, 2008.*

21. "Health Policy Intersessions Course." *UCSF Medical School, Intersessions 3 (IDS 112), April 30, 2008.*

Kevin J. Bozic, M.D., M.B.A.

22. *"Orthopaedic Evaluation and Management for the Arthritic Hip & Knee." UCSF Department of Rheumatology Fellow Teaching Conference, June 10, 2008.*

23. *"Anatomy and Surgical Approaches to the Hip." UCSF Department of Orthopaedic Surgery, Summer Anatomy Course, July 16, 2008.*

24. *"The Role of Technology in Health Care." UCSF Medical School, Introduction to Health Policy (FCM 170.01B), September 23, 2008.*

25. *"Evaluation and Management of Patients with Hip & Knee Arthritis: The Impact of New Technologies and Techniques." UCSF Department of Physical Therapy, PT 110, January 20, 2009.*

26. *"Cost Effectiveness Analysis in Orthopaedic Surgery." UCSF Training in Clinical Research Program, Decision and Cost-Effectiveness Analysis in Medicine Course, EPI 213, March 5, 2009.*

27. *"Outpatient Evaluation, Documentation, and Billing for Arthritis Surgeons." UCSF Department of Orthopaedic Surgery, Resident Core Curriculum, March 11, 2009.*

28. *"Market Based Approaches to Health Care Reform." UCSF Medical School, Health and Society Course, October 6, 2009.*

29. *"Update on Evaluation and Management of Arthritic Hip and Knee." UCSF Department of Physical Therapy, PT 110, January 12, 2010.*

30. *"Update on health reform. Resident Core Curriculum." UCSF Department of Orthopaedic Surgery, Resident Core Curriculum, March 17, 2010.*

31. *"Extensor Mechanism Complication in Total Knee Arthroplasty." UCSF Department of Orthopaedic Surgery, Resident Core Curriculum, March 24, 2010.*

32. *"Osteoarthritis Care in the 21st Century: Remarkable Advances in Joint Replacement." UCSF Osher Center for Integrative Medicine Mini Med School for the Public. March 24, 2010.*

Kevin J. Bozic, M.D., M.B.A.

33. "Health Policy Intersessions Course." *UCSF Medical School, Intersessions 3 (IDS 112),* May 5, 2010.

34. "Physician Leadership in Healthcare Technology Assessment."  UCSF School of Medicine Pathway to Discovery in Health and Society (H&S). May 7, 2010.

35. "Surgical Approaches to the Hip." UCSF Department of Orthopaedic Surgery, Resident Core Curriculum. July 21, 2010.

36. "Value Based Health Care." *UCSF Medical School, Health and Society Course,* October 12, 2010.

37. "Evaluation and Management of the Arthritic Hip and Knee for Physical Therapists" *UCSF Department of Physical Therapy, PT 110,* February 1, 2011.

38. "Outpatient Evaluation and Management of the Arthritic Hip." *UCSF Department of Orthopaedic Surgery,* Resident Core Curriculum, March 23, 2011.

39.  "Documentation and Coding for the Evaluation and Management of Orthopaedic Problems." *UCSF Department of Orthopaedic Surgery,* Resident Core Curriculum, March 23, 2011.

40. "Health Policy Intersessions Course." *UCSF Medical School, Intersessions 3 (IDS 112),* May 4, 2011.

41. "Market-Based Solutions for Health Care Reform." UCSF Medical School, Pediatrics 170.01A Special Issues in Healthcare Economics. May 31, 2011.

42. "Consumerism in Healthcare: Myth or Reality?" UCSF Internal Medicine Health Systems and Leadership Program. September 2, 2011.

43. "Understanding Financial Statements." *UCSF Department of Orthopaedic Surgery,* Resident Core Curriculum, January 11, 2012.

44. "Basics of Practice Management Metrics." *UCSF Department of Orthopaedic Surgery,* Resident Core Curriculum, January 11, 2012.

81

Kevin J. Bozic, M.D., M.B.A.

45. "Evaluation and Management of the Arthritic Hip and Knee for Physical Therapists" *UCSF Department of Physical Therapy, PT 110,* January 12, 2012.

46. "Health Policy Intersessions Course." *UCSF Medical School, Intersessions 3 (IDS 112),* May 2, 2012.

## MEDIA AND PUBIC RELATIONS

1. Bozic KJ. CMS Changes ICD-9 and DRG codes for revision TJA.  AAOS/AAHKS are instrumental in effort to establish new codes.  *AAOS Bulletin*, June 2005.

2. Aspirin after Knee Replacement. *Arthritis Today Magazine*. March 2008.

3. McSweeny, T.  Doctor's build 'safe playground' in SF. *Abc7news*. March 4, 2008.

4. Back to Basics: Aspirin After Knee Surgery. *Medical News Today*. March 6, 2008.

5. Phend, C. AAOS: Aspirin Prevents VTE in Real-World Use After Knee Surgery. *MedPage Today*. March 6, 2008.

6. Bouck, L. MRI May Be Overused in Diagnosing Knee Osteoarthritis. *Medscape Medical News*. March 7, 2008.

7. Trapp, D. Final Medicare no-pay rule targets 10 hospital acquired conditions. *American Medical News*. August 25, 2008.

8. Meir, B. Consumer Ads for Medical Devices Subject of Senate Panel.  *The New York Times*. September 16, 2008.

9. Congress Scrutinizes Consumer Ads for Medical Devices. *Wall Street Journal*. September 17, 2008.

10. Bozic KJ, AAOS, AAHKS.  Statement on Marketing or Medicine: Are Direct-to-Consumer Medical Device Ads Playing Doctor? *Presented to the Special Committee on Aging U.S. Senate*. September 17, 2008.

Kevin J. Bozic, M.D., M.B.A.

11. Associated Press. Experts: Medical Device Ads More Harmful Than Drug Ads. *Fox News*. September 17, 2008.

12. Peronne, M. Medical Device Ads criticized on Capitol Hill. *USA Today*. September 17, 2008.

13. Rogers, C. Are Medical Device Ads Playing Doctor? *AAOS Now*. November 2008.

14. Rockoff JD. Medical Ads on YouTube Attract Fire. *Wall Street Journal*. December 4, 2008.

15. Device Reps Should Limit Their Role in the Operating Room, Says Surgeon. *The Gray Sheet*. December 8, 2008.

16. Mozes, A. Surgeons Often Are Blamed When Hip Replacements Fail. *Washington Post*. January 2, 2009.

17. Causes of Total Hip Replacement Failure and Type of Revision Procedures. *Orthopod*. February 5, 2009.

18. Hayashi, A. New codes reveal unexpected causes for revision THA. *AAOS Now*. *eOrthopod*. March 2009.

19. Stein L. Sports injuries force knee replacement other surgeries among younger, healthier people. *St. Petersburg Times*. April 24, 2009.

20. Hofheinz, E. The Picture of Success. *Orthopedics This Week*, August 19, 2009.

21. Bozic KJ, Jackson D. The increasing number of THA revisions in the United States: Why is it happening? *Orthopaedics Today*. October 2009.

22. Hofheinz, D. Administrative Data: What's the Use? *Orthopaedics This Week*. December 31, 2009.

**Kevin J. Bozic, M.D., M.B.A.**

23. Following standardized TJA processes leads to better quality care, study finds. *Orthoapedics Today*. April 1, 2010.

24. New FDA program to address prescription drug advertising and promotion. *ORTHO SuperSite*. May 12, 2010.

25. Blue Cross launches 2 new Blue Distinction Center designations. *Blue Cross Blue Shield*. June 2010.

26. American Academy of Orthopaedic Surgeons. Healthcare Economics and Policy. Healthcare Economics and Policy: It's a Perfect Storm – Access to medicine in question for future Medicare patients. *AAOS Press Release*. June 1, 2010.

27. Meier, B. Surgeon vs. Knee Maker: Who's Rejecting Whom? *The New York Times*. June 9, 2010.

28. Bozic KJ. Managing the introduction of new technology in orthopaedic surgery. *OrthoSuperSite*. August 2010.

29. Allyday, E. As Boomers age, joint replacements soar. *San Francisco Chronicle*. August 10, 2010.

30. Metal-on-metal hip resurfacing could be clinically beneficial, cost effective in younger men and women. *OrthoSuperSite*. September 16. 2010.

31. Hard-on-hard THA bearings may cost more, have uncertain long-term benefits in Medicare patients. *OrthoSuperSite*. October 5, 2010.

32. DiGioia, AM, Bozic, KJ, Herzlinger, R. HCAHPS and you: Using experience-based methodology to deliver exceptional care experiences and outcomes. *Orthopedics Today*, December 2010.

33. Aspirin thromboprophylaxis feasible following total knee arthroplasty. *MedWire News*. December 6, 2010.

34. Meier, B. The Implants Loophole. *The New York Times*. December 16, 2010.

**Kevin J. Bozic, M.D., M.B.A.**

35. Boomers go bionic: Desire to stay active pushes joint replacements. *Daily Herald*.
    January 31, 2011.

36. Private practice vs. salaried employment: A complicated decision. *Endocrine Today*.
    February 1, 2011.

37. Milano, C. Can Arthroplasty's Cost be Contained? *Managed Care*. March 2011.

38. McKee, J. U.S. Joint Registry has an "exciting year." *AAOS Now*. March 2011.

39. McKee, J.  Researchers urge collaboration to control TJR costs. *AAOS Now*. April
    2011.

40. Study links dementia with increased mortality and obesity with infection after THA.
    *Orthopedics Today*. June 24, 2011.

41. Meier B. In Medicine, New Isn't Always Improved. *The New York Times*. June 25,
    2011.

42. Wong DA, **Bozic KJ**, Polly DW, Glassman SD, Berven SH. Comparative
    effectiveness research: Recognize issues impacting your orthopedic practice.
    *Orthopedics Today*. October 2011.

EXHIBIT B

University of California
San Francisco



SEP 12 2012

**Department of Orthopaedic Surgery**

Thomas Parker Vail, M.D.
Professor and Chairman
David S. Bradford, M.D.
Professor and Chairman – Emeritus

**Arthritis and Joint Replacement**
Kevin Bozic, M.D.
Harry E. Jergesen, M.D.
Erik Hansen, M.D.
Alfred Kuo, M.D.
Michael D. Ries, M.D.
Thomas Parker Vail, M.D.

**Arthritis/Cartilage Injury**
Hubert Kim, M.D., Ph.D.

**Foot & Ankle**
R. Richard Coughlin, M.D.
Landrus Pfeffinger, M.D.
Kirstina Olson, M.D.

**Hand and Upper Extremity**
Mohana Amirtharajah, M.D.
Lisa L. Lattanza, M.D.
Scott Hansen, M.D.
Mathias Masem, M.D.

**Oncology**
Richard O'Donnell, M.D.

**Orthotics and Prosthetics**
Matthew Garibaldi, C.P.O.

**Pediatric Orthopaedics**
Eliana Delgado, M.D.
Mohammad Diab, M.D.
Coleen Sabatini, M.D.
Aenor Sawyer, M.D.

**Physical Medicine & Rehabilitation**
Sibel Demir-Deviren, M.D.
Masato Nagao, M.D.
Lisa Pascual, M.D.

**Podiatry**
Monara Dini, DPM
Diana Werner, DPM

**Sports Medicine**
Christina Allen, M.D.
W. Dilworth Cannon, M.D.
Alexis Dang, M.D.
Brian Feeley, M.D.
Anthony Luke, M.D.
C. Benjamin Ma, M.D.
Carlin Senter, M.D.

**Research**
Tamara Alliston, Ph.D.
Xuhui Liu, M.D.
Jeffrey Lotz, Ph.D.
Ralph Marcucio, Ph.D.
Richard Schneider, Ph.D.

**Spinal Disorders**
Sigurd Berven, M.D.
Shane Burch, M.D.
Vedat Deviren, M.D.
Serena S. Hu, M.D.
Bobby K-B Tay, M.D.

**Trauma**
Utku Kandemir, M.D.
Meir Marmor, M.D.
Amir Matityahu, M.D.
R. Trigg McClellan, M.D.
Eric Meinberg, M.D.
Theodore Miclau, M.D.
Saam Morshed, M.D., Ph.D.
Murat Pekmezci, M.D.
Nicole Strauss, M.D.

September 6, 2012

Expert Review

I am preparing a statement of my opinions in the case of Gregory Tucker vs. Wright Medical Technology et al.

I have known and treated Mr. Tucker for problems with his hips since 2003. The basis of my opinions in this case come from my personal treatment of Mr. Tucker as well as my review of his medical records, research I have done in this field, as well as my interpretation of the published literature on the topic.

Mr. Tucker is a 48-year-old gentleman who originally presented to me in 2003 with alcohol-induced osteonecrosis of both hips. He had a left hip hemi resurfacing arthroplasty in November 2003 and then in March 2006 he underwent a right total hip replacement with a Wright Medical ceramic-on-ceramic hip replacement using a Profemur Z modular hip stem. The reason this prosthesis was selected was to allow use of a hard-on-hard (ceramic-ceramic) bearing, which was felt to be beneficial in a young, active patient who is at risk for wear and osteolysis with a metal-on-polyethylene bearing.

The surgery was uneventful. The patient recovered and did well until Friday, 05/07/10, when he suffered a fall and was seen at a local emergency department. X-rays showed a broken femoral stem at the modular neck. He was seen in my office several days later and x-rays confirmed a broken implant. A lengthy discussion was held with the patient regarding treatment alternatives, and he elected to proceed with revision surgery, which was recommended. On 05/17/10, he was admitted to the hospital and underwent a revision hip replacement through an extended trochanteric osteotomy approach in order to remove the fractured hip stem. At the time of surgery, it was noted that the modular femoral neck had fractured at the modular neck/femoral stem junction. This was consistent with similar failures that had been reported in the literature including a case report that was published by our research group in the Journal of Bone and Joint Surgery in June 2010.

The patient went on to recover from this surgery, but he does have some deficits in terms of his functional status with respect to his right hip due to the need for an extended trochanteric osteotomy reproach and a revision hip replacement. It is my belief that his function in his right hip has declined relative to his function after primary total hip replacement (prior to failure of his hip stem), and this is consistent with the published literature which suggests that patients with revision hip replacements have approximately 20-25% decline in quality of life versus patients with primary hip replacements.

UCSF MEDICAL CENTER
500 Parnassus Avenue (MU-320W)
San Francisco, CA 94143-0728
tel:  415/476-1166
fax: 415/476-1304
www.orthosurg.ucsf.edu

UCSF ORTHOPAEDIC INSTITUTE
1500 Owens Street
San Francisco, CA 94158
tel:  415/353-2808
fax:  415/885-9643

MT. ZION MEDICAL CENTER
1600 Divisadero Street, 4th Floor
San Francisco, CA 94115
tel:  415/885-3800
fax:  415/353-7299

SAN FRANCISCO GENERAL HOSPITAL
1001 Potrero Avenue, (3A36)
San Francisco, CA 94110-0842
tel:  415/206-8812
fax: 415/647-3733
www.orthotrauma.com

Gregory Tucker vs. Wright Medical Technology
Page 2

Therefore, it is my opinion in this case that Mr. Gregory Tucker suffered a failure of his modular Wright Medical Profemur Z hip replacement due to corrosion-induced fracture consistent with a report that our research group published in the Journal of Bone and Joint Surgery in June 2010. As a result of this fracture, the patient required additional surgery and subsequently has been left with reduced functional capacity and a decline in quality of life compared to his quality of life prior to suffering the fracture of this implant. It is my opinion that he will need further revision surgeries in the future that will lead to further decline in his function.

Please do not hesitate to contact me if I can provide further information regarding my opinions in the case of Gregory Tucker versus Wright Medical Technology.

Kevin Bozic, MD
Professor and Vice Chair
UCSF Department of Orthopaedic Surgery

COPYRIGHT © 2010 BY THE JOURNAL OF BONE AND JOINT SURGERY, INCORPORATED

# Corrosion-Induced Fracture of a Double-Modular Hip Prosthesis

## A Case Report

By Sara A. Atwood, MS, Eli W. Patten, MS, Kevin J. Bozic, MD, Lisa A. Pruitt, PhD, and Michael D. Ries, MD

*Investigation performed at the University of California at Berkeley, Berkeley, California*

Modularity is an important aspect of total hip replacement design. A modular Morse taper is commonly used to attach the femoral head to the femoral stem. Newer double-modular designs incorporate a second interface at the neck-stem junction. Increased modularity purportedly allows the surgeon to more closely restore patient anatomy, such as limb length, lateral offset, and femoral anteversion, and to better balance the soft tissue to achieve optimal biomechanics. However, modularity also increases the number of mechanical junctions that may lead to fretting (micromotion)[1], corrosion[2,3], and ultimately fracture.

We have evaluated a double-modular PROFEMUR Z stem (Wright Medical Technology, Arlington, Tennessee) after catastrophic failure due to a fractured neck component at the neck-stem junction. This retrieval allowed us to analyze the mechanical failure mechanisms associated with a double-modular design. We hypothesized that modularity at the neck-stem junction resulted in fretting and crevice corrosion, which led to crack initiation and, on the application of an overload event, to fracture.

The patient was informed that data concerning the case would be submitted for publication, and he consented.

### Case Report

In June 2006, a thirty-year-old man with rheumatoid arthritis who was 6 ft and 6 in (2 m) tall, weighed 242 lb (109.8 kg), and had a body mass index of 29 kg/m² underwent an uncomplicated right total hip arthroplasty with a cementless PROFEMUR Z hip stem with a long, straight neck (no varus/valgus offset) and a ceramic-on-ceramic articulation. The ceramic-on-ceramic modular implant was considered to be indicated in this particular patient because of his young age, high body mass index, active lifestyle, and profession. A modular stem was used in an effort to reproduce the anatomic femoral anteversion, offset, and lower-limb length to optimize hip abductor and biomechanical function.

The hip functioned well until April 2008, when the patient fell and landed on the right hip. He was taken to the emergency room, where radiographs revealed a fractured femoral stem (Fig. 1). Subsequent surgery revealed a fracture of the modular neck component approximately 2 mm below the edge of the stem. The portion of the fractured neck that had been press-fit inside the stem could not be removed (Fig. 2). The femoral stem was consequently revised to a bowed, fully porous-coated stem through an extended trochanteric osteotomy approach. The ceramic femoral head was replaced with a



Fig. 1
Anteroposterior radiograph showing a fracture of the modular neck.

**Disclosure:** In support of their research or preparation of this work, one or more of the authors received, in any one year, outside funding or grants in excess of $10,000 from the National Science Foundation (CMS 0505272). Neither they nor a member of their immediate families received payments or other benefits or a commitment or agreement to provide such benefits from a commercial entity.

1523

THE JOURNAL OF BONE & JOINT SURGERY · JBJS.ORG
VOLUME 92-A · NUMBER 6 · JUNE 2010

CORROSION-INDUCED FRACTURE OF A
DOUBLE-MODULAR HIP PROSTHESIS



Fig. 2

The retrieved PROFEMUR Z implant with a fracture of the modular neck component about 2 mm below the edge of the stem. The fractured region of interest (boxed) is shown in cross section in Figure 3 and in detailed side-view in Figure 4.

cobalt-chromium head. The well-fixed acetabular component was preserved, and a modular highly-cross-linked polyethylene liner was cemented into the acetabular component. One year after revision, the patient had no pain, a full range of hip motion, and normal abductor strength.

We inspected the fracture surfaces of the retrieved implant with use of optical and scanning electron microscopy.

Optical images were obtained with use of a high-resolution digital camera (XCD-SX910; Sony, Tokyo, Japan), and micrographs were obtained with use of a Hitachi TM-1000 scanning electron microscope (Schaumburg, Illinois) at magnifications up to 500×.

Visual inspection and scanning electron microscopy of the fracture surface revealed large pits up to 200 μm in di-



Fig. 3

Fracture surface showing the initiation site near a large pit (right) and the transition to catastrophic fracture (left). A region of tearing is seen in the corner opposite the initiation site, where the component was finally fractured into two pieces. Note that the initiation site at the lateral-anterior corner occurred on the tensile side of bending.

THE JOURNAL OF BONE & JOINT SURGERY · JBJS.ORG
VOLUME 92-A · NUMBER 6 · JUNE 2010

CORROSION-INDUCED FRACTURE OF A
DOUBLE-MODULAR HIP PROSTHESIS



Fig. 4

Optical microscopy images depicting areas of burnishing and fretting, which indicate micromotion between the neck and stem. This region is a close-up depiction of the implant defined by the box in Figure 2.

ameter at the fracture initiation site (Fig. 3). The initiation site was identified at the center of a large-scale crescent-shaped feature near the lateral-anterior corner of the neck, opposite the site of final tearing. This crescent-shaped feature was determined to be the location where the crack transitioned into catastrophic fracture. Optical and scanning electron microscopy of the fracture surface did not reveal clamshell markings, which would have been indicative of the crack front arresting and restarting under cyclic fatigue loading. The absence of clamshell markings coupled with the patient's fall after the prosthesis had been in vivo for a short time suggests that the crack was not steadily propagated to failure by high-cycle fatigue but, rather, rapidly fractured as a result of the traumatic event, possibly in combination with low-cycle fatigue.

The fracture surface also indicated several modes of fracture, which suggest a chronology for the fracture process: (1) the dark, rough area near the initiation site was indicative of a sharp crack initiated by crevice corrosion; (2) the lighter, smooth area was likely the region of catastrophic fracture; and (3) the region of tearing in the opposite diagonal corner is where the component was finally torn into two pieces as the mode of fracture transitioned from tensile to shear (Fig. 3).

The outer surface of the neck at the neck-stem junction showed areas of burnishing, indicating micromotion and fretting wear (Fig. 4). Also, the edge of the fracture surface was deformed and folded over (Fig. 3), probably as a result of contact with the mating surface during the patient's movement before retrieval.

## Discussion

Analysis of the retrieved implant indicated that stem-neck modularity can contribute to susceptibility to corrosion-induced fracture in vivo. The evidence of fretting and large pits indicates that micromotion at the modular interface between the neck and the stem led to crevice corrosion. This crevice corrosion process together with normal loading generated a sharp crack that, when the patient fell, resulted in catastrophic fracture of the neck.

Prosthetic hip stem fractures typically occur after many years of in vivo use and result from a fatigue fracture mecha-

nism[4]. High-impact traumatic events often result in periprosthetic fractures of the proximal part of the femur but do not typically cause failure of the implant in the absence of an underlying fatigue mechanism[5]. Our case is unusual in that the corrosion-induced fracture resulted from a fall and occurred relatively early following surgery.

Double-modular implants are indicated for patients with variations in proximal femoral anatomy in whom proper limb length, offset, and anteversion would not be adequately achieved with a conventional monolithic stem. Femoral offset and limb length can be assessed preoperatively on conventional radiographs. However, since anteversion is not adequately assessed with preoperative radiographs and can be determined intraoperatively, this stem could offer an advantage over conventional stems for all patients undergoing primary cementless total hip arthroplasty as it allows more accurate restoration of the desired femoral anteversion. Our patient was young and active, and his occupation required that he stand for long periods of time.

The design of this particular double-modular prosthesis, the PROFEMUR Z, was based on double-modular devices used extensively in Europe and was introduced in the United States in 2002. The stem and neck are both manufactured from titanium alloy (Ti6Al4V) and are offered in nine stem sizes and twelve neck sizes to accommodate a range of limb-length and femoral anteversion adjustments[6].

Orthopaedic metal implants made from Ti6Al4V alloy, such as the PROFEMUR Z, are protected from corrosion in the body's aggressive environment by a passive oxide layer on the surface. However, fretting at a modular junction can continually wear away the oxide film, requiring constant repassivation. When this repassivation process occurs in a crevice such as the modular neck-stem interface, it depletes the limited oxygen supply and decreases the local $pH$[2], which promotes further corrosion and results in pitting and the formation of sharp cracks. Corrosion-induced cracks may result in catastrophic fracture on the application of high stresses, such as those at the neck-stem junction. This process is called stress corrosion cracking and is often associated with tensile stresses such as the bending stress at the fracture initiation site of the retrieved implant in the present report[7].

1325

THE JOURNAL OF BONE & JOINT SURGERY · JBJS.ORG
VOLUME 92-A · NUMBER 6 · JUNE 2010

CORROSION-INDUCED FRACTURE OF A
DOUBLE-MODULAR HIP PROSTHESIS

Tensile bending stresses in the neck are highest at the neck-stem junction and are proportional to the load applied and to the length of the neck. In other words, a long neck will be subjected to higher stresses than a short neck. According to the manufacturer's information on the PROFEMUR Z device, the long-neck length option is about 25% longer than the standard-neck length[6], producing roughly 25% higher bending stresses. This analysis suggests that long necks may contribute to a greater risk of fracture.

Fretting and crevice corrosion without catastrophic fracture have been previously reported in other double-modular hip devices[1,8] and have been well documented at the head-neck junction in single Morse tapers[3,9,10]. Corrosion of the Morse taper can involve a galvanic cell produced by two dissimilar metal alloys such as cobalt-chromium and titanium. However, in a large retrieval study of Morse tapers, Brown et al. found that fretting and crevice corrosion occurred equally frequently in cases of identical metals[9]. Our analysis supports the conclusion that the corrosion process in orthopaedic devices does not require two dissimilar metals and that the corrosion conditions leading to fracture can be present in double-modular devices.

This case of neck fracture in this particular double-modular design is not an isolated incident. A review of the U.S. Food and Drug Administration adverse-event-report database revealed at least eight other reported instances of fractured necks in this device design since July 2006[11]. The time in vivo before these reported failures ranged from fifteen to forty-two months, and there was no specific indication of traumatic events such as falls. Of the reports that included the activity in which the person was engaged at the time of fracture, one indicated that the individual was running on a treadmill; one, that the person was rising from a sofa; and one, that the person was walking. Two reports identified the location of the fracture as the "base of the neck" and "flush with the stem," findings that were similar to that in our case. The other reports did not specify the location of the fracture on the neck. No images were included, and the explants were reportedly returned to the manufacturer.

The events described in this report suggest that the fracture of the modular neck was not a single occurrence but is instead a representative case of the trade-off in modular implant design: modularity enables the surgeon to better optimize the patient's biomechanics and anatomy, but additional mechanical junctions can lead to corrosion processes resulting in fracture. On the basis of these findings, it appears that there is a risk of implant fracture at the stem-neck junction when double-modular devices are used, particularly when those with a long neck are implanted in heavy patients. ∎

NOTE: The authors thank the Electron Microscope Laboratory at the University of California at Berkeley for assistance.

Sara A. Atwood, MS
Eli W. Patten, MS
Lisa A. Pruitt, PhD
Department of Mechanical Engineering,
University of California at Berkeley,
2121 Etcheverry Hall,
Berkeley, CA 94720-1740.
E-mail address for S.A. Atwood: saatwood@me.berkeley.edu

Kevin J. Bozic, MD
Michael D. Ries, MD
Department of Orthopaedic Surgery,
University of California at San Francisco, 500 Parnassus,
MU 320W, San Francisco, CA 94143-0728

## References

**1.** Viceconti M, Baleani M, Squarzoni S, Toni A. Fretting wear in a modular neck prosthesis. J Biomed Mater Res. 1997;35:207-16.

**2.** Jacobs JJ, Gilbert JL, Urban RM. Current concepts review. Corrosion of metal orthopaedic implants. J Bone Joint Surg Am. 1998;80:268-82.

**3.** Collier JP, Surprenant VA, Jensen RE, Mayor MB, Surprenant HP. Corrosion between the components of modular femoral hip prostheses. J Bone Joint Surg Br. 1992;74:511-7.

**4.** Wroblewski BM. The mechanism of fracture of the femoral prosthesis in total hip replacement. Int Orthop. 1979;3:137-9.

**5.** Masri BA, Meek RM, Duncan CP. Periprosthetic fractures evaluation and treatment. Clin Orthop Relat Res. 2004;420:80-95.

**6.** Wright Medical Technology. PROFEMUR Z hip stems. Information for physicians. http://www.wmt.com/Physicians/Products/Hips/ProfemurZHipStems.asp. Accessed 2009 Jul 1.

**7.** Gilbert JL, Buckley CA, Jacobs JJ. In vivo corrosion of modular hip prosthesis components in mixed and similar metal combinations. The effect of crevice, stress, motion, and alloy coupling. J Biomed Mater Res. 1993;27:1533-44.

**8.** Kop AM, Swarts E. Corrosion of a hip stem with a modular neck taper junction: a retrieval study of 16 cases. J Arthroplasty. 2009;24:1019-23.

**9.** Brown SA, Flemming CA, Kawalec JS, Placko HE, Vassaux C, Merritt K, Payer JH, Kraay MJ. Fretting corrosion accelerates crevice corrosion of modular hip tapers. J Appl Biomater. 1995;6:19-26.

**10.** Schaeff P. The role of fretting damage in total hip arthroplasty with modular design hip joints—evaluation of retrieval studies and experimental simulation methods. J Appl Biomater Biomech. 2004;2:121-35.

**11.** U.S. Food and Drug Administration. MAUDE (Manufacturer and User Facility Device Experience) database. http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/search.cfm. Accessed 2009 Jan 8.

COPYRIGHT © 2010 BY THE JOURNAL OF BONE AND JOINT SURGERY, INCORPORATED

# Fracture of a Modular Femoral Neck After Total Hip Arthroplasty

## A Case Report

By Commander Geoffrey Wright, MD, Scott Sporer, MD, MS, Robert Urban, PhD, and Joshua Jacobs, MD

*Investigation performed at the Department of Orthopedics, Rush University Medical Center, Chicago, Illinois*

The use of modularity in femoral stem designs for total hip arthroplasty has increased substantially over the past several years. The theoretical advantages of this design include the optimization of femoral anteversion, limb length, and offset of the femoral component. We report on a previously unreported fracture of a modular femoral neck device.

The patient was informed that data concerning the case would be submitted for publication, and he consented.

## Case Report

A forty-nine-year-old man underwent a primary total hip arthroplasty of the left hip, in June 2005, because of degenerative osteoarthritis and received a size-4 PROFEMUR Z femoral stem (Wright Medical Technology, Arlington, Tennessee) and a 64-mm CONSERVE acetabular component (Wright Medical Technology). The patient was 6 ft 6 in (198 cm) tall and weighed 340 lb (154.2 kg). An anterolateral surgical approach was utilized, and the bearing surface chosen was metal on metal. This proximal femoral cementless component is a dual-tapered rectangular stem that has a modular neck. The modular neck has an oval taper distally that is inserted into the femoral stem at a fixed angle. This allows the surgeon to independently adjust the offset and length as it is available in six different neck geometries and two lengths. Five different head options, ranging from −3.5 mm to +10.5 mm, are also available with this design. The head and neck are connected by means of a standard 12/14 Morse taper. Both the femoral stem and the modular neck are manufactured from a titanium alloy (Ti-6Al-4V). The patient had a 56-mm head with a −3.5-mm neck length. The neck geometry was a long varus anteverted neck (AR/VV2). The patient was otherwise healthy. The postoperative course was uneventful, and he was pain-free within three months after the procedure.



Fig. 1

Anteroposterior radiograph of the left hip made at the time of presentation four years after total hip arthroplasty and two months after a fall. Note that the femoral stem is not in contact with the neck and instead appears to be in contact with the femoral head. The proximal portion of the neck appears to be in contact with the medial calcar.

**Disclosure:** In support of their research for or preparation of this work, one or more of the authors received, in any one year, outside funding or grants in excess of $10,000 from Zimmer and the National Institutes of Health (Grant AR39310). One or more of the authors, or a member of his or her immediate family, received, in any one year, payments or other benefits in excess of $10,000 or a commitment or agreement to provide such benefits from commercial entities (Zimmer and Medtronic).

Disclaimer: The views expressed in this article are those of the author and do not necessarily reflect the official policy or position of the Department of the Navy, Department of Defense, or the U.S. Government. One author is a military service member serving at Naval Medical Center Portsmouth. This work was prepared as part of his official duties. Title 17 U.S.C. §105 provides that ''Copyright protection under this title is not available for any work of the United States Government.'' Title 17 U.S.C. §101 defines a U.S. Government work as work prepared by a military service member or employee of the U.S. Government as part of that person's official duties.

THE JOURNAL OF BONE & JOINT SURGERY · JBJS.ORG
VOLUME 92-A · NUMBER 6 · JUNE 2010

FRACTURE OF A MODULAR FEMORAL NECK AFTER
TOTAL HIP ARTHROPLASTY

In January 2009 (four years postoperatively), the patient slipped on ice and fell directly onto the left hip. Following the fall, he reported no pain or discomfort but noticed a new onset of clicking and squeaking coming from the hip. Approximately two months later, three days before presentation to our office, he leaned over to tie his shoes, heard a snap, and was unable to bear weight on the left lower extremity. Radiographs made at that time demonstrated well-fixed acetabular and femoral components with a fracture of the modular neck (Fig. 1). The femoral head remained well fixed to the proximal fragment of the modular neck, while the distal fragment of the modular neck remained seated in the bore of the femoral stem.

He was referred to our institution, where he underwent a revision total hip arthroplasty. Preoperative laboratory testing was not suggestive of an infection, with an erythrocyte sedimentation rate of 23 mm/hr (normal, 0 to 9 mm/hr) and a C-reactive protein level of 2.3 mg/L (normal, 0 to 1.0 mg/L). No metal ion serum levels were obtained. A posterior approach was used to expose the hip. Intraoperative cell count and frozen-section results showed no signs of infection. The modular neck was confirmed to be fractured near the neck-stem junction. The head and proximal aspect of the neck were removed from the wound. It was not possible to independently remove the distal aspect of the femoral neck from the stem; therefore, the stem extractor could not be used (Fig. 2). An extended tro-



Fig. 3
The retrieved modular neck demonstrates fretting and corrosion damage (arrows) on the surface that had mated with the femoral stem.

chanteric osteotomy was performed, and the femoral stem and fractured distal fragment of the modular neck were removed en bloc. The acetabular cup was removed with the explant device because of incompatibility between the acetabular component and the new femoral head. The hip was reconstructed with a 66-mm modular trabecular metal cup (Zimmer, Warsaw, Indiana) and 6-in (15.2-cm) VerSys FullCoat stem (Zimmer) with a 40-mm head. The extended trochanteric osteotomy was repaired with cables. Cultures at the time of surgery showed no growth.

Examination of the distal fragment of the modular neck with use of light microscopy showed marked fretting and corrosion damage and black fretting with corrosion debris (Fig. 3). The damage was concentrated on the lateral and anterior surfaces where they had mated with the stem. Scanning electron microscopy revealed severe corrosion, consisting of scalloping and pitting of the mating surfaces (Fig. 4). The fracture surface demonstrated a clear clamshell pattern characteristic of a fatigue fracture radiating from the corroded area on the anterolateral surface of the modular neck. Neither fretting nor corrosion damage was evident at the modular head-neck junction.

### Discussion

Modular hip systems have gained popularity as they offer the surgeon the potential to restore normal hip biomechanics with the ability to independently adjust offset, version, and limb length. However, there are concerns that with any metal-on-metal modular junction, there is the potential for fretting corrosion and concomitant metal ion release.

Fracture of femoral components is a rare complication in total hip arthroplasty. Prior to the introduction of forged cobalt-chromium molybdenum and titanium alloys, Charnley estimated the stem fracture prevalence to be 0.23%[1], while other designs may have been as high as 11%[2]. Fractures of the neck of the femoral stem have been reported. Factors contributing to fracture include defects in welding of the neck to the prosthesis[3], heavy laser etching in the region[4], and crevice corrosion associated with the head-neck junction[5,6].

In vitro studies of femoral components with neck-stem modularity have shown that corrosion and fretting can occur at the neck-stem junction and that this occurs primarily at the medial contact point between the neck and stem[7,8].



Fig. 2
Intraoperative photograph of the femoral stem and the distal aspect of the neck embedded in the femoral canal.

THE JOURNAL OF BONE & JOINT SURGERY · JBJS.ORG
VOLUME 92-A · NUMBER 6 · JUNE 2010

FRACTURE OF A MODULAR FEMORAL NECK AFTER
TOTAL HIP ARTHROPLASTY



Fig. 4
Scanning electron microscopy of the lateral aspect of the mating surface reveals severe corrosion, consisting of scalloping and pitting. The asterisks indicate the original implant surface.

Retrieval studies by Kop and Swarts[9] showed that corrosion and fretting occur at both the head-neck and the neck-stem modular junctions. Longer implantation times increase the amount of corrosion and fretting. They also reported that the degradation of the neck-stem junction was more significant than at the head-neck junction and was believed to be secondary to the increased lever arm and high mechanical stress. Inflammatory mediators are released as a consequence of the cellular response to the particulate and/or ionic products of fretting and corrosion. This can ultimately result in the need to revise the prosthesis[10,11].

Recently, Varini et al. reported that stem impactors that secure the femoral stem by means of the neck-stem junction induce some damage to the bore of the femoral stem. They hypothesized that this may trigger increased fretting damage resulting in the production of debris[12]. It is not known whether this type of impactor was used in the index procedure in this patient. An alternative impactor that does not engage the neck-stem junction is available for insertion of the femoral stem.

Case reports of dissociation of modular hip stem prosthesis have been published[13-15], and there is one case of a patient who had dissociation of the Alpha II (Osteoimplant Technology, Hunt Valley, Maryland) fully porous-coated stem[16]. The difference between the Alpha II and the implant used in our patient is that the neck-stem junction is much deeper in the implant in the present report. This stem also has demonstrated excellent success, with clinical results at ten years showing no complications with fracture of the modular necks[17-19].

This implant had a long varus modular neck. The lever arm, combined with the height and weight of the patient, probably resulted in increased stresses at the neck-stem modular junction. While it is impossible to be certain, we believe that the body habitus of the patient along with the long varus neck contributed to the finding of substantial fretting and corrosion, and subsequent neck fracture. ■

Commander Geoffrey Wright, MD
Scott Sporer, MD, MS
Robert Urban, PhD
Joshua Jacobs, MD
Department of Orthopedics,
Rush University Medical Center,
1725 West Harrison Street,
Suite 1063, Chicago, IL 60612.
E-mail address for G. Wright:
geoffrey.wright@med.navy.mil

## References

1. Charnley J. Fracture of femoral prostheses in total hip replacement. A clinical study. Clin Orthop Relat Res. 1975;111:105-20.

2. Martens M, Aernoudt E, de Meester P, Ducheyne P, Mulier JC, de Langh R, Kestelijn P. Factors in the mechanical failure of the femoral component in total hip

prosthesis. Report of six fatigue fractures of the femoral stem and results of experimental loading tests. Acta Orthop Scand. 1974;45:693-710.

3. Aspenberg P, Kolmert L, Persson L, Onnerfält R. Fracture of hip prostheses due to inadequate welding. Acta Orthop Scand. 1987;58:479-82.

THE JOURNAL OF BONE & JOINT SURGERY · JBJS.ORG
VOLUME 92-A · NUMBER 6 · JUNE 2010

FRACTURE OF A MODULAR FEMORAL NECK AFTER
TOTAL HIP ARTHROPLASTY

4. Lee EW, Kim HT. Early fatigue failures of cemented, forged, cobalt-chromium femoral stems at the neck-shoulder junction. J Arthroplasty. 2001;16:236-8.

5. Gilbert JL, Buckley CA, Jacobs JJ, Bertin KC, Zernich MR. Intergranular corrosion-fatigue failure of cobalt-alloy femoral stems. A failure analysis of two implants. J Bone Joint Surg Am. 1994;76:110-5.

6. Botti TP, Gent J, Martell JM, Manning DW. Trunion fracture of a fully porous-coated femoral stem. Case report. J Arthroplasty. 2005;20:943-5.

7. Viceconti M, Baleani M, Squarzoni S, Toni A. Fretting wear in a modular neck hip prosthesis. J Biomed Mater Res. 1997;35:207-16.

8. Viceconti M, Ruggeri O, Toni A, Giunti A. Design-related fretting wear in modular neck hip prosthesis. J Biomed Mater Res. 1996;30:181-6.

9. Kop AM, Swarts E. Corrosion of a hip stem with a modular neck taper junction: a retrieval study of 16 cases. J Arthroplasty. 2009;24:1019-23.

10. Jones DM, Marsh JL, Nepola JV, Jacobs JJ, Skipor AK, Urban RM, Gilbert JL, Buckwalter JA. Focal osteolysis at the junctions of a modular stainless-steel femoral intramedullary nail. J Bone Joint Surg Am. 2001;83:537-48.

11. Lee SH, Brennan FR, Jacobs JJ, Urban RM, Ragasa DR, Glant TT. Human monocyte/macrophage response to cobalt-chromium corrosion products and titanium particles in patients with total joint replacements. J Orthop Res. 1997;15:40-9.

12. Varini E, Cristofolini L, Viceconti M, Traina F. Stem damage during implantation of modular hip prostheses. Artif Organs. 2006;30:564-7.

13. Chu CM, Wang SJ, Lin LC. Dissociation of modular total hip arthroplasty at the femoral head-neck interface after loosening of the acetabular shell following hip dislocation. J Arthroplasty. 2001;16:806-9.

14. Fanuele J, Bernini P. Dissociation of the modular femoral stem from the metaphyseal sleeve during reduction of a total hip arthroplasty dislocation. J Arthroplasty. 2007;22:140-2.

15. Patel A, Bliss J, Calfee RP, Froehlich J, Limbird R. Modular femoral stem-sleeve junction failure after primary total hip arthroplasty. J Arthroplasty. 2009;24:1143.e1-5.

16. Sporer SM, DellaValle C, Jacobs J, Wimmer M. A case of disassociation of a modular femoral neck trunion after total hip arthroplasty. J Arthroplasty. 2006;21:918-21.

17. Köster G, Walde TA, Willert HG. Five- to 10-year results using a noncemented modular revision stem without bone grafting. J Arthroplasty. 2008;23:964-70.

18. Antonietti B, Paderni S, Sama D, Comitini V, Sudanese A. Anatomic cementless total hip arthroplasty with ceramic bearings and modular necks: 3 to 5 years follow-up. Chir Organi Mov. 2003;88:259-65.

19. Toni A, Sudanese A, Paderni S, Guerra E, Bianchi G, Antonietti B, Giunti A. Cementless hip arthroplasty with a modular neck. Chir Organi Mov. 2001;86:73-85.

EXHIBIT C

University of California
San Francisco



Department of Orthopaedic Surgery

Thomas Parker Vail, M.D.
Professor and Chairman

David S. Bradford, M.D.
Professor and Chairman – Emeritus

**Arthritis and Joint Replacement**
Kevin Bozic, M.D.
Harry E. Jergesen, M.D.
Erik Hansen, M.D.
Alfred Kuo, M.D.
Michael D. Ries, M.D.
Thomas Parker Vail, M.D.

**Arthritis/Cartilage Injury**
Hubert Kim, M.D., Ph.D.

**Foot & Ankle**
R. Richard Coughlin, M.D.
Landrus Pfeffinger, M.D.
Kirstina Olson, M.D.

**Hand and Upper Extremity**
Mohana Amirtharajah, M.D.
Lisa L. Lattanza, M.D.
Scott Hansen, M.D.
Mathias Masem, M.D.

**Oncology**
Richard O'Donnell, M.D.

**Orthotics and Prosthetics**
Matthew Garibaldi, C.P.O.

**Pediatric Orthopaedics**
Eliana Delgado, M.D.
Mohammad Diab, M.D.
Coleen Sabatini, M.D.
Aenor Sawyer, M.D.

**Physical Medicine & Rehabilitation**
Sibel Demir-Deviren, M.D.
Masato Nagao, M.D.
Lisa Pascual, M.D.

**Podiatry**
Monara Dini, DPM
Diana Werner, DPM

**Sports Medicine**
Christina Allen, M.D.
W. Dilworth Cannon, M.D.
Alexis Dang, M.D.
Brian Feeley, M.D.
Anthony Luke, M.D.
C. Benjamin Ma, M.D.
Carlin Senter, M.D.

**Research**
Tamara Alliston, Ph.D.
Xuhui Liu, M.D.
Jeffrey Lotz, Ph.D.
Ralph Marcucio, Ph.D.
Richard Schneider, Ph.D.

**Spinal Disorders**
Sigurd Berven, M.D.
Shane Burch, M.D.
Vedat Deviren, M.D.
Serena S. Hu, M.D.
Bobby K-B Tay, M.D.

**Trauma**
Utku Kandemir, M.D.
Meir Marmor, M.D.
Amir Matityahu, M.D.
R. Trigg McClellan, M.D.
Eric Meinberg, M.D.
Theodore Miclau, M.D.
Saam Morshed, M.D., Ph.D.
Murat Pekmezci, M.D.
Nicole Strauss, M.D.

# Dr. Kevin J. Bozic – Legal Cases: 2009-2012

| Name of Case | Date | Expert Witness/Deposition |
|---|---|---|
| Joan Rishell v. Raley's | 2/11/09 | Deposition |
| Monica and Walter Lips vs. Encore Medical Group | 11/13/09 | Deposition |
| Yvonne Silva v. Bernabe | 1/20/10 | Deposition |
| Edna Green v. Patel and Swanson | 1/21/09 | Deposition |
| Kimberly Block v. Walmart | 5/26/10 | Deposition |
| Albert Laurin Case | 5/2/12 | Deposition |
| Merrill v. Big 5 | 5/30/12 | Deposition |

UCSF MEDICAL CENTER
500 Parnassus Avenue (MU-320W)
San Francisco, CA 94143-0728
tel:  415/476-1156
fax: 415/476-1304
www.orthosurg.ucsf.edu

UCSF ORTHOPAEDIC INSTITUTE
1500 Owens Street
San Francisco, CA 94158
tel:  415/353-2808
fax: 415/885-9643

MT. ZION MEDICAL CENTER
1600 Divisadero Street, 4th Floor
San Francisco, CA 94115
tel:  415/885-3800
fax: 415/353-7299

SAN FRANCISCO GENERAL HOSPITAL
1001 Potrero Avenue, (3A36)
San Francisco, CA 94110-0842
tel:  415/206-8912
fax: 415/647-3733
www.orthotrauma.com

EXHIBIT _D_

# Kevin Bozic, MD
## FEE SCHEDULE
**Telephone:** (415) 476-3320 **Fax:** (415) 476-1304

| DESCRIPTION | SERVICE | FEE |
|---|---|---|
| **RECORD REVIEW ONLY (EXPERT):** Provide verbal and/or written expert opinion based on medical records and/or diagnostic studies. | Record Review | $750/hour |
| | Report Preparation | $750 /hour |
| **INDEPENDENT MEDICAL EVALUATION:** Review medical records and diagnostic studies, conduct physical examination and prepare written report based on independent opinion. | Record Review<br>Examination<br>Report Preparation | $750 /hour<br>$750 /flat<br>$800 /flat |
| **SUPPLEMENTAL:** Additional medical records received after examination are processed as a supplemental providing report and/or verbal findings. | Review Existing Material<br>(1/2 hour)<br>Record Review<br>Supplemental Report | $750 /hour<br>$750 /hour<br>$750 /hour |
| **CONSULTATIONS:** | Consultation | $750 /hour |
| **RUSH FEES:** Preparation of expedited report within 20 days from date of examination. (Regular turn-around is 30 days) | 0 -2 Days<br>3 -5 Days<br>6 -10 Days<br>11 -20 Days | $500 /flat<br>$400 /flat<br>$300 /flat<br>$200 /flat |
| **TESTIMONY FEES:** Professional Testimony by the retained expert.<br>(A cancellation fee will be charged if canceled with less than 48hr notice.) It is the responsibility of the client retaining the consultant to have these fees paid. | Deposition (2 hr minimum)<br>Arbitration/Video Depo<br>Trial-Half Day<br>Trial-Full Day<br>Preparation | $750 /hour<br>$2,000 /flat<br>$5,000 /flat<br>$10,000 /flat<br>$750 /hour |
| **NO SHOW / LATE CANCELLATION ON EXAMS:** Scheduled evaluation appointment missed or canceled with less than 5 days notice. (Excludes weekends and holidays) | Late Cancellation Less than 5 Days | $750 /flat |
| **NO SHOW / LATE CANCELLATION ON TESTIMONY:** Scheduled testimony missed or canceled with less than 48 hours notice. (Excludes weekends and holidays) | Deposition<br>Arbitration<br>Trial-Half Day<br>Trial-Full Day | $750 /flat<br>$1,000 /flat<br>$2,500 /flat<br>$5,000 /flat |
| **TRAVEL:**<br>Hourly rate plus actual costs. | | $200 /hour |

A minimum 2 hours RETAINER FEE of $1500 is needed to start the medical/legal review process. All fees MUST be received in our office 3 weeks prior to any appointment, meeting, phone consultation, or deposition. If deposit is not received in our office within this time, appointment will be canceled automatically. Appointments scheduled with _less than_ 3 weeks advance notice must issue a retainer and overnight it within 48 hours. If deposit is not in our office within 48 hours of scheduling, appointment will automatically cancel. Deposits will be fully refunded if there is a cancellation received with 7 business days or more advance notice. If cancellation is