# Exhibit D



*Failure Analysis Associates*

**Analysis of a Fractured Modular Hip Implant: Tucker v. Wright Medical Technology, Inc.**

# E$^x$ponent®

**Analysis of a Fractured
Modular Hip Implant:
Tucker v. Wright Medical
Technology, Inc.**

Prepared for:

Michael Kell
450 West Fourth Street
Royal Oak, MI  48067

Prepared by:

Brad James, Ph.D., P.E., FASM
Exponent Failure Analysis Associates
149 Commonwealth Drive
Menlo Park, CA  94025

August 31, 2012

© Exponent, Inc.

# Contents

|                                                                                                                                                                            | Page |
|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| **Background**                                                                                                                                                             | **1** |
| Qualifications and Experience                                                                                                                                              | 1    |
| **Opinions**                                                                                                                                                               | **3** |
| **Bases for Opinions**                                                                                                                                                     | **4** |
| 1   The subject device fractured by a combination of corrosion, fretting and fatigue. No evidence of manufacturing defects was observed.                                   | 4    |
| 2   Device history records indicate the subject device conformed to specified requirements.  There is no indication of any sort of manufacturing defect that could have contributed to the subject device fracture. | 5    |
| 3   Fretting-induced fatigue is a relatively common issue in modular hip implants.                                                                                        | 5    |
| 4   Mr. Tucker's weight and activity level contributed to the subject implant fracture.  Wright Medical warned that obesity or high activity levels can lead to implant fracture. | 7    |
| 5   Other implantation factors besides body weight and activity level can contribute to hip prosthesis fracture.  There is no implantable hip replacement design that can guarantee infinite life in all patients. | 7    |
| 6   Wright Medical followed an appropriate design and validation process for the subject implant.                                                                         | 9    |
| 7   The choice between titanium and cobalt-chromium alloys for orthopedic applications is not a simple one.  Titanium alloys have several advantages over cobalt-chromium alloys. | 11   |
| 8   Profemur® modular implant fracture rates are similar to those experienced throughout the hip replacement industry.                                                     | 12   |
| **Limitations**                                                                                                                                                            | **14** |
| Appendix A.   CV of Brad James, Ph.D., P.E.                                                                                                                                |      |
| Appendix B.   Documents Relied Upon                                                                                                                                        |      |
| Appendix C.   Deposition and Trial Testimony                                                                                                                               |      |

# Background

I have been asked to examine the fractured Wright Medical Profemur® neck at issue in the Tucker v. Wright Medical case, and report my findings. I received Mr. Tucker's fractured right hip prosthesis, and conducted visual, optical microscope, scanning electron microscope (SEM), and energy dispersive spectroscopy (EDS)-based inspections on the explanted prosthesis. I have also reviewed the pertinent documents listed below.

Mr. Tucker underwent a total right hip arthroplasty on March 20, 2006, where he received the subject implant. The subject prosthesis included: a Lineage Acetabular Shell, Size 56 mm O.D., Quad Hemi Flare STD Group 2, 36430056, Lot No. 125290201; a Lineage Ceramic Liner, 32 mm X 52-56mm Group 2, 72003252, Lot No. 115298223; a PROFEMUR Plasma Z Stem, Size 7, PHA00272, Lot No. 026319654; a 32mm OD Ceramic Femoral Head, SLT Taper Long Neck, 26000009, Lot No. 025179992; and a Profemur Neck, A/R VAR/VAL 1 Long, PHA01224, Lot No. T12134689. At the time of his right hip replacement surgery Mr. Tucker was 6'3'' tall, and weighed 257 lbs (BMI 32.1). Mr. Tucker has also undergone a left hip resurfacing procedure.

On May 7, 2010, Mr. Tucker fell and was taken to the local emergency department. Radiographic examination indicated that the modular neck of Mr. Tucker's right hip implant had fractured. On May 17, 2010, Mr. Tucker underwent revision surgery to replace the fractured implant. Mr. Tucker was 6'3'' tall and weighed 265 pounds at the time of his right hip revision surgery.

## Qualifications and Experience

I have been employed at Exponent Failure Analysis Associates for over 18 years, and am currently a Principal Engineer and the Director of Exponent's Materials and Corrosion Engineering Practice. I received my Ph.D. in Metallurgical and Materials Engineering from the Colorado School of Mines in 1994, where I studied fatigue, fracture, and specific embrittlement mechanisms in steel. I also minored in Engineering Mechanics. Prior to graduate school, I worked as a Research Engineer at Babcock and Wilcox, where I conducted corrosion, fatigue, fracture, and failure analyses of various metals and materials. I received my undergraduate degree in Metallurgical Engineering from the University of Washington in 1988.

In addition to my work at Exponent, I serve as an Adjunct Professor at Stanford and Santa Clara Universities where I teach graduate-level failure analysis and fracture mechanics courses. I also teach courses to medical device engineers through ASM International (formerly the American Society of Metals). These courses have included: "Failure Analysis for the Medical Device Engineer," as well as "Fracture and Corrosion Validation for the Medical Device Engineer." I am a past co-Chairman of the Materials and Processes for Medical Devices (MPMD) Conference, and was elected as a Fellow of ASM International in 2011.

I have published papers and given several presentations on corrosion and fatigue testing, failure analysis, and design validation of implantable medical devices, including an invited presentation to the United States Food and Drug Administration (USFDA) in June 2009.  I have written a chapter on medical device failure analysis for the ASM Handbook, *Materials for Medical Devices*, Volume 23.  My medical device work at Exponent generally includes helping companies (both large and small) understand and assess the corrosion, fatigue, fracture, and wear performance of their implant designs.  This typically involves setting up a validation methodology and protocol, testing, analysis and interpretation of the results, and often finite-element modeling to better understand stresses and strains associated with *in vivo* and testing conditions.  I have conducted these analyses for dozens of companies.  Another part of my medical device work includes conducting failure analysis investigations. Sometimes these investigations are associated with litigation, but more often I am hired directly by a manufacturer to help analyze any failures and assess any manufacturing or design issues.  The common thread of my work is the use of engineering mechanics, metallurgy, materials science, corrosion, fatigue, and fracture fundamentals to solve engineering problems.

My CV is attached as Appendix A, and the documents I have reviewed for this investigation are listed in Appendix B.  A list of my trial and deposition testimony for the last four years is attached as Appendix C.  Exponent Failure Analysis Associates (Exponent) charges $465 per hour for my time.  The following report describes my findings, opinions, and the bases for my opinions.  In the event that any additional relevant information is made available to me, I reserve the right to amend my report accordingly.

# Opinions

1.  The subject Wright Medical Profemur® prosthesis fractured by a combination of corrosion, fretting, and bending fatigue.  No evidence of a manufacturing defect was observed on the device.

2.  Device history records indicate that the subject device conformed to Wright Medical's specified dimensional and surface finish requirements.  Based on review of the device-history records and analysis of the part, there is no indication that any manufacturing defects contributed to the subject device fracture.

3.  Corrosion and fretting-induced fatigue at contacting taper joints is a well-documented issue for modular hip implants, not just the Wright Medical Profemur design.

4.  Mr. Tucker's body weight and activity level contributed to his implant fracture.  Wright Medical warned in its Instructions for Use that obesity or high activity levels can lead to implant fracture.

5.  Besides body weight and activity level, other factors, such as placement, magnitude of taper-joint impaction force, and the presence of any debris within the taper can contribute to hip prosthesis fracture.  There is no implantable hip replacement design that can guarantee infinite life in all patients.

6.  Wright Medical followed appropriate fatigue and fretting test methodologies when they designed and validated the subject implant.  The FDA approved of Wright Medical's testing and validation of the Profemur® system in 2000.

7.  The selection of cobalt-chromium alloys versus titanium for use in modular prostheses is not a trivial exercise.  Titanium has several advantages compared to cobalt-chromium alloys as an implant material.

8.  Analysis of Wright Medical Profemur® data indicates comparable fracture rates to those reported for other hip implants.

# Bases for Opinions

## 1    The subject device fractured by a combination of corrosion, fretting and fatigue.  No evidence of manufacturing defects was observed.

I conducted a non-destructive analysis of the subject-explanted prosthesis to determine the cause of fracture.  My inspection included visual, stereomicroscopic, SEM and EDS analyses. Photographs of the fractured neck, the femoral head, and the stem are shown in Figure 1. Visual, stereographic, and SEM examination of the subject neck indicated obvious beach marks on both the head- and stem-side fracture surface, consistent with fatigue crack growth, shown in Figure 2 and Figure 3.  Beach marks indicated that the primary fatigue crack initiated along the anterolateral corner of the neck and grew primarily in a medial direction across the cross-section, consistent with other fractured Wright Medical Profemur® necks[1] and general hip prosthesis fractures described in the literature.[2, 3, 4]  Higher magnification SEM fracture surface examination indicated relatively featureless fracture morphology with areas of poorly-formed striations, shown in Figure 4.  Secondary fatigue cracking was observed on the medial side of the implant neck, shown in Figure 2, Figure 3, and Figure 5.  The secondary cracks propagated only a short distance before the implant fractured.  SEM examination of the medial-side of the fracture surface, apart from the secondary fatigue cracks, confirmed ductile overload with microvoid coalescence fracture morphology, shown in Figure 5.

Visual and SEM examination of the taper surface showed areas of corrosion, fretting and wear at the neck/stem Morse-taper junction, as shown in Figure 6.  It is clear that fretting and corrosion at the taper junction contributed to fatigue crack initiation.  Energy dispersive spectroscopy (EDS) qualitatively confirmed that the elemental composition of the subject neck was consistent with the specified titanium alloy, Ti-6Al-4V, shown in Figure 7.  No evidence of a manufacturing defect was observed at the fracture origin.

---

[1]    S. Nambu. "Fatigue Testing and Moment Analysis of Profemur Titanium Alloy Modular Necks," ER09-0031, 7/14/09

[2]    D.K. Collis, "Femoral stem failure in total hip replacement." The Journal of Bone and Joint Surgery (Am), Vol. 59-A, No. 8, 1977, pp. 1033-1041.

[3]    B.M. Wroblewski, "The mechanism of fracture of the femoral prosthesis in total hip replacement." International Orthopaedics, Vol. 3, 1979, pp. 137-139.

[4]    C.A. Busch,, M.N. Charles, et al. "Fractures of distally-fixed femoral stems after revision arthroplasty." The Journal of Bone and Joint Surgery (Br), Vol. 87-B, No. 10, 2005, pp. 1333-1336.

# 2  Device history records indicate the subject device conformed to specified requirements.  There is no indication of any sort of manufacturing defect that could have contributed to the subject device fracture.

Review of the device history records indicated that the subject neck underwent visual examination for any surface defects, such as nicks, scratches, blemishes, pits, voids, sharp edges, burrs, cracks, discoloration, or heavy machine lines.  The neck surface finish was also compared with specifications, and dimensions including diameters and taper angles were also measured and verified.  The subject neck was accepted as part of Lot number T12134689.

Review of stem device history records (Model PHA00272, Lot 026319654) indicated that examination of surface finish, dimensions (including taper pocket), and potential manufacturing defects was conducted on each of the stems in the lot.  Based on these device history records, there is no evidence or indication of a manufacturing problem in the subject device.

Inspection of the subject device revealed substantial fretting of the neck and stem modular taper surfaces.  Given this damage, no determination of the presence or absence of any surface or dimensional defect could be made.  Thus, based on review of the device history records and inspection of the subject part, there is no indication that any sort of manufacturing defects contributed to the fracture.

# 3  Fretting-induced fatigue is a relatively common issue in modular hip implants.

Fretting occurs at the contact area between two metal surfaces that are under load and subject to cyclic relative micro-motion.[5]  The contact force and relative motion causes adhesion between the mating surfaces.  Adhered particles are removed from the surfaces, resulting in metal loss and the presence of potentially abrasive material between the surfaces.  Further, the freshly exposed metal can have significantly lower corrosion resistance, which can be exacerbated in a corrosive environment (such as within a crevice, as well as the human body).  Fretting damage is characterized by pitting, grooves, surface roughness, and microcracks.[5]  The fact that the as-machined implant surface has been worn away at neck-to-stem contact areas, as shown in Figure 6, confirms that the fretting process had occurred after device fabrication and implantation.

Fretting, corrosion, and fatigue are well-known issues in modular implants, such as the subject device.[6, 7, 8, 9, 10, 11, 12, 13]  In general, the higher the forces acting on mating surfaces, the greater

---

[5]   S.J. Shaffer and W.A. Glaeser, "Fretting Fatigue," ASM Handbook, Volume 19, 1996, pp. 321-330.

[6]   J.D. Bobyn, M. Tanzer, J.J. Krygier, A.R. Dujovne, C.E. Brooks, "Concerns with modularity in total hip arthroplasty," Clinical Orthopaedics and Related Research, No. 298, 1994, pp. 27-36.

the risk for fretting.[10, 13, 14]   Thus, the higher the *in vivo* forces, the greater the chance for fretting, as well as fracture by fatigue crack initiation and growth.

Although modular orthopedic implants are well known to be susceptible to fretting and fretting-induced fatigue, modular systems allow distinct advantages in terms of fitting patient anatomy. In fact, over 2,700 different one-piece implant variations would be required to replace the possible neck-stem combinations that exist because of the modularity of the Profemur® line. The continued extensive use of modular hip prostheses indicates that the medical community generally believes that the benefits of modularity outweigh the disadvantages.[13, 15]   Discussions in the trade literature[16] weighing the benefits of modular prostheses versus the risks of fretting and fracture are continuing.

7    M.A. Buttaro, M.B. Mayor, D. Van Citters, F. Piccaluga, "Fatigue fracture of a proximally modular, distally tapered fluted implant with diaphyseal fixation," The Journal of Arthroplasty, Vol. 22, No. 5, 2007, pp. 780-783.

8    V. Chandrasekaran, W.L. Sauer, A.M. Taylor, D.W. Hoeppner, "Evaluation of the fretting corrosion behavior of the proximal pad taper of a modular hip design," Wear, Vol. 231, 1999, pp. 54-64.

9    J.L. Gilbert, C.A. Buckley, J.J. Jacobs, "*In vivo* corrosion of modular hip prosthesis components in mixed and similar metal combinations.  The effect of crevice, stress, motion, and alloy coupling," Journal of Biomedical Materials Research, Vol. 27, 1993, pp. 1533-1544.

10   D.W. Hoeppner and V. Chandrasekaran, "Characterizing the fretting fatigue behavior of Ti-6Al-4V in modular joints," Medical Applications of Titanium and Its Alloys: the Material and Biological Issues, ASTM STP 1272, 1996.

11   S.C. Jani, W.L. Sauer, T.W. McLean, R.D. Lambert, P. Kovacs, "Fretting corrosion mechanisms at modular implant interfaces," Modularity of Orthopedic Implants, ASTM STP 1301, 1997.

12   M. Paliwal, D.G. Allan, P. Filip, "Failure of three cementless modular total hip arthroplasty prostheses: A retrieval analysis," Proceedings of the 2008 ASME International Mechanical Engineering Congress and Exposition, Vol. 2, 2008, pp. 97-105.

13   M.Viceconti, M. Baleani, S. Squarzoni, A. Toni, "Fretting wear in a modular neck hip prosthesis," Journal of Biomedical Materials Research, Vol. 35, 1997, pp. 207-216.

14   J.R. Goldberg, J.J. Jacobs, J.L. Gilbert, "In-vitro fretting corrosion testing of modular hip implants," Fifth World Biomaterials Congress, 1996, p. 865.

15   M. Schramm, D.C. Wirtz, U. Holzwarth, R.P. Pitto, "The Morse taper junction in modular revision hip replacement - a biomechanical and retrieval analysis," Biomedizinische Technik, Vol. 45, No. 4, 2000, pp. 105-109.

16   E. Hofheinz, "Proximal modular neck in THA – love it or hate it?" Orthopedics This Week, volume 8, Issue 19, June 2012.

# 4     Mr. Tucker's weight and activity level contributed to the subject implant fracture.  Wright Medical warned that obesity or high activity levels can lead to implant fracture.

The subject implant fractured because it was subjected to conditions that resulted in fretting/corrosion and stresses that exceeded its fatigue strength.  The effect of height, body weight, and activity level on the propensity for hip implant fractures has been well documented in the literature.  In 1982, Wroblewski[17] noted a linear relationship between patient weight and length of time required for monoblock hip prosthesis fractures.  A study conducted by Busch et al.[4] in 2005 noted a statistical correlation between hip implant fracture and body mass index (BMI) greater than 30.  Collis[2] estimated that if only patients taller than six feet who weighed more than 200 pounds were considered, the incidence of fracture for the 200 total hip reconstructions he conducted in the 1970's was 33%.  Dr. Collis observed much lower prosthesis fracture rates for smaller, lighter patients.

The Wright Medical Profemur® Instructions for Use (IFU) indicate that patient weight and activity level is critical to the eventual success of the implant.  The IFU warns that "obese" patients can produce implant loads that can lead to eventual failure of the prosthesis.  Further, Wright warned that patients involved in occupations or activities with substantial walking, lifting, or muscle strain are at increased risk of implant failure.  Wright also indicated in their "Important Medical Information" document that prostheses will not restore function to the level expected with healthy bone, and the patient should not have unrealistic functional expectations.  The Centers for Disease Control and Prevention defines obesity as a BMI greater than 30.[18]  At 6'3'' tall and approximately 257 to 265 pounds, Mr. Tucker's BMI would have been 32.1 to 33.1, above the level for obesity.

# 5     Other implantation factors besides body weight and activity level can contribute to hip prosthesis fracture.  There is no implantable hip replacement design that can guarantee infinite life in all patients.

Orthopedic implants such as the subject device cannot always be designed using an "infinite life" fatigue approach used for many consumer products and engineering structures.  Orthopedic implants are constrained by biological limits that affect allowable implant size, volume, and rigidity.  The wide range of possible weight, activity levels, placement, and bone support conditions do not allow engineers to design all orthopedic prostheses with high mechanical

---

[17]  B.M. Wroblewski, "Fractured stem in total hip replacement: A clinical review of 120 cases," Acta Orthopaedica Scandinavia, Vol. 53, 1982, pp. 279-284.

[18]  http://www.cdc.gov/obesity/defining.html

safety factors.[19]  Further, added stiffness or rigidity associated with larger-sized implants can have negative effects on bone healing tendencies, resulting in loosening or bone fractures.[19, 20, 21]  For instance, far more hip implant revision surgeries are required because of implant loosening than implant fracture.[22, 23]  Increasing implant size (and therefore stiffness) strictly to reduce the possibility of fracture could result in increased revision rates due to bone fracture or loosening,[24] and also lead to range of motion and implant stability issues.

The magnitude of the force applied by the surgeon to mate the male and female portions of a modular junction likely has an effect on implant fatigue performance.  Too little force could result in insufficient interference fit, resulting in increased fretting and decreased fatigue performance.  Further, researchers have indicated that the existence of debris or particulate (such as bone fragments) in the taper junction may contribute to modular implant fractures.[25] Neither the impaction force during device assembly nor the presence (or absence) of debris in the Tucker implant can be reliably determined after device fracture and explantation.

Device position in the body has also been shown to affect loading and fatigue performance. Varus hip implant orientation may result in higher stresses and greater propensity for fatigue fracture.[17, 26]  Further, the degree of bone quality and support at the prosthesis/bone interface can also have a large effect on implant stresses and the possibility of fracture.[26, 27, 28, 29, 30]

---

[19]   O.E.M. Pohler, "Failures of Metallic Orthopedic Implants," ASM Metals Handbook, Volume 11, Ninth Edition, pp. 670-694.

[20]   Guidance Document for Testing Non-Articulating "Mechanically Locked" Modular Implant Components, Orthopedic Devices Branch, U.S. Food and Drug Administration, 1995.

[21]   Davis JR, Handbook of Materials for Medical Devices, ASM International, 2003

[22]   National Joint Registry for England and Wales, 6th Annual Report, 2009.

[23]   J. Kärrholm, G. Garellick, C. Rogmark, P. Herberts, Swedish Hip Arthroplasty Register, Annual Report 2007.

[24]   J. Goldberg, J. Gilbert, J. Jacobs, T. Bauer, W. Paprosky, S. Leurgans, "A multicenter retrieval study of the taper interfaces of modular hip prostheses:, Clinical Orthopaedics and Related Research, No. 401, pp. 149-161.

[25]   T.M. Grupp , T. Weik, W. Bloemer, H.P. Knaebel, "Modular titanium alloy neck adapter failures in hip replacement - failure mode analysis and influence of implant material," BMC Musculoskeletal Disorders, Vol. 11, No. 3, 2010, pp.1-12 .

[26]   J.J. Callaghan, P.M. Pellicci, et al., "Fracture of the femoral component: Analysis of failure and long-term follow-up of revision," Orthopedic Clinics of North America, Vol. 19, No. 3, 1988, pp. 637-647.

[27]   Å.S. Carlsson, C.F. Gentz, J. Stenport, "Fracture of the femoral prosthesis in total hip replacement according to Charnley, " Acta Orthopaedica Scandinavia, Vol. 48, 1977, pp. 650-655.

[28]   J.C. McNeur, "Fracture of the femoral prosthesis after total hip replacement," The Medical Journal of Australia, Vol. 141, 1984, pp. 341-344.

[29]   Pazzaglia, U. E., F. Ghisellini, et al. (1988). Failure of the stem in total hip replacement. A study of aetiology and mechanism of failure in 13 cases. Arch Orthop Trauma Surg 107(4): 195-202.

[30]   Crowninshield, R. D., W. J. Maloney, et al. (2004). The role of proximal femoral support in stress development within hip prostheses. Clin Orthop Relat Res(420): 176-80

Given the large number of variables that affect fatigue life in hip prostheses, there is no specified weight limit that could be applied to the Wright Medical Profemur® (or any other hip implant) to eliminate the possibility of fracture. Due to the myriad of variables that can affect implant fatigue performance, there is no implantable total hip-replacement implant design that can guarantee infinite life in all patients.

## 6    Wright Medical followed an appropriate design and validation process for the subject implant.

In December 2000, the FDA indicated that the Wright Medical Profemur® Revision hip system was substantially equivalent to competitive devices previously cleared for marketing in the United States. Thus, based on Wright's testing and validation, the FDA allowed Wright Medical to market and sell the Profemur® system in the United States. As part of their assessment of mechanical performance, Wright Medical conducted fatigue tests of Profemur® necks per ISO 7206-8,[31] which specifies five-million cycle survival when subjected to cyclic loading between 300 and 2,300 N. The ISO standard indicates the implant passes the test if no cracking is observed. No evidence of cracking in the Profemur® devices was reported by Wright Medical personnel following the ISO 7206-8 tests. Hip prosthesis test standards are based on the correlation of clinical fractures with laboratory simulations, and should not be used as a quantitative indicator of the expected *in vivo* device lifetime.[32, 33] These fatigue requirements are used to provide a basis for comparison between designs, and as a benchmark for fatigue performance. Further, the cycle test requirements are not intended to represent a desired design life. Rather, these test durations are provided to establish baseline, high-cycle fatigue conditions for comparison with other devices and performance criteria. As indicated in their 2000 510(k) documents, the Wright Medical PROFEMUR® R system was determined to be substantially equivalent by the USFDA to competitive devices previously cleared for market, such as the Wright Medical Infinity® Hip System, Zimmer ZMR®, and the Osteoimplant Omega II® Modular Hip System. In March 2006, when Mr. Tucker received his implant, two Profemur® modular neck fractures had been reported in Europe, and none in the United States.

The Instituti Ortopedici Rizzoli (IOR) conducted fatigue "endurance" limit testing of Wright Medical modular necks (then marketed by Cremascoli Ortho), subjecting several prostheses with different neck geometries to various cyclic loads sufficient to induce fracture.[34] For the

---

[31]  International Standard ISO 7206-8:1995, "Implants for surgery - Partial and total hip joint prostheses - Part 8: Endurance performance of stemmed femoral components with application of torsion," International Organization for Standardization, 1995.

[32]  ASTM F2068-03 Standard Specification for Femoral Prostheses—Metallic Implants

[33]  ASTM F1612-95(2005) Standard Practice for Cyclic Fatigue Testing of Metallic Stemmed Hip Arthroplasty Femoral Components with Torsion

[34]  IOR, "Determination of static and endurance properties of head and neck region of femoral component of hip joint prostheses," Report No. RPRAND6, June 6, 2000.

Long VV 8° (worst case) configuration, the five-million cycle fatigue-strength was estimated to be 4,900 Newtons (N) (about 1,100 pounds-force).

Wright Medical titanium modular necks were also tested for susceptibility to fretting per ISO 7206-3. In this test, prostheses are subjected to cyclic loads in a saline environment. Samples were weighed before and after the test to quantify the amount of material loss. Weight loss in these tests ranged from $0.28 \pm 0.10$ mg for small stem bodies tested at 2,300 N (517 lb-f) for 5.5 million cycles, to $2.54 \pm 0.53$ mg for large stem bodies tested at 3,300 N (742 lb-f) for 20 million cycles. These data compared favorably with literature that established typical weight loss in implanted prostheses.[13]

Although undesirable, fracture is a known complication of orthopedic implants in general (and hip implants specifically), and does not necessarily indicate a problem with the device.[19] Fracture by fretting-induced fatigue is a well-known complication associated with the use of modular hip implants, not just the Wright Medical Profemur® design. Although some percentage of modular implants fracture by fretting/fatigue, their continued use indicates that their benefits outweigh the potential complications. In August 2008, when more Profemur® modular neck fractures had been observed, Wright Medical initiated a Corrective and Preventative Action (CAPA) analysis to help determine the cause of the breaks. One of the CAPA's findings was that patient factors such as height and weight were likely contributors to the increased long-neck fractures. Based at least in part on these findings, Wright Medical designed a cobalt-chrome long neck for use in the Profemur® line. Wright's fatigue testing of the long cobalt-chrome necks indicated superior fatigue performance. It is important to note that implant design is a balancing act, and factors such as stiffness, galvanic corrosion, and metal-ion release/toxicity issues must also be considered. Wright Medical received USFDA approval to market the cobalt-chrome long-neck in August 2009.

Implant fractures typically only account for approximately one to two percent of hip replacement revisions (in countries that maintain prosthetic joint registries),[22, 23] and have occurred in many different prosthesis designs (discussed in greater detail below). It should be noted again that Wright Medical's Instructions for Use warned that obese and active patients can produce implant loads that can lead to eventual failure of the prosthesis. As stated above, based on various constraints, orthopedic implants cannot be designed with high mechanical safety factors for all patients.[19] In other words, due to the many possible surgical and patient variables (such as implant orientation, taper impaction force, bone support, canal diameter, activity level, weight, and the presence of any taper junction debris), orthopedic implants such as the subject device are not solely designed and validated using the classical stress-life fatigue/safety factor methodology used in many engineering structures. Rather, implants such as the subject device are tested per consensus standards (such as ISO and ASTM) and compared with similar devices that have a history of good clinical performance.

10

# 7  The choice between titanium and cobalt-chromium alloys for orthopedic applications is not a simple one.  Titanium alloys have several advantages over cobalt-chromium alloys.

Wright Medical received approval to market and sell cobalt-chromium necks as part of the Profemur® system in 2009.  However, the choice between selecting titanium or cobalt-based alloys for an orthopedic device (including a modular hip) is not a simple one.  Trade-offs exist for both metals.  Cobalt-based alloys generally exhibit superior wear resistance to other implantable alloys, and generally have higher fatigue strengths than titanium alloys.  These factors make Cobalt-based alloys a better choice than titanium alloys if fracture and wear are of primary concern.  Unfortunately, designing implants isn't as simple as making them as wear resistant and strong as possible.  As stated above, review of hip implant registries[22, 23] indicates that implant fractures make up only a small percentage (one to two percent) of all hip revision surgeries.  The bulk hip implant revisions were required due to implant loosening, infection, dislocation, and pain.

Orthopedic implants must work with the neighboring bone to provide support and transfer skeletal loads.  Implant stiffness plays a key role in how implants interact with bone.  Implants that are too stiff can result in "stress shielding" of nearby bone, which can result in bone resorption and possible implant loosening.[19, 20, 21, 35, 36]  The greater the mismatch in modulus of elasticity and stiffness between the implant and the host bone, the greater the alteration of the normal strain distribution in the bone.[36]  Thus, stiffer implants can result in stress shielding and can result in bone atrophy (resorption).  Titanium alloys are approximately half as stiff as cobalt-based alloys, and titanium is the most biocompatible metallic element of the periodic table.[37]  Titanium alloys have superior biocompatibility and corrosion resistance compared to cobalt-chromium alloys.[21]  Further, studies have shown that cobalt and chromium ions can have toxicity issues with surrounding bone[38, 39] not observed with titanium alloys.  Thus, although wrought cobalt-chromium alloys generally have better wear and fatigue properties, titanium offers implant designers many significant benefits.  Many hip implant designs, including modular devices, continue to use titanium alloys at neck, coupling, and stem surfaces.

---

[35]  J. Karrholm, R. Razaznejad, Clin Orthop Relat Res, 2008, 446, pp. 380-388.

[36]  B.D. Ratner, A.S. Hoffman, F.J. Schoen, J.E. Lemons, Biomaterials Science, Academic Press, 1996, pp 222-223.

[37]  F.A. Rodriquez-Gonzales, Biomaterials in Orthopedic Surgery, ASM International, 2009, pg. 32.

[38]  A.G. Cobb and T.P. Schmalzreid, "The clinical significance of metal ion release from cobalt-chromium metal-on-metal hip joint arthroplasty," Proc. IMechE Vol. 220 Part H: J. Engineering in Medicine, 2006, pp. 385-397

[39]  E.J. Evans, "Cell damage in vitro following direct contact with fine particles of titanium, titanium alloy and cobalt-chrome-molybdenum alloy," Biomaterials 1994, Vol. 15, No. 9, 1994, pp. 713-717.

# 8    Profemur® modular implant fracture rates are similar to those experienced throughout the hip replacement industry.

Hip prostheses of many different designs have experienced occasional fatigue fractures.  Review of the literature provides some insight into the fracture rate of other designs, with selected references listed in Table 1.

**Table 1.    Hip prosthesis fracture rates reported in the literature**

| Author | Year | Implant(s) | Failure Rate |
|---|---|---|---|
| Grupp[25] | 2010 | Metha Short Stem Hip Prosthesis, Aesculap | 1.4 % overall, higher in patients over 220 lbs. |
| Götze[40] | 2006 | Lübeck Total Hip | 3.0% |
| Busch[4] | 2005 | DePuy Solution, Smith and Nephew Echelon | 2.3% |
| Goldberg[41] | 2002 | DePuy S-Rom | 10% |
| Kishida[42] | 2002 | Lübeck Total Hip | 2.5% |
| Heck[43] | 1995 | American Association of Hip and Knee Surgeons Survey | 0.27% |
| Callaghan[26] | 1988 | All Mayo Clinic hip replacements | 0.6% |
| Callaghan[26] | 1988 | Charnley-Mueller | 11% |
| McNeur[44] | 1984 | "Charnley-type" | 1.86% |
| Carlsson[27] | 1977 | Charnley prostheses implanted in Malmö | 0.67% |

The best measure of fracture rate takes the number of fractures divided by total sales.  However, since total sales for other devices are not publically available, fracture-rate comparisons with

---

[40]  C. Götze, A. Tschugunow, et al., "Long-term results of the metal-cancellous cementless Lübeck total hip arthroplasty: a critical review at 12.8 years," Archives of Orthopaedic and Trauma Surgery, Vol. 126, No.1, 2006, pp. 28-35.

[41]  V.M. Goldberg, "Revision total hip arthroplasty using a cementless modular femoral hip design," The American Journal of Orthopedics, Volume 31, No. 4, 2002, pp. 202-204.

[42]  Y. Kishida, N. Sugano, et al., "Stem fracture of the cementless spongy metal Lübeck hip prosthesis," The Journal of Arthroplasty, Vol. 17, No. 8, 2002, pp. 1021-1027.

[43]  D.A. Heck, C.M. Partridge, et al., "Prosthetic component failures in hip arthroplasty surgery," The Journal of Arthroplasty, Vol. 10, No. 5, 1995, pp. 575-580.

[44]   J.C. McNeur, "Fracture of the femoral prosthesis after total hip replacement," The Medical Journal of Australia, Vol. 141, 1984, pp. 341-344.

those from individual papers and surveys provides the best information for comparison that we have for Wright's competitors.  Wright Medical indicates (as of March 31, 2012) an overall fracture rate for Profemur® titanium necks sold in the United States of approximately 0.35%. The overall titanium long-neck fracture rate in the United States is approximately 0.93%.  Based on comparison with the above numbers, the Wright Medical Profemur® neck fracture rates are similar to, if not lower than, most reported in the literature.  Thus, based on Wright's fracture rate data and the available literature, the Profemur® design exhibits reported fracture rates similar to, if not better than, others in the industry.

# Limitations

Exponent investigated specific issues relevant to the fracture of the Tucker device.  The scope of services performed during this investigation may not adequately address the needs of other users of this report, and any re-use of this report or its findings, conclusions, or recommendations presented herein are at the sole risk of the user.  The opinions and comments formulated in this analysis are based on observations and information available at the time of the investigation. No guarantee or warranty as to future life or performance of any reviewed condition is expressed or implied.

The findings presented herein are made to a reasonable degree of engineering certainty.  We have made every effort to accurately and completely investigate all areas of concern identified during our investigation.  If new data becomes available or there are perceived omissions or misstatements in this report regarding any aspect of those conditions, we ask that they be brought to our attention as soon as possible so that we have the opportunity to fully address them.



Figure 1.       Photograph of the explanted Tucker device components.



Figure 2.      Photograph of the head-side fracture surface.  An arrow indicates the primary
               fracture origin area.



Figure 3      Photograph of the stem-side fracture surface.  An arrow indicates the primary
fracture origin area.





Figure 4.      (Top) SEM image of the subject implant lateral-side fracture surface (head-side fracture).  (Bottom) poorly-formed striations within the box shown above.



Figure 5.    (Top) Overall SEM image that shows secondary fatigue cracks (indicated by arrows) and overload region.  (Bottom) Microvoid coalescence at the final fracture location indicated by the box in the top image.



Figure 6.    SEM images of fretting/wear on the outside neck surface near the fracture origin.



Figure 7.        EDS analysis that indicates the neck material is consistent with Ti-6Al-4V.

## Appendix A

## CV of Brad James, Ph.D., P.E.



Exponent
149 Commonwealth Drive
Menlo Park, CA 94025

telephone 650-326-9400
facsimile 650-326-8072
www.exponent.com

**Brad James, Ph.D., P.E., FASM**
**Principal Engineer and Practice Director**

**Professional Profile**

Dr. Brad James is a Principal Engineer and the Director of Exponent's Materials and Corrosion Engineering practice.  He specializes in failure analysis, failure prevention, and integrity assessment of engineering structures and components.  Dr. James' specific expertise includes metallurgy, materials science, fracture, fatigue, material degradation, corrosion, life prediction, and design.

Dr. James has experience within the medical device, pipeline, chemical processing, energy, automotive, fire protection, aerospace, and electronics industries.  He helps both industrial and legal clients solve complex problems, as well as interact with governmental agencies such as the FDA, NHTSA, PHMSA and the NTSB.  Dr. James has specific interest in fractography, fracture mechanics, wear, corrosion, embrittlement phenomena, microstructural development, heat treatment, material selection, and welding and joining.

Dr. James serves as a Lecturer for the Stanford University Material Science Engineering Department, where he teaches a graduate-level engineering failure analysis course.  Dr. James also teaches graduate–level failure analysis and fracture mechanics courses as an Adjunct Professor for the Santa Clara University Mechanical Engineering Department.  He has taught several courses for The American Society for Materials (ASM International) involving failure analysis, design, and life prediction/validation of medical devices, and has been a Visiting Lecturer at San Jose State University.  Prior to joining Exponent, Dr. James was employed as a Research Engineer, Materials Performance Division, at the Babcock and Wilcox R&D Center.

**Academic Credentials and Professional Honors**

Ph.D., Metallurgical and Materials Engineering, Colorado School of Mines, 1994
B.S., Metallurgical Engineering, University of Washington, 1988

ASM International Fellow, 2011

**Licenses and Certifications**

Registered Professional Metallurgical Engineer, California, #MT1867

2

**Publications**

James, B, Lieberman S.  Analysis of a brake cylinder failure.  Journal of Failure Analysis and Prevention 2011; 11:193–196.

James B, McVeigh C, Rosenbloom S, Guyer E, Lieberman S.  Ultrasonic cleaning-induced failures in medical devices.  Journal of Failure Analysis and Prevention 2010; 10(3): 223–227.

James B, Sire R.  Fatigue-life assessment and validation techniques for metallic vascular implants.  Biomaterials 2010; 31:181–186.

Fasching A, Kuş E, James B, Bhargava Y, Eiselstein L.  The effects of heat treatment, surface condition and strain on nickel-leaching rates and corrosion performance in nitinol wires.  Materials and Processes for Medical Devices, ASM International, Minneapolis MN, August 2009.

James B, Sire R, Caligiuri R.  Determination of the failure mode and the rupture pressure in a mechanically damaged pipeline.  Journal of Failure Analysis and Prevention 2008; 8(3):223–230.

Eiselstein L, Sire R, James B.  Review of fatigue and fracture behavior of nitinol.  ASM Symposium on Materials and Processes for Medical Devices, ASM International, pp. 135–147, Boston, MA, November 14–16, 2005.

James B, Eiselstein L, Foulds J.  Failure analysis of NiTi wires used in medical applications.  ASM International Journal of Failure Analysis and Prevention 2005; 5(5):82–87; Materials and Processes for Medical Devices, ASM International, pp. 44–49, St. Paul, MN, August 2004.

Eiselstein L, James B.  Medical device failures—Can we learn from our mistakes?  Proceedings, Materials & Processes for Medical Devices Conference, ASM International, pp. 3–11, August 2004.

James B, Wood L, Murray S, Eiselstein L, Foulds J.  Compressive damage-induced cracking in nitinol.  Proceedings, International Conference on Shape Memory and Superelastic Technologies, ASM International, pp. 117–124, Baden Baden, Germany, October 2004.

James B, Murray S, Saint S.  Fracture characterization in nitinol.  Proceedings, International Conference on Shape Memory and Superelastic Technologies, SMST Society, pp. 321–329, May 2003.

James B, Matlock D, Krauss G.  Interactive effects of phosphorus and tin on carbide evolution and fatigue properties of 5160 Steel.  38th Mechanical Working and Steel Processing Conference, Vol. XXXIV, pp. 579–590, October 1996.

Jones D, Hoppe R, Hechmer J, James B.  An experimental study on the effects of compressive stress on the fatigue crack growth of low-alloy steel.  Journal of Pressure Vessel Technology 1994; 116:317–324.

James B.  Interactive effects of phosphorus and tin on carbide evolution and fatigue and fracture properties in 5160 steel.  Ph.D. Thesis, Colorado School of Mines, 1994.

Merlano N, James B, Matlock D, Krauss G.  Effects of tempering and residual element content on mechanical properties of 5160H steel.  Proceedings, Gilbert R. Speich Symposium, Iron and Steel Society, pp. 101–109, Montreal, Canada, October 1992.

James B, Paul L, Miglin M.  Low cycle fatigue crack initiation in SA-210 A1 carbon steel boiler tubing in contaminated boiler water.  Proceedings, Pressure Vessels and Piping Conference, ASME-PVP Vol. 195, pp. 13–19, Nashville, TN, June 1990.

**Presentations/ Seminars**

James B.  Nitinol processing, properties and design.  ASM MPMD lecture, Medtronic Vascular, Galway, Ireland, December 2010.

James B.  Fracture, fatigue and corrosion for medical device engineers.  ASM MPMD lecture, Medtronic Vascular, Galway, Ireland, December 2010.

James B. Failure analysis for medical device engineers.  ASM MPMD lecture, Medtronic Vascular, Galway Ireland, December 2010.

James B.  Fracture surface interpretation.  Invited lecture, St. Jude Medical Cardiac, Rhythm Management Division, Sylmar, CA, September 2010.

James B.  Medical device fatigue design.  Invited lecture, Medtronic Cardiovascular Innovation Seminar (CVIS), Santa Rosa, CA, July 2010.

James B.  Fatigue design and validation of implantable medical devices.  Invited lecture, St. Jude Medical, Cardiovascular Division, Maple Grove, MN, January 2010.

James B.  Ultrasonic cleaning-induced failures in medical devices.  Materials and Processes for Medical Devices, ASM International, Minneapolis MN, August 2009.

James B.  Fatigue design and validation of implantable medical devices.  Invited lecture, United States Food and Drug Administration (USFDA) Office of Science and Engineering Laboratories (OSEL) Science Seminar, June 2009.

James B.  Medical device failures—Lessons learned.  Invited lecture, Bio2Device Group, Sunnyvale, CA, March 2009.

James B.  Medical device design validation and failure analysis.  Materials and Processes for Medical Devices, ASM International Educational Course, 2008–present.

James B.  Medical device failure analysis—Practice and pitfalls.  Invited lecture, ASM International, Materials and Processes for Medical Devices Conference, Cleveland Clinic, August 2008.

James B.  Medical device failure analysis.  Invited lecture, San Jose State University, April 2008.

James B.  Failure analysis for the medical device engineer.  Materials and Processes for Medical Devices, ASM International Educational Course, 2005–2007.

James B.  Fracture, fatigue and corrosion for the medical device engineer.  Materials and Processes for Medical Devices, ASM International Educational Course, 2005–2007.

James B.  Engineering design for medical device fracture, fatigue and corrosion performance.  ASM International, Materials and Processes for Medical Devices Conference, Cleveland Clinic, October 2006.

James B.  Medical device failure analysis.  Invited lecture, San Jose State University, July 2006.

James B.  Nitinol fatigue and fracture—Beyond the fundamentals.  Invited lecture, International conference on shape memory and superelastic technologies, Monterey, CA, May 7, 2006.

James B.  Compressive damage-induced cracking in nitinol.  International Conference on Shape Memory and Superelastic Technologies, ASM International, Baden Baden, Germany, October 2004.

James B.  Failure analysis of NiTi wires used in medical applications.  Materials and Processes for Medical Devices, ASM International, St. Paul, MN, August 2004.

James B.  Metallurgical failure analysis.  Invited lecture, Stanford University, April, 2004.

James B.  Fracture characterization in nitinol.  International Conference on Shape Memory and Superelastic Technologies, SMST Society, May 2003.

James B.  Interactive effects of phosphorus and tin on carbide evolution and fatigue properties of 5160 Steel.  38[38] Mechanical Working and Steel Processing Conference, Cleveland OH, October 1996.

James B.  Effects of tempering and residual element content on mechanical properties of 5160H steel.  Gilbert R. Speich Symposium, Iron and Steel Society, Montreal, Canada, October 1992.

James B.  Low cycle fatigue crack initiation in SA-210 A1 carbon steel boiler tubing in contaminated boiler water.  Pressure Vessels and Piping Conference, ASME, Nashville, TN, June 1990.

**Current Academic Appointments**

- Lecturer, Stanford University, Materials Science and Engineering Department
- Adjunct Professor, Santa Clara University, Mechanical Engineering Department

**Editorial Boards**

- *Journal of Failure Analysis and Prevention*

**Peer Review**

- ASM Handbook, Volume 19, *Fatigue and Fracture*
- *Biomaterials*
- *Materials Engineering and Performance*

**Professional Affiliations**

- ASM International (member)
- International Organization on Shape Memory and Superelastic Technologies (member)
- ASTM International, Committees E08 – Fatigue and Fracture, F04 – Medical and Surgical Materials and Devices

# Appendix B

# Documents Considered

**Literature**

Biomechanics of the Hip. Ch. 5, Vol 1, Callaghan J.J., Rosenberg A.G., Rubash H.E. The Adult Hip. 2nd ed. Philadelphia: Lippincott Williams & Wilkins; 2007.

"Body Mass Index." http://www.nlm.nih.gov/medlineplus/ency/article/007196.htm

"Cementless Femoral Component: Modular." Ch. 66, Vol 2,Callaghan J.J., Rosenberg A.G., Rubash H.E. The adult hip. 2nd ed. Philadelphia: Lippincott Williams & Wilkins; 2007.

Ahnfelt L, Herberts P, Malchau H, Andersson GB. (1990) Prognosis of total hip replacement. A Swedish multicenter study of 4,664 revisions. Acta Orthop Scand Suppl. 238:1-26.

Alberton, G., W. High, et al. (2002). Dislocation after revision total hip arthroplasty. Journal of Bone and Joint Surgery 84A(10): 1788-1792.

Aldinger PR, Sabo D, Pritsch M, et al. (2003) Pattern of periprosthetic bone remodeling around stable uncemented tapered hip stems: a prospective 84-month follow-up study and a median 156-month cross-sectional study with DXA. Calcif Tissue Int. 73(2):115-121.

Andrisano, A. O., E. Dragoni, et al. (1990) Axisymmetric mechanical analysis of ceramic heads for total hip replacement.  ARCHIVE: Proceedings of the Institution of Mechanical Engineers, Part H: Journal of Engineering in Medicine 1989-1996 (vols 203-210) 204(38): 157-167.

Antonietti B., S. Paderni, et al. (2003) Anatomic cementless total hip arthroplasty with ceramic bearings and modular necks: 3 to 5 years follow-up. Chir Organi Mov 88(3):259-265.

Argenson, J. N., X. Flecher, et al. (2007). Anatomy of the dysplastic hip and consequences for total hip arthroplasty. Clin Orthop Relat Res 465: 40-5.

Atwood S.A., E.W. Patten, et al. (2010) Corrosion-Induced Fracture of a Double-Modular Hip Prosthesis: A Case Report. J Bone Joint Surg 92(6):1522-1525.

Baleani, M., L. Cristofolini, et al. (1999). Endurance testing of hip prostheses: a comparison between the load fixed in ISO 7206 standard and the physiological loads. Clinical Biomechanics 14: 339-345.

Bang, H., Y. L. Chiu, et al. (2010). Total hip and total knee arthroplasties: trends and disparities revisited. The American Journal of Orthopedics 39(9): E95-E102.

Barrack, R. (1994). Modularity of prosthetic implants. Journal of the American Academy of Orthopaedic Surgeons 2(1): 16-25.

Barrack, R., D. Burke, et al. (1993). Complications related to modularity of total hip components. <u>Journal of Bone and Joint Surgery</u> 75B(5): 688-692.

Barrington, J.W., A.A. Freiberg, et al. (2007). Femoral Component Revision: Modularity. <u>The Adult Hip</u>. J. J. Callaghan, A. G. Rosenberg and H. E. Rubash. Philadelphia, Lippincott Williams & Wilkins. Volume II.

Beaule, P.E., F.J. Dorey, et al. (2006) The Value Of Patient Activity Level in The Outcome of Total Hip Arthroplasty, <u>J Arthroplasty</u> 21(4): 547-552.

Bennett, D., L. Humphreys, et al. (2008). Activity levels and polyethylene wear of patients 10 years post hip replacement. <u>Clin Biomech (Bristol, Avon)</u> 23(5): 571-576.

Benson, L. C., J. D. DesJardins, et al. (2002). Effect of stair descent loading on ultra-high molecular weight polyethylene wear in a force-controlled knee simulator. <u>Proceedings of the Institution of Mechanical Engineers, Part H: Journal of Engineering in Medicine</u> 216(6): 409-418.

Bergmann, G., F. Graichen, et al. (1993). Hip joint loading during walking and running, measured in two patients. <u>Journal of Biomechanics</u> 26(8): 969-990.

Bergmann, G., F. Graichen, et al. (1997). Hip joint forces during load carrying. <u>Clinical Orthopaedics and Related Research</u> 335: 190-201.

Bergmann, G., G. Deuretzbacher, et al. (2001). Hip contact forces and gait patterns from routine activities. <u>Journal of Biomechanics</u> 34: 859-871.

Bergmann, G., F. Graichen, et al. (2010). Realistic loads for testing hip implants. <u>Biomed Mater Eng</u> 20(2): 65-75.

Berry, D.J. and S.P. Steinmann, Eds. (2007). <u>Adult Reconstruction</u>. Orthopaedic Surgery Essentials. Philadelphia, Lippincott Williams and Wilkins.

Black, J., B. Levine, et al. (2007). Biomaterials Overview. <u>The Adult Hip</u>. J. J. Callaghan, A. G. Rosenberg and H. E. Rubash. Philadelphia, Lippincott Williams & Wilkins. Volume 1.

Bobyn J.D., Tanzer M., Krygier J.J., Dujovne A.R., Brooks C.E. (1994) Concerns with modularity in total hip arthroplasty. <u>Clin Orthop Relat Res</u> 298:27-36.

Bono, J.V., J.C. McCarthy, et al. (1999). Fixation with a modular stem in revision total hip arthroplasty. <u>Journal of Bone and Joint Surgery</u> 81A(9): 1326-1336.

Bourne, R., S. Mukhi, et al. (2007). Role of obesity on the risk for total hip or knee arthroplasty. Clinical Orthopaedics and Related Research 465: 185-188.

Bowsher, J. G., J. Nevelos, et al (2003). Do heat treatments influence the wear of large diameter metal-on-metal hip joints? An in vitro study under normal and adverse gait conditions. 49th Annual Meeting of the Orthopaedic Research Society.

Bozic, K.J., S.M. Kurtz, et al. (2009) The epidemiology of revision total hip arthroplasty in the United States, J Bone Joint Surg Am 91(1): 128-133.

Brand, R. A., D. R. Pedersen, et al. (1994). Comparison of hip force calculations and measurements in the same patient. The Journal of Arthroplasty 9(1): 45-51.

Briem K. and L. Snyder-Mackler. (2009). Proximal Gait Adaptations in Medial Knee OA. Journal of Orthopaedic Research 27(1):78-83.

Brinker MR, Rosenberg AG, Kull L, Galante JO. (1994) Primary total hip arthroplasty using noncemented porous-coated femoral components in patients with osteonecrosis of the femoral head. J Arthroplasty 9(5):457-468.

Brown, C., S. Williams, et al. (2007). Characterisation of wear particles produced by metal on metal and ceramic on metal hip prostheses under standard and microseparation simulation. J Mater Sci Mater Med 18(5): 819-827.

Busch, CA., M.N. Charles, et al. (2005). Fractures of distally-fixed femoral stems after revision arthroplasty. J Bone Joint Surg Br 87(10): 1333-6.

Buttaro, M.A., M.B. Mayor, et al. (2007). Fatigue fracture of a proximally modular, distally tapered fluted implant with diaphyseal fixation. J Arthroplasty 22(5): 780-3.

Callaghan, J.J., P.M. Pellicci, et al. (1988). Fracture of the femoral component. Analysis of failure and long-term follow-up of revision. Orthop Clin North Am 19(3): 637-47.

Callaghan, J.J., A.G. Rosenberg, et al. (2007). The Adult Hip. Philadephia, Lippincott Williams & Wilkins.

Cales, B. and Y. Stefani (1998). Risks and advantages in standardization of bores and cones for heads in modular hip prostheses. J Biomed Mater Res A 43(1): 62-68.

Carlsson, A.S., C.F. Gentz, et al. (1977). Fracture of the femoral prosthesis in total hip replacement according to Charnley. Acta Orthop Scand 48(6): 650-5.

4

Chakkalakal DA. (2005) Alcohol-Induced Bone Loss and Deficient Bone Repair. <u>Alcoholism: Clinical & Experimental Research</u> 29(12):2077-2090.

Chandler, H.P., D.K. Ayres, et al. (1995). Revision total hip replacement using the S-ROM femoral component. <u>Clin Orthop Relat Res</u> 319: 130-40.

Chandrasekaran, V., W.L. Sauer, et al. (1999). Evaluation of the fretting corrosion behavior of the proximal pad taper of a modular hip design. <u>Wear</u> 231: 54-64.

Charnley, J. (1961). Arthroplasty of the hip. A new operation. <u>Lancet</u> 1(7187): 1129-32.

Clarke, M. T., P. T. Lee, et al. (2003). Levels of metal ions after small- and large- diameter metal-on-metal hip arthroplasty. <u>J bone Joint Surg Br</u> 85: 913-917.

Collier, J.P., M.B. Mayor, et al. (1995). The tradeoffs associated with modular hip prostheses. <u>Clin Orthop Relat Res</u> 311: 91-101.

Collis, D.K. (1977). Femoral stem failure in total hip replacement. <u>J Bone Joint Surg Am</u> 59(8): 1033-41.

Copeland, R.S. (1938). Federal Food, Drug, and Cosmetic Act. <u>PL 75-717</u>. t. U. S. Congress. Washington, D.C. 52 US Stat. 1040.

Costigan, P. A., K. J. Deluzio, et al. (2002). Knee and hip kinetics during normal stair climbing. <u>Gait and Posture</u> 16: 31-37.

Cram, P., X. Lu, et al. (2011). Clinical characteristics and outcomes of medicare patients undergoing total hip arthroplasty, 1991-2008. <u>JAMA</u> 305(15): 1560-1567.

Crowninshield, R.D. (1987). Implant Design in Total Hip Arthroplasty. <u>The Art of Total Hip Arthroplasty.</u> W. T. Stillwell and J. L. Chandler. Orlando, Grune & Stratton, Inc.

Crowninshield, R.D., W.J. Maloney, et al. (2004). The role of proximal femoral support in stress development within hip prostheses. <u>Clin Orthop Relat Res</u> 420: 176-80.

Dartmouth-Hitchcock. (2011). GME - Research Programs. 2011, from http://gme.dartmouth-hitchcock.org/ortho/research_programs.html.

Davis, J.R. (2003). Metallic materials. <u>Handbook of Materials for Medical Devices</u>. J. Davis. Materials Park, Ohio, ASM.

Davy, D. T., G. M. Kotzar, et al. (1988). Telemetric force measurements across the hip after total arthroplasty. <u>J Bone Joint Surg Am</u> 70-A(1): 45-50.

5

Dennis D.A., R.D. Komistek et al. (2001) In vivo determination of hip joint separation and the forces generated due to impact loading conditions.  J Biomech 34(5):623–629, April.

Dennis, D.A. and C.B. Lynch (2007). Cementless Femoral Component: Modular. The Adult Hip. J. J. Callaghan, A. G. Rosenberg and H. E. Rubash. Philadelphia, Lippincott Williams & Wilkins. Volume II.

Dickson, R. and D. Limb (2002). Book Review - Chapman's Orthopaedic Surgery. 3rd Edition (Vols. 1 to 4). 2001. The Journal of Bone and Joint Surgery 84-B: 150-151.

Donachie, M.J. (2000). Titanium: A Technical Guide  ASM International.

Donell, S. T., C. Darrah, et al (2010). Early failure of the ultima metal-on-metal total hip replacement in the presence of normal plain radiographs. J bone Joint Surg Br 92-B(11): 1501-1508.

Dowson, D., C. Hardaker, et al. (2004). The Journal of Arthroplasty 19(8): 124-130.

Duda, G. N., E. Schneider, et al. (1997). Internal forces and moments in the femur during walking. Journal of Biomechanics 30(9): 933-941.

Dunbar, M. (2010). The proximal modular neck in THA:  A bridge too far:  Affirms. Orthopedics 33(9): 640.

Ellis, M. I., B. B. Seedham, et al. (1984). Forces in the knee joint whilst rising from a seated position. J Biomed Eng 6: 113-119.

Fisher, J., X. Hu, et al (2002). Surface engineered metal on metal bearings for hip prostheses with reduced wear, wear debris and ion release. 48th Annual Meeting of the Orthopaedic Research Society.

Fisher, J., S. Williams, et al. (2008). Tribo-corrosion analysis of wear and metal ion release interactions from metal-on-metal and ceramic-on-metal contacts for the application in artificial hip prostheses. Proceedings of the Institution of Mechanical Engineers, Part J: Journal of Engineering Tribology 222(3): 483-492.

Fisher, J., S. Williams, et al. (2009). The influence of swing phase load on the electrochemical response, friction, and ion release of metal-on-metal hip prostheses in a friction simulator. Proceedings of the Institution of Mechanical Engineers, Part J: Journal of Engineering Tribology 223(3): 303-309.

6

Fisher, J., S. Williams, et al. (2010). Tribofilm formation in biotribocorrosion – does it regulate ion release in metal-on-metal artificial hip joints? Proceedings of the Institution of Mechanical Engineers, Part J: Journal of Engineering Tribology 224(9): 997-1006.

Foulk, D.M. and B.H. Mullis (2010). Hip dislocation: evaluation and management. J Am Acad Orthop Surg 18(4):199-209.

Fricker, D.C. and R. Shivanath (1990). Fretting corrosion studies of universal femoral head prostheses and cone taper spigots. Biomaterials 11: 495-500.

Friedman, M. (1997). Reauthorization of FDA's Medical Device Program. Subcommittee on Health and Environment, House Committee on Commerce Washington, D.C, Food and Drug Administration.

Galante, J.O. (1980) Causes of Fractures of the Femoral Component in Total Hip Replacement. J Bone Joint Surg Am 62(4):670-673.

Gilbert, J., C. Buckley, et al. (1993). In vivo corrosion of modular hip prosthesis components in mixed and similar metal combinations.  The effect of crevice, stress, motion and alloy coupling. Journal of Biomedical Materials Research 27: 1533-1544.

Gilbert, J., Mali S., et al. (2011).  In vivo oxide-induced stress corrosion cracking of Ti-6Al-4V in a neck-stem modular taper: Emergent behavior in a new mechanism of in vivo corrosion.  J Biomed Mater Res Part B: 1-11.

Goldberg, J., J. Jacobs, et al. (1996). In-vitro fretting corrosion testing of modular hip implants. Fifth World Biomaterials Congress, Toronto, Canada.

Goldberg, J. R., J. L. Gilbert, et al. (2002). A multicenter retrieval study of the taper interfaces of modular hip prostheses. Clinical Orthopaedics and Related Research 401: 149-161.

Gotze, C., A. Tschugunow, et al. (2006). Long-term results of the metal-cancellous cementless Lubeck total hip arthroplasty: a critical review at 12.8 years. Arch Orthop Trauma Surg 126(1): 28-35.

Goyal, N. and W.J. Hozack (2010). Neck-modular femoral stems for total hip arthroplasty. Surgical Technology International 20: 309-313.

Greenwald, A.S. (2001). Current Concepts in Joint Replacement, Winter 2001 Course Program. Current Concepts in Joint Replacement.

Greenwald, A.S. (2002). Current Concepts in Joint Replacement, Spring 2002. Current Concepts in Joint Replacement, Las Vegas, Nevada, Current Concepts Institute and The Cleveland Clinic Foundation.

Greenwald, A.S. (2003). Twentieth Annual Current Concepts in Joint Replacement, Winter 2003. Current Concepts in Joint Replacement, Orlando, Florida, Current Concepts in Joint Replacement and The Cleveland Clinic Foundation.

Greenwald, A.S. (2004). Twenty-first Annual Current Concepts in Joint Replacement, Winter 2004. Current Concepts in Joint Replacement, Orlando, Florida, Current Concepts Institute and The Cleveland Clinic Foundation.

Greenwald, A.S. (2005). Current Concepts in Joint Replacement, Winter 2005. Current Concepts in Joint Replacement, Orlando, Florida, Current Concepts Institute and The Cleveland Clinic Foundation.

Greenwald, A.S. (2008). Current Concepts in Joint Replacement, Winter 2008. Current Concepts in Joint Replacement, Orlando, Florida.

Greenwald, A.S. (2009). Twenty-sixth Annual Current Concepts in Joint Replacement, Winter 2009. Current Concepts in Joint Replacement, Orlando, Florida, Current Concepts Institute.

Grupp, T.M., Weik, T., et al. (2010). Modular titanium alloy neck adapter failures in hip replacement – failure mode analysis and influence of implant material. BMC Musculoskeletal Disorders 11(3): 1-12.

Hallab, N. J. and J. Jacobs (2003). Orthopedic implant fretting corrosion. Corrosion Reviews 21(2-3): 183-213.

Harris AH, Reeder R, Ellerbe L, Bradley KA, Rubinsky AD, Giori NJ. (2011) Preoperative alcohol screening scores: association with complications in men undergoing total joint arthroplasty. J Bone Joint Surg Am 93(4):321-327

Harrison, R. N., A. Lees, et al. (1986). A bioengineering analysis of human muscle and joint forces in the lower limbs during running. J Sports Sci 4(3): 201-218.

Heck, D.A., C.M. Partridge, et al. (1995). Prosthetic component failures in hip arthroplasty surgery. J Arthroplasty 10(5): 575-80.

Heller, M. O., G. Bergmann, et al. (2001). Influence of femoral anteversion on proximal femoral loading: measurement and simulation in four patients. Clinical Biomechanics 16: 644-649.Heim, C.S. and A.S. Greenwald (2005). The rationale and performance of modularity in total hip arthroplasty. Orthopedics 28(9): 1113-1115.

Hill, M. R., T. E. Pistochini, et al. Optimization of residual stress and fatigue life in laser peened components. 156-162.

Hoeppner, D.W. and V. Chandrasekaran (1996). Characterizing the fretting fatigue behavior of Ti-6Al-4V in modular joints. Medical Applications of Titanium and Its Alloys:  The Material and Biological Issues. S. A. Brown and J. E. Lemons, ASTM.

Hofheinz E. Proximal Modular Neck in THA – Love it or Hate it? In: Young RR, ed. Orthopedics This Week. Vol 8: RRY Publications, LLC; 2012:11-14

Huiskes, R. and N. Verdonschot (1997). Biomechanics of Artificial Joints: The Hip. Basic Orthopaedic Biomechanics. V. C. Mow and W. C. Hayes. Philadelphia, Lippincott-Raven.

Jacobs, J. J., A. K. Skipor, et al. (1996). Cobalt and chromium concentrations in patients with metal on metal total hip replacements. Clinical Orthopaedics and Related Research 329S: S256-S263.

Jacobs, J., S.B. Goodman, et al. (2000). Biologic Response to Orthopaedic Implants. Orthopaedic Basic Science, Biology and Biomechanics of the Musculoskeletal System. J.A. Buckwalter, T.A. Einhorn and S.R. Simon. Iowa City, IA, American Academy of Orthopaedic Surgeons.

Jacobs, J. J., N. J. Hallab, et al. (2003). Metal degradation products. Clinical Orthopaedics and Related Research 417: 139-147.

Jani, C.J., W.L. Sauer, et al. (1997). Fretting corrosion mechanisms at modular implant interfaces. Modularity of Orthopedic Implants, ASTM STP 1301. D.E. Marlowe, J.E. Parr and M.B. Mayor. West Conshohocken, Pennsylvania, American Society for Testing and Materials.

Kaplan, F.S., W.C. Hayes, et al. (1994). Form and Function of Bone. Orthopaedic Basic Science. S. R. Simon. Iowa City, IA, American Academy of Orthopaedic Surgeons.

Kärrholm, J., G. Garellick, et al. (2007). Swedish Hip Arthroplasty Register, Annual Report 2007.

Keegan, G. M., I. D. Learmonth, et al. (2008). A systematic comparison of the actual, potential, and theoretical health effects of cobalt and chromium exposures from industry and surgical implants. Crit Rev Toxicol 38(8): 645-674.

Khan, M., T. Takahashi, et al. (2006). Current in vivo wear of metal-on-metal bearings assessed by exercise-related rise in plasma cobalt level. J Orthop Res 24(11): 2029-2035.

Kishida, Y., N. Sugano, et al. (2002). Stem fracture of the cementless spongy metal Lubeck hip prosthesis. J Arthroplasty 17(8): 1021-7.

Kohler, A.C. (1996). A 510(k) Primer: FDA's Premarket Notification Process. Medical Device & Diagnostic Industry Magazine.

Kop, A.M. and E. Swarts (2009). Corrosion of a hip stem with a modular neck taper junction. Journal of Arthroplasty 24(7): 1019-1023.

Kotzar, G. M., D. T. Davy, et al. (1991). Telemeterized in vivo hip joint force data: A report on two patients after total hip surgery. Journal of Orthopaedic Research 9: 621-633.

Kretzer, J. P., E. Jakubowitz, et al. (2009). Metal release and corrosion effects of modular neck total hip arthroplasty. Int Orthop 33(6): 1531-1536.

Krygier, J. J., A. R. Dujovne, et al. (1994). Fatigue Behavior of a titanium femoral hip prosthesis with proximal sleeve-stem modularity. Journal of Applied Biomaterials 5: 195-201.

Kurtz, S.M., S. Srivastav, et al. (2001). Analysis of the stem-sleeve interface in a modular titanium alloy femoral component for total hip replacement. Key Engineering Materials 198-199: 41-68.

Li, C., C. Granger, et al. (2003). Failure analysis of composite femoral components for hip arthroplasty. Journal of Rehabilitation Research and Development 40(2): 131-146.

Lieberman, J., C. Rimnac, et al. (1994). An analysis of the head-neck taper interface in retrieved hip prostheses. Clin Orthop Relat Res 300: 162-167.

Long M., Rack H.J. (1998) Titanium alloys in total joint replacement--a materials science perspective. Biomaterials 19(18):1621-1639.

LSP Technologies, I. Laser shock processing: Technical Bulletin No. 1. 1-24.

MacDonald, J. E. and M. H. Huo (2008). Total hip replacement: Unique challenges in the obese and geriatric populations. Current Opinion in Orthopaedics 19: 33-36.

McCalden, R. W., K. D. Charron, et al. (2011). Does morbid obesity affect the outcome of total hip replacement. J Bone Joint Surg Am 93-B: 321-325.

McLaughlin, J. R. and K. R. Lee (2006). The outcome of total hip replacement in obese and non-obese patients at 10- to 18-years. J bone Joint Surg Br 88-B: 1286-1292.

Mankin, H.J., C.J. Mankin, et al. (1997). A curriculum for the ideal orthopaedic residency. Academic Orthopaedic Society. Clin Orthop Relat Res 339: 270-81.

Mari Truman Statements

Marker, D.R., D.M. LaPorte, et al. (2009). Orthopaedic journal publications and their role in the preparation for the orthopaedic in-training examination. J Bone Joint Surg Am 91 Suppl 6: 59-66.

Matthews, L.S. (2001). Book Review - Chapman's Orthopaedic Surgery. 3rd edition, volumes 1 through 4 and CD-ROM. The Journal of Bone and Joint Surgery 83: 1458.

McCarthy, J.C., J.V. Bono, et al. (1997). Custom and modular components in primary total hip replacement. Clin Orthop Relat Res(344): 162-71.

McClung, C.D., C.A. Zahiri, et al. (2000). Relationship between body mass index and activity in hip or knee arthroplasty patients. Journal of Orthopaedic Research 18(1): 35-39.

McNeur, J.C. (1984). Fracture of the femoral prosthesis after total hip replacement. Medical Journal of Australia 141: 341-344.

McCrory J.L., White S.C., Lifeso R.M. (2001). Vertical Ground Reaction Forces: Objective Measures of Gait Following Hip Arthroplasty. Gait Posture Oct;14(2):104-109.

Methodist-Hospital. (2011). Adult Reconstructive Surgery Fellowship Program. from http://www.methodisthealth.com/mbjc.cfm?id=36077.

Metikoš-Huković, M. and R. Babić (2007). Passivation and corrosion behaviours of cobalt and cobalt–chromium–molybdenum alloy. Corrosion Science 49(9): 3570-3579.

Morlock, M. M., E. Schneider, et al. (2001). Duration and frequency of every day activities in total hip patients. Journal of Biomechanics 34: 873-881.

Mroczkowski M.L., J.S. Hertzler, et al. (2006). Effect of impact assembly on the fretting corrosion of modular hip tapers. Journal of Orthopaedic Research 24(2):271-279.

Mündermann A., Dyrby C.O., Andriacchi T.P. (2005). Secondary Gait Changes in Patients With Medial Compartment Knee Osteoarthritis: Increased Load at The Ankle, Knee, And Hip During Walking. Arthritis & Rheumatism 52(9):2835-2844.

Munger, P., Roder, C. et al. (2006). Patient-related risk factors leading to aseptic stem loosening in total hip arthroplasty: a case-control study of 5,035 patients. Acta Orthop 77(4): 567-74.

Nadzadi, M. E., D. R. Pedersen, et al. (2003). Kinematics, kinetics, and finite element analysis of commonplace maneuvers at risk for total hip dislocation. Journal of Biomechanics 36(4): 577-591.

Nganbe, M., H. Louati, et al. (2010). Retrieval analysis and in vitro assessment of strength, durability, and distraction of a modular total hip replacement. J Biomed Mater Res A 95(3): 819-827.

Niinomi, M. (2008). Mechanical biocompatibilities of titanium alloys for biomedical applications. Journal of the Mechanical Behavior of Biomedical Materials 1: 30-42.

NJR (2009). National Joint Registry for England and Wales, 6th Annual Report, 2009, National Joint Registry.

Noble, P.C., J.W. Alexander, et al. (1988). The anatomic basis of femoral component design. Clin Orthop Relat Res 235: 148-65.

Noble, P.C., E. Kamaric, et al. (2003). Three-dimensional shape of the dysplastic femur: implications for THR. Clin Orthop Relat Res 417: 27-40.

Noble, P.C., A.D. Scheller, et al. (1987). Applied Design Criteria for Total Hip Prostheses. The Art of Total Hip Arthroplasty. W. T. Stillwell and J. L. Chandler. Orlando, Grune & Stratton, Inc.

Ong, K.L., E. Lau, et al. (2010). Risk of subsequent revision after primary and revision total joint arthroplasty. Clin Orthop Relat Res 25 May 2010.

Ostrum, R.F., E.Y.S. Chao, et al. (1994). Bone Injury, Regeneration, and Repair. Orthopaedic Basic Science. S. R. Simon. Iowa City, IA, American Academy of Orthopaedic Surgeons.

Paliwal, M., D.G. Allan, et al. (2008). Failure of three cementless modular total hip arthroplasty prostheses:  a retrieval analysis. International Mechanical Engineering Congress and Exposition. ASME. Boston, Massachusetts, ASME. 2 (Biomedical and Biotechnology Engineering): 97-105.

Patel, A., J. Bliss, et al. (2009) Modular femoral stem-sleeve junction failure after primary total hip arthroplasty. Journal of Arthroplasty 24, e1-e5.

Paul, J. P. and D. A. McGrouther (1975). Forces transmitted at the hip and knee joint of normal and disabled persons during a range of activities  Acta Orthop 41: 78-88.

Pazzaglia, U.E., F. Ghisellini, et al. (1988). Failure of the stem in total hip replacement. A study of aetiology and mechanism of failure in 13 cases. Arch Orthop Trauma Surg 107(4): 195-202.

Pohler, O.E.M. (1986). Failures of Metallic Orthopedic Implants. Metals Handbook Ninth Edition. G.W. Powell and S.E. Mahmoud. Metals Park, Ohio, American Society for Metals. Volume 11 Failure Analysis and Prevention: 670-694.

12

Postak, P. D. and A. S. Greenwald (2001). The influence of modularity on the endurance performance of the Link MP hip stem. Orthopaedic Research Laboratories.

Postak, P. D. and A. S. Greenwald (2004). The influence of modularity on the endurance performance of the Portland Orthopaedics modular hip system. Orthopaedic Research Laboratories.

Radl R, Egner S, Hungerford M, Rehak P, Windhager R. (2005) Survival of cementless femoral components after osteonecrosis of the femoral head with different etiologies. J Arthroplasty 20(4):509-515.

Richardson T., Higgonson J.S. Knee Osteoarthritis Results in Asymmetric Joint Moment Distribution During Gait. Paper presented at: 35th Annual Meeting of the American Society of Biomechanics; August 10-13, 2011; Long Beach, CA.

Savarino, L., M. Greco, et al. (2006). Differences in ion release after ceramic-on-ceramic and metal-on-metal total hip replacement. J bone Joint Surg Br 88-B: 472-476.

Schaaff, P. (2004). The role of fretting damage in total hip arthroplasty with modular design hip joints - evaluation of retrieval studies and experimental simulation methods. Journal of Applied Biomaterials and Biomechanics 2: 121-135.

Schmalzried, T. P., E. S. Szuszczewicz, et al. (1996). Factors correlating with long term survival of McKee-Farrar total hip prostheses. Clinical Orthopaedics and Related Research 329S: S48-S59.

Schramm, M., D.C. Wirtz, et al. (2000). The Morse Taper Junction in modular revision hip replacement - a biomechanical and retrieval analysis. Biomed. Technik 45: 105-109.

Schuh, A., C. Zeller, et al. (2007). Deep rolling of titanium rods for application in modular total hip arthroplasty. J Biomed Mater Res B 81B: 330-335.

Seedham, B. B. and N. C. Wallbridge (1985). Walking activities and wear of prostheses. Annals of Rheumatic Diseases 44: 838-843.

Seireg, A. and R. J. Arvikar (1975). The prediction of muscular load sharing and joint forces in the lower extremities during walking. Journal of Biomechanics 8: 89-102.

Shaffer S.J and W.A. Glaeser. "Fretting Fatigue," ASM Metals Handbook, Vol. 19, pp. 321-330.

13

Shanbhag, A. S., M. K. Sethi, et al. (2007). Biological Response to Wear Debris: Cellular Interactions Causing Osteolysis. The Adult Hip. J.J. Callaghan, A.G. Rosenberg and H.E. Rubash. Philadelphia, Lippincott Williams & Wilkins. Volume 1.

Sheet, A. M. D. Titanium, Ti. 2011, from http://asm.matweb.com/search/specificmaterial.asp?bassnum=MTP641.

Shelton, J. C., P. A. Williams, et al. (2006). Metal-on-metal hip simulator study of increased wear particle surface area due to 'severe' patient activity. Proceedings of the Institution of Mechanical Engineers, Part H: Journal of Engineering in Medicine 220(2): 279-287.

Shelton, J. C., P. A. Williams, et al. (2006). 'Severe' wear challenge to 'as-cast' and 'double heat-treated' large-diameter metal-on-metal hip bearings. Proceedings of the Institution of Mechanical Engineers, Part H: Journal of Engineering in Medicine 220(2): 135-143.

Silva, M., C. Heisel, et al. (2007). Bearing Surfaces. The Adult Hip. J.J. Callaghan, A.G. Rosenberg and H.E. Rubash. Philadelphia, Lippincott Williams & Wilkins. Volume 1.

Simon, D., P. Beuale, et al. (2007). Long-term survivorship of the mallory-head calcar-replacing hip prosthesis - 4 to 15 year follow-up. Canadian Orthopaedic Association. Halifax, Nova Scotia, Canada, Journal of Bone and Joint Surgery-British Volume. 91B: 231.

Sokol, D. W. and A. H. Clauer (2004). Applications of laser peening T0 titanium alloys. ASME/JSME: Pressure Vessels and Piping Division Conference, San Diego, CA.

Spitzer, A.I. (2005) The S-ROM cementless femoral stem: history and literature review. OrthoSuperSite 1-9.

Stansfield, B. W., A. C. Nicol, et al. (2003). Direct comparison of calculated hip joint contact forces with those measured using instrumented implants. An evaluation of a three-dimensional mathematical model of the lower limb. Journal of Biomechanics 36(7): 929-936.

Suh KT, Kim SW, Roh HL, Youn MS, Jung JS. (2005) Decreased osteogenic differentiation of mesenchymal stem cells in alcohol-induced osteonecrosis. Clin Orthop Relat Res (431):220-225.

Swedish Hip Arthroplasty Register Annual Report 2008. Available at: www.jru.orthop.gu.se

Toni A., Sudanese A., et al. (2001). Cementless hip arthroplasty with a modular neck. Chir Organi Mov 86(2):73-85.

14

Theodorou, E.G., Provatidis, C.G., et al. (2011). Large diameter femoral heads impose significant alterations on the strains developed on femoral component and bone: A finite element analysis. Open Ortho J 5: 229-238.

Vaughn, B.K. (1995). Management of dislocation in total hip arthroplasty

Operative Techniques in Orthopaedics 5(4): 341-348.

Vendittoli, P. A., S. Mottard, et al (2007). Chromium and cobalt ion release following the Durom high carbon content, forged metal-on-metal surface replacement of the hip. J bone Joint Surg Br 89-B: 441-448.

Viceconti, M., O. Ruggeri, et al. (1996). Design-related fretting wear in modular neck hip prosthesis. Journal of Biomedical Materials Research 30: 181-186.

Viceconti M., Baleani M., Squarzoni S., Toni A. (1997). Fretting Wear in a Modular Neck Hip Prosthesis. J Biomed Mater Res 35(2):207-216.

Villarraga, M.L. (2008). Overview of the Regulatory Process for Scientist Inventors.

Walker, P.S. (2001). Design and Performance of Joint Replacements. Chapman's Orthopaedic Surgery. M.W. Chapman, Lippincott Williams & Wilkins.

Watkins, J. (1999). The Articular System. Structure and Function of the Musculoskeletal System. Human Kinetics.

Wilson, D.A.J., M. Dunbar, et al. (2010). Early failure of a modular femoral neck total hip arthroplasty component:  a case report. Journal of Bone and Joint Surgery 92: 1514-1517.

Witzleb, W. C., J. Ziegler, et al. (2006). Exposure to chromium, cobalt and molybdenum from metal-on-metal total hip replacement and hip resurfacing arthroplasty. Acta Orthop 77(5): 697-705.

Wolner, C., G. Nauer, et al. (2006). Possible reasons for the unexpected bad biocompatibility of metal-on-metal hip implants. Materials Science and Engineering: C 26(1): 34-40.

Woolson, S.T., J.P. Milbauer, et al. (1997) Fatigue Fracture of a Forged Cobalt-Chromium-molybdenum Femoral Component Inserted with Cement. A report of ten cases. J Bone Joint Surg Am 79 (12): 1842-8.

Wright, G., S. Sporer, et al. (2010). Fracture of a modular femoral neck after total hip arthroplasty:  a case report. Journal of Bone and Joint Surgery 92: 1518-1521.

Wroblewski, B.M. (1979). The mechanism of fracture of the femoral prosthesis in total hip replacement. Int Orthop 3(2): 137-9.

Wroblewski, B.M. (1982) Fractured stem in total hip replacement. A clinical review of 120 cases. Acta Orthop Scand 53(2):279-284.

Yeung, E., M. Jackson, et al. (2011). The effect of obesity on the outcome of hip and knee arthroplasty. Int Orthop 35(6): 929-934.

Yu YH, Chen AC, Hu CC, Hsieh PH, Ueng SW, Lee MS. (2012) Acute delirium and poor compliance in total hip arthroplasty patients with substance abuse disorders. J Arthroplasty 27 (8):1526-1529.

Yuan B, Taunton MJ, Trousdale RT. Total hip arthroplasty for alcoholic osteonecrosis of the femoral head. Orthopedics. Jun 2009;32(6):400.

## Regulations and Procedures

(1976). Medical Device Amendments of 1976. PL 94-295. U. S. Congress. Washington, D.C. 90 US Stat. 539.

(1990). Safe Medical Devices Act of 1990. PL 101-629. U. S. Congress. Washington, D.C. 104 US Stat 4511.

(1992). Medical Device Amendments of 1992. PL 102-300. U. S. Congress. Washington, D.C. 106 US Stat. 238.

ASTM (2005). F1612-95: Standard Practice for Cyclic Fatigue Testing of Metallic Stemmed Hip Arthroplasty Femoral Components with Torsion. West Conshohocken, Pennsylvania, ASTM.

ASTM (2008). F1440-92: Standard Practice for Cyclic Fatigue Testing of Metallic Stemmed Hip Arthroplasty Femoral Components Without Torsion. West Conshohocken, Pennsylvania, ASTM.

ASTM (2009). F1814-97a: Standard Guide for Evaluating Modular Hip and Knee Joint Components. West Conshohocken, Pennsylvania, ASTM.

ASTM (2009). F1875-98: Standard Practice for Fretting Corrosion Testing of Modular Implant Interfaces: Hip Femoral Head-Bore and Cone Taper Interface. West Conshohocken, Pennsylvania, ASTM.

ASTM (2009). F2068-09: Standard Specification for Femoral Prosthesis - Metallic Implants West Conshohocken, Pennsylvania, ASTM.

ASTM (2009). F2580-09: Standard Test Method for Evaluation of Modular Connection of Proximally Fixed Femoral Hip Prosthesis. West Conshohocken, Pennsylvania, ASTM.

FDA (1995). Guidance Document for Testing Non-Articulating, Mechanically Locked, Modular Implant Components, FDA, CDRH.

FDA (2007). Guidance for Industry and FDA Staff:  Non-clinical Information for Femoral Stem Prostheses, FDA, Center for Devices and Radiological Health.

FDA (2010). Medical Devices - Establishment Registration and Device Listing for Manufacturers and Initial Importers of Devices. 21 CFR § 807.

FDA (2010). Medical Devices - Postmarket Surveillance. 21 CFR § 822.

FDA (2010). Medical Devices - Premarket Approval of Medical Devices. 21 CFR § 814.

FDA (2010). Medical Devices - Quality System Regulation. 21 CFR § 820.

ISO 7206-4:2002 Implants for surgery -- Partial and total hip joint prostheses -- Part 4: Determination of endurance properties of stemmed femoral components

ISO 7206-6:1992 Implants for surgery -- Partial and total hip joint prostheses -- Part 6: Determination of endurance properties of head and neck region of stemmed femoral components

ISO 7206-7:1993 Implants for surgery -- Partial and total hip joint prostheses -- Part 8: Endurance performance of stemmed femoral components without the application of torsion

ISO 7206-8:1995 Implants for surgery -- Partial and total hip joint prostheses -- Part 8: Endurance performance of stemmed femoral components with the application of torsion

ISO 13485:1996 Quality systems - Medical devices - Particular requirements for the application of ISO 9001


**Product Information**

2011 Price List, Wright Medical Technology, Inc. - effective January 1, 2011

ProFemur Z_Revision_Stem_Surg_Technq / MH312-1006/2007

17

ProFemur Z Plasma Z Hip Systems Comparison MH 182-703 Rev. l.06/Articles of Interest

ProFemur Z Plasma Z Modular Hip Systems Brochure / Pamphlet MH 005-104 Rev. 3.06

ProFemur Z Surgical Technique MH 004-104 / 2005

ProFemur Z Surgical Technique MH 312-1006 / 2008

Total Hip System 136288-0 Brochure/Pamphlet

Conserve Total A-CLASS Brochure / Pamphlet

Total Hip System (C100018ab) Brochure / Pamphlet CE0120-C100018 Rev. ab 10/02

Hip Systems 128003-0-3 Brochure / Pamphlet CE0120-128003 Rev. 4 01/05

University of Ottawa Lab Studies

AOA National Joint Replacement Registry PROFEMUR Conventional Total Hip Investigation, September 2010

Swedish Hip Arthroplasty Register Annual Report 2007

National Joint Registry for England and Wales Annual Report 2009

Australian Orthopaedic Association Hip and Knee Arthroplasty Annual Report 2009

WMT PROFEMUR Modular Neck Update, December 3, 2010

Profemur Device & Development File

"WMT Modular Necks" History

1995 "Design Related Fretting" article by Viceconti,et al.

IOR Tech Report RPRAND 11 (10/04)

IOR Tech Report RPRAND 6 (06/00)

Critt Report B04.12059 (12/04)

ER02-0020 Lab Test (03/08/02)

1995 "Fretting Wear" article by Viceconti,et al.

1996 "Fretting Wear" article by Viceconti, et al.

IOR Tech Report RPRAND 14 (02/05)

1997 article, "Metallic wear debris in dual modular hip arthroplasty" by Baleani,et al.

2007 Modular Hip Stems article

ER08-0085 Rev 00, "Modular Neck Replacement…" (08/08)

Technical Report: "Modular neck replacement during THA revision: evaluation of the taper connection stability

IOR Tec Report RPRAND 15 (05/05)

ER00-0068 Lab Test, "Evaluation of Axial Taper..." (08/20/00)

RDP 06-002-A Lab Test, "Evaluation of Fatigue Limit.." (01/25/06)

RDP 07-009A Lab Test, "Evaluation of Fatigue Limit…(2005)

IOR Tech Report RPRAND 17 (2005)

IOR Tech Report RPRAND 16 (2005)

AR000007AB, Summary Analysis of Project CE00008AA

AR00118 AB, Risk Management: Provides a list of risk and indicates for each risk the method used to an acceptable level

FM07-0013 Risk Analysis Revision 00 (05/07)

FM07-0013 Risk Analysis Revision 2 (12/07)

FM07-0013 Risk Analysis Revision 3 (02/05)

FM07-0013 Risk Analysis Revision 4 (10/08)

FM07-0013 Risk Analysis Revision 5 (04/09)

FM07-0013 Risk Analysis Revision 6 (04/09)

FM07-0013 Risk Analysis Revision 7 (05/09)

FM07-0013 Risk Analysis Revision 8 (05/10)

FM07-0013 Risk Analysis Revision 9 (01/11)

Lab test (FR) RDP 05-031A (12/05)

Never Compromise- A Twenty Year Review (12/10)

Profemur Modular Neck Update (12/10)

CAPA #172 Book 1

CAPA #172 Book 2

07/30/10 Letter from Gary D. Henley

12/01/2008 Safety Alert Letter

Case Report- Dangles

Jefferies & Company Investment summary

Equity Research

Case Report- Atwood 2010

Case Report Wilson 2010

Device History – PHA0-0266 Profemur Z Plasma Stem [Lot: 036322218]

Device History – 38SP-5056 Converse Plus Spiked Cup [Lot: 125291154

Device History – 3801-5035 Converse Total Head [Lot: 07489314]

Device History – PHA0-1214 Profemur Neck [Lot: U0162701]

510(k) K003016 – Profemur Neck

510(k) K021349 – Head & Cup

510(k) K021346 - Stem

510(k) K051348 – Converse Total Femoral Head

510(k) K031963 – Converse Plus Spiked Shell and Converse Total 56mm Femoral Head

IFU 128003 [WMT file]

IFU 136288 [WMT file]

IFU 144881 [WMT File]

IFU 128003-0

IFU 128003-1

IFU 128003-2

IFU 128003-3

IFU 128003-5

IFU 128003-4

IFU 136288-0

IFU 136288-1

IFU 128003-5 [Duplicate]

IFU 128003-4 [Duplicate]

IFU 144881-0

IFU C100013ba WCP Hip System  [7/3/2001]

DTI0006AB Modular Collar for a Femoral Prosthesis Evolution (1)

DTI0006AA Modular Femoral Prosthesis Design Original

Modular Joint Prosthesis Collars

[2006/01] Modular Neck Additions Development Team Meeting Minutes

71st AAOS Annual Meeting

MP 137-604 [11/05] Profemur Tapered Stem Surgical Technique

MH 339-401 [02/05] Profemur Total Hip System Surgical Technique

MH 198-703 [11/05] Profemur Total Hip System Surgical Technique

MH 277-1000 [09/03] Profemur Total Hip System Brochure

MH 179-708 [09/04] Profemur Total Hip Modular Neck System Technical Monograph

MH 179-708 [09/04] Profemur Z/Plasma Z Brochure

Profemur Z Surgical Technique

Articles of Interest: Zweymuller Total Hip Prosthesis

MH339-401 [2002] Profemur Surgical Technique

MH 198-703 [2003] Profemur Surgical Technique

MH 183-703 [2004] Profemur Z/Plasma Z Surgical Technique

MH 183-703 [2.06] History of Zweymuller Hips

Articles of Interest: Profemur Tapered Hip System

MH 166-604 [2004] Profemur Tapered Hip System Brochure

MH 110-395 [2005] Profemur Total Hip System Brochure

MH182-703 [2003] Profemur Z: How To Position the Profemur Z Hip System Against All Zweymuller Designs Competitive Comparison

MH 005-104 Profemur Z/Plasma Z Brochure

MH 408-708 [2008] Assembly and Impaction of Modular Junctions Instructions

Profemur E&E Surgical Technique [2007]

IFU 136288-0

IFU 136288-1

IFU 128003-5 [duplicate]

IFU 128003-4 [duplicate]

MH 005-104 [3.06] Profemur Z/Plasma Z Brochure

MH 021-103: Case Study: Hip Solutions Samuelson

MH 137-604 [2004] Profemur Tapered Stem Surgical Technique

MH 143-405 [8.06] Profemur Renaissance

MH 181-703 Article of Interest: Zweymuller Total Hip Prosthesis

MH 183-703 [2.06] History of Zweymuller Hips [Duplicate]

MH 202-607 [2008] Never Compromise Twenty Year Review [Duplicate]

MH 282-905 [09.06] Profemur LX Surgical Technique

MH 143-503 [2003] Converse Total 6MM Shell with BFH Technology [Surgical Technique]

Profemur Total Hip System Brochure

200 plus Articles re: "Modular Neck CER References"

11/01/11 Index of Modular Complaint Fractures

Excerpts from WMT Complaint files identified in 11/1/11 index

WMT-TUC01506-1578 Complaint Investigation File – Tucker

WMT Complaint Files WMT-TUC1264-1505, 1579-1719


**Employment and Tax Documents**

Salary Information for Gregory Tucker, Turlock Irrigation District

Tax Records for Gregory and Rebecca Tucker, 2004 - 2011

Employment Records for Gregory, Turlock Irrigation District


**Medical Documents**

Medical Records and Radiographs for Gregory Tucker, University of California, San Francisco

Medical Records for Gregory Tucker, Active Orthopedic Medical Corporation

Medical Records for Gregory Tucker, Central California Orthopedic Medical Association

Medical Records for Gregory Tucker, Dr. James O. Hennan

Medical Records for Gregory Tucker, Dr. Gilbert Eggen

Medical Records for Gregory Tucker, Dr. John S. Martin

Medical Records for Gregory Tucker, Dr. Mark Winkler

Medical Records and Radiographs for Gregory Tucker, Emmanuel Medical Center

Medical Records and Radiographs for Gregory Tucker, Emmanuel Diagnostic Center

Medical Records for Gregory Tucker, Dr. Mohan P. Reddy

Medical Records and Radiographs for Gregory Tucker, Stanislaus Surgical Hospital Precision Imaging

Medical Records for Gregory Tucker, Tower Surgery Center

Medical Records and Radiographs for Gregory Tucker, Precision Health Imaging

Medical Records and Radiographs for Gregory Tucker, Turlock Imaging Services


**Legal Documents**

Plaintiff's Complaint, Case No. CGC 11-510778, Superior Court of California, County of San Francisco, California

Stipulated Protective Order, Case No. C 11-03086 YGR, United States District Court, Northern District of California, Oakland Division

Plaintiff Rebecca Tucker's Response to Defendant's Request for Production of Documents, Sets One and Two, United States District Court, Northern District of California

Plaintiff Gregory Tucker's Response to Defendant's Request for Production of Documents, Set Two, United States District Court, Northern District of California

Defendant Wright Medical Technology, Inc.'s answer and affirmative defenses to plaintiffs' complain, United States District Court: Northern District of California, San Francisco Division

Letter from Thomas Gray to Leila Qutami concerning gardner's bills and medical documents, July 27, 2012


**Depositions**

Deposition of Gregory Tucker, United States District Court: Northern District of California, Oakland Division, June 29, 2012

## Appendix C

## Deposition and Trial Testimony (Last Four Years)

## Depositions

*Bailey v. Sharp Memorial Hospital, et al.*, Superior Court of the State of California, Case No. GIC87920, November 2008.

*Grippo v. Baxt et al.*, Superior Court of New Jersey Law Division: Bergen County, Docket No. BER L-003945-07, May 2009.

*Stone v. Zimmer*, Fifteenth Judicial Circuit Court, Palm Beach, FL, 50 2009 CA 001356, February 2010.

*Simms-McFarland v. Zimmer*, United States District Court for Maryland, Civil Case No. 1:09-cv-00935-JFM, March 2010.

*Jones v. State Farm*, Superior Court of the State of California, County of Contra Costa, Case No. C 08-01629, June 2010.

*Kapps v. Biosense Webster, et al.*, United States District Court, District of Minnesota, Case No. 09-CV-1039 PJS/JSM, October 2010.

*Schwend v. Advanced Composites Inc. et al.*, United States District Court, Western District of Washington at Seattle, No. 210-CV-00815 JCC, March 2011

*United States v. ATK Launch Systems*, United States District Court, District of Utah, Central Division, Case No. 1: 06-CV-00039-CW, July 2011

*Iniguez-Franco v. Elevator LLC, Tractel, Inc.*, Superior Court of the State of California, County of San Francisco, Case No. CGC-09-494932, September 2011

*Mims v. Wright Medical Technologies*, Case No.1:11-cv-0213-TWT, United States District Court for the Northern District of Georgia, December 2011

*Bryant v. Sunrise Medical et al.*, Case No. 37-2010-0010-1715, Superior Court of California, County of San Diego, March 2012.

Cannon v. Kinder Morgan, Inc. and Priority Energy Services, LLC., 189th District Court, Harris County Texas, No. 2009-52848, June 2012.

## Trials

*McCormack v. PG&E*, Superior Court of California, Santa Clara Division, No. 1-06-CV071436, November 2009.

1

*Jones v. State Farm*, Superior Court of the State of California, County of Contra Costa,
Case No. C 08-01629, July 2010.

# Exhibit E

*Biomedical Engineering Practice*

# E$^x$ponent®

**Performance of a Modular
Hip Stem: Gregory Tucker
v. Wright Medical Technology,
Inc.**





*Failure Analysis Associates®*

# Performance of a Modular Hip Stem: Gregory Tucker v. Wright Medical Technology, Inc.

Prepared for

Michael V. Kell
Howard & Howard, PLLC
450 West Fourth Street
Royal Oak, MI  48067-2557

Prepared by

Jorge A. Ochoa, Ph.D., P.E.
Principal Engineer
Exponent Failure Analysis Associates
15375 SE 30th Place, Suite 250
Bellevue, WA 98007

August 31, 2012

© Exponent, Inc.

# Contents

Page

**1    Background**                                                                      **3**

  1.1    Qualifications and Experience                                          3

  1.2    Review of Mr. Gregory Tucker's Medical History                        4

     1.2.1    Prior Medical History and Diagnosis                       4

     1.2.2    Left Primary Hemi-Resurfacing                             5

     1.2.3    Left Hemi-Resurfacing Rehabilitation and Follow-up        6

     1.2.4    Right Primary THA                                         6

     1.2.5    Right THA Rehabilitation and Follow-up                    7

     1.2.6    Left Hip Conversion to THA                                8

     1.2.7    Left THA Conversion Rehabilitation and Follow-up          8

     1.2.8    Right THA Failure and Revision Surgery                    9

     1.2.9    Right THA Revision Rehabilitation and Follow-up          10

     1.2.10   Inspection of the Fractured Prosthesis                   10

**2    Opinions**                                                                       **11**

**3    Bases for Opinions**                                                             **12**

  3.1    Design, Development and Continuous Improvement of Orthopaedic Implants   12

  3.2    The Subject Device Was Appropriately Designed to Perform Its Intended Function   13

  3.3    The Subject Device's Design Was Appropriately Verified and Validated per Regulatory Requirements   17

  3.4    Manufacturing and Inspection Records of the Subject Device are Representative of Good Manufacturing Practices   19

  3.5    Role of Prior Pathology, Surgical Interventions and Patient Profile in Modular Hip Failure   20

  3.6    The Effect of Alcohol Abuse on Clinical Outcomes after Hip Replacement   22

  3.7    WMT Corrective and Preventive Action (CAPA) with Regard to PROFEMUR Modular Femoral Necks   24

  3.8    Summary                                                                26

**4    Limitations**                                                                    **30**

**5    Figures**                                                                        **31**

August 31, 2012
Page 2

Appendix A.   Jorge A. Ochoa, PhD, PE Resume
Appendix B.   Deposition and Trial Testimony for Jorge A. Ochoa, PhD, PE
Appendix C.   Documents Considered

August 31, 2012
Page 3

# 1  Background

I have been retained by counsel for Wright Medical Technologies, Inc., to opine and report on the development, manufacturing, testing, handling, and *in vivo* biomechanical performance of modular femoral necks—specifically, their performance in the matter of Gregory Tucker and Rebecca Tucker v. Wright Medical Technology, Inc.  This report contains my findings and opinions to date.

## 1.1    Qualifications and Experience

My expertise encompasses the design, testing, and manufacture of modular prosthetic orthopaedic devices and the materials from which they are constructed; the biomechanics of the hip and knee, and hip and knee replacement devices; general knowledge, state-of-the-art and development of orthopaedic devices over time; failure analysis of orthopaedic devices and the factors affecting their performance; the design of testing mechanisms to ensure that orthopaedic devices comply with the U.S. Food and Drug Administration's (FDA) requirements and guidance documents; applicability of laboratory and simulator testing methodologies to *in vivo* performance of orthopaedic devices as described by American Society for Testing and Materials (ASTM) and International Organization of Standardization (ISO) standards; and designing and conducting mathematical extrapolation and finite element analysis to evaluate laboratory and simulator/computer modeling data.  I have been employed in the field of orthopaedic biomechanics, biomaterials, and orthopaedic implant design, manufacture, and failure analysis for more than 25 years. On the basis of my education, training, and experience in the medical device industry, I am therefore familiar with the design, function, preclinical testing, manufacturing, sterilization, regulatory approval, and commercialization of medical devices.  As a product development engineer and R&D executive, I have direct experience leading and working with multidisciplinary project teams addressing issues of design and process verification and validation, product complaints, and post-market surveillance data. These activities included raising, resolving, and closing corrective and preventive actions under a policy of continuous improvement.  Although I am not a physician, I routinely evaluate medical devices both during and after implantation in the human body using diagnostic imaging and retrieval (explant) analysis.

I am presently employed as a Principal Engineer in Exponent's Biomedical Engineering practice.  Prior to joining Exponent, I was Chief Technology Officer at Archus Orthopedics, Inc., in Redmond, Washington.  Prior to working at Archus, I held the position of Vice President, Research and Development at DePuy Orthopaedics, a Johnson & Johnson company. Prior to holding this position, I held various positions of increasing responsibility in the orthopaedic device field, many of which focused primarily on the development of total hip replacements.

I received a B.S. degree in Mechanical Engineering (*cum laude*) from the Missouri University of Science and Technology in 1985, a Master of Science in Mechanical Engineering from Purdue University in 1987, and a Doctor of Philosophy in Mechanical Engineering from Purdue

August 31, 2012
Page 4

University, focusing on the design and development of orthopaedic implants and their interface with bone, in 1991. I currently hold the position of Affiliate Associate Professor of Mechanical Engineering at the University of Washington. I am a Licensed Professional Engineer, in Massachusetts (#40846) and Washington (#40751).

My curriculum vitae is included as Appendix A and includes a list of publications of which I am the author or co-author. A list of my trial and deposition testimony for the last 4 years is included as Appendix B. Exponent charges $425 per hour for the time I spend researching, reviewing materials, forming opinions, and providing testimony. I have no personal interest in the outcome of this litigation, and my compensation is not affected by the outcome of this matter.

This report is based on my education and experience as a biomechanical engineer and my experience designing, testing, and commercializing medical devices. Appendix C contains all of the literature and documents considered for this report. In the event that any additional relevant information is made available to me, I reserve the right to amend my report accordingly.

# 1.2     Review of Mr. Gregory Tucker's Medical History

## 1.2.1     Prior Medical History and Diagnosis

Mr. Gregory Tucker (DOB: 01/07/1964)[1] is an electrical engineer who worked for Turlock Irrigation District for 22 years.[2,3] Mr. Tucker's medical history was notable for eczema, anxiety, depression, obesity, degenerative disc disease, disc bulge and osteoporotic fracture in his lumbar spine, obstructive sleep apnea, syncope, gout, and alcohol induced osteonecrosis.[4,5,6,7,8,9,10] Procedures included an appendectomy and a partial medial meniscectomy/arthroscopy in January of 2010.[11,12] His social history was positive for alcoholism and marijuana use.[13,14]

---

[1]   Medical Records for Gregory Tucker, UCSF Medical Center #1, p. 6

[2]   Medical Records for Gregory Tucker, UCSF Medical Center #1, p. 53

[3]   Deposition of Gregory Tucker, June 29, 2012, pp. 18

[4]   Medical Records for Gregory Tucker, UCSF Medical Center #4, p. 2

[5]   Medical Records for Gregory Tucker, UCSF Medical Center #6, p. 117

[6]   Medical Records for Gregory Tucker, UCSF Medical Center #9, p. 13-15

[7]   Medical Records for Gregory Tucker, UCSF Medical Center #9, p. 30

[8]   Medical Records for Gregory Tucker, Active Ortho, p. 31

[9]   Medical Records for Gregory Tucker, Emanual Medical Center, p. 48

[10]   Medical Records for Gregory Tucker, Dr. Mark Winkler, p. 116

[11]   Medical Records for Gregory Tucker, UCSF Medical Center #4, p. 2

[12]   Medical Records for Gregory Tucker, Active Ortho, p. 31

[13]   Medical Records for Gregory Tucker, UCSF Medical Center #4, p. 2

[14]   Deposition of Gregory Tucker, June 29, 2012, pp. 53

August 31, 2012
Page 5

On October 15, 2003, Mr. Tucker presented with pain in his left hip, which started approximately a year earlier after working on a tractor,[15] though other records indicated that onset started shortly after putting in posts on a ranch.[16]   The pain was becoming progressively worse and was beginning to limit him in his activities.   Radiographs and MRI revealed that he had osteonecrosis involving both hips, though more of the femoral head was necrosed in the left hip.   He was diagnosed with Ficat stage III osteonecrosis of the left hip, with "a crescent sign and the subchondral collapse."[17]

## 1.2.2     Left Primary Hemi-Resurfacing

On November 24, 2003, Mr. Tucker (6 ft 3 in tall, 245 lbs., BMI 30.6, Obese) underwent a resurfacing procedure of his left hip at UCSF Medical Center.[18]   As recorded in the operative report,[19] the patient was placed in the right lateral decubitus position.   His lower extremity was draped and prepped in the usual sterile fashion.   The attending physician was Kevin Bozic, M.D.

A six inch incision was made over the greater trochanter and oriented posteriorly.   The incision was carried down through the fascia, which was retracted using a Charnley retractor.   The abductors were taken off the anterior portion of the capsule as a sleeve.   After a capsulectomy, the hip was dislocated gently with the help of a hip skid.   Observation of the femoral head revealed collapse of the femoral head and denudation of the cartilage.   Observation of the acetabulum revealed no signs of osteoarthritis or wear.

The femur was prepared first by placing a Steinmann pin into its center using a guide.   Using sizing rings, the femoral head was determined to be between a size 52mm and 53mm.   Reaming included two passages with a 54-55 mm reamer, followed by a 52-53 mm reamer, with care given to avoid notching of the neck.   The osteonecrotic portion of the femoral head was excised, followed by cutting of the chamfer.   After a trial reduction, it was determined that a 53 mm implant was the appropriate acetabular size.

The femoral head was drilled and the head was prepared to accept cement.   The cut bone surfaces were pressurized with Simplex cement.   A Conserve hemi-resurfacing head (Conserve Femoral Resurfacing Component, 53 mm x 74 mm, 3802-0053, Lot No. 03214473)[20] was impacted onto the modified femoral head.   Excess cement was removed and the hip was reduced under direct vision.   After careful reduction under direct vision, leg length equality was determined based on preoperative and intraoperative measurements.   Stability through full extension, external rotation, flexion of 90 degrees and internal rotation of 70 degrees was determined.   After the anterior capsule was repaired, the wound was closed, and the patient was transferred to the recovery room in stable condition.

---

[15]     Medical Records for Gregory Tucker, UCSF Medical Center #1, p. 53

[16]     Medical Records for Gregory Tucker, UCSF Medical Center #8, p. 38

[17]     Medical Records for Gregory Tucker, UCSF Medical Center #1, p. 54

[18]     Medical Records for Gregory Tucker, UCSF Medical Center #1, pp. 51-52

[19]     Medical Records for Gregory Tucker, UCSF Medical Center #9, pp. 4

[20]     Medical Records for Gregory Tucker, UCSF Medical Center #1, p. 62

August 31, 2012
Page 6

### 1.2.3   Left Hemi-Resurfacing Rehabilitation and Follow-up

Mr. Tucker returned to work on December 29, 2003.[21]  He then had a home health visit and was given several home exercises to perform as tolerated.  Although his physical therapist indicated that he would like to see Mr. Tucker three times a week for the next three to four weeks, Mr. Tucker indicated that physical therapy was cost prohibitive for him, and he requested to do as much rehabilitation as possible independently.[22]  Mr. Tucker's medical records indicated that he was seen for a total of five physical therapy treatments, but these were discontinued due to the patient not returning.[23]  In addition to Mr. Tucker failing to continue physical therapy, there were concerns with his rehabilitation as he continued to experience a persistent Trendelenburg gait pattern and weak left hip abductor muscles.

After two years, radiographs revealed a well-fixed, well-aligned left hip hemi-resurfacing arthroplasty.[24]  Mr. Tucker was noted to have been working strenuously during the two year period, including being up on ladders and scaffolding, and getting into small places.[25]

On August 16, 2004 Mr. Tucker was seen in the Emergency Room after falling of his ATV and puncturing his left anterior thigh with the handlebar.[26]  Examination revealed a 4 cm laceration to the medial aspect of the anterior thigh, and a 1 cm puncture wound to the lateral aspect.  The radiograph taken at the time of the accident showed an intact prosthesis in his left hip.

Although there was partial relief of his symptoms, Mr. Tucker experienced progressively increasing pain in his left hip.  This began to limit his function until it was eventually decided to convert his left resurfacing implant into a total hip arthroplasty (THA).[27]  Mr. Tucker also developed increasing right hip pain which led to difficulties with walking and exercise.[28]  Radiographs and MRI showed Ficat stage III osteonecrosis of the right hip.[29]  After conservative treatment measures failed, Mr. Tucker agreed to undergo a THA of his right hip.  He elected to forego a hemi-resurfacing procedure in his right hip in favor of receiving a THA since he experienced incomplete pain relief after his left hemi-arthroplasty.[30]

### 1.2.4   Right Primary THA

On March 20, 2006, Mr. Tucker (6 ft 3 in tall, 257 lbs., BMI 32.1, Obese) underwent a primary total hip arthroplasty (THA) of his right hip at UCSF Medical Center.[31]  As recorded in the

---

[21]   Medical Records for Gregory Tucker, Emanuel Medical, pp. 31

[22]   Medical Records for Gregory Tucker, Emanuel Medical, pp. 32

[23]   Medical Records for Gregory Tucker, Emanuel Medical, pp. 33

[24]   Medical Records for Gregory Tucker, Dr. Mark Winkler, pp. 176

[25]   Medical Records for Gregory Tucker, Dr. Mark Winkler, pp. 176

[26]   Medical Records for Gregory Tucker, Emanuel Medical, pp. 26

[27]   Medical Records for Gregory Tucker, UCSF Medical Center #4, 13

[28]   Medical Records for Gregory Tucker, UCSF Medical Center #2, pp. 3

[29]   Medical Records for Gregory Tucker, UCSF Medical Center #2, pp 59.

[30]   Medical Records for Gregory Tucker, UCSF Medical Center #2, pp. 59

[31]   Medical Records for Gregory Tucker, UCSF Medical Center #2, pp. 51

August 31, 2012
Page 7

operative report,[32] the patient was placed on the table in a supine position.  His lower extremity was draped and prepped in the usual sterile fashion. The attending physician was Kevin Bozic, M.D.

A five inch incision over the greater trochanter was made via an anterolateral approach.  The incision was carried down through the fascia, which was retracted using a Charnley retractor.  One-third of the anterior abductor muscles were dissected.  After a capsulectomy, the hip was dislocated.  The neck was resected to 15 mm according to preoperative templating.  Retractors were placed circumferentially around the acetabulum.  Sequential reaming was performed on the acetabulum from a size 52 mm to a size 56 mm reamer.  A 56 mm cup (Lineage Acetabular Shell, Size 56 mm O.D., Quad Hemi Flare STD Group 2, 36430056, Lot No. 125290201) was impacted into the acetabulum at 30 degrees anteversion and 45 degrees of abduction.  Fixation was noted as '[e]xcellent.'  The femur was prepared by creating a starting hole with lateral side-cutting reamers, after which sequential broaching was performed to a size #7 broach.  After trialing, it was determined that a long varus neck with a +3.5 mm head provided the best leg length stability.  After removal of the trial implants, a 32 mm ceramic transcend liner (Lineage Ceramic Liner, 32 mm X 52-56mm Group 2, 72003252, Lot No. 115298223) was placed and impacted into the cup in the appropriate angle.  The definitive size 7 PROFEMUR Z stem was impacted and seated into the canal (PROFEMUR Plasma Z Stem, Size 7, PHA0-0272, Lot No. 026319654).  A long varus anteverted neck (PROFEMUR Neck, Long, Size A/R VAR/VAL, PHA0-1224, Lot No. T12134689) was impacted into the stem, followed by a 32 mm diameter +3.5 mm ceramic femoral head (Ceramic Femoral Head, 32 mm O.D., SLT Taper Long Neck, 26000009, Lot No. 025179992) impacted onto the tapered neck, with care given to avoid chipping.

After careful reduction under direct visualization, leg length equality was determined based on preoperative and intraoperative measurements.  Stability through full extension external rotation, flexion of 90 degrees and internal rotation of 70 degrees was determined.  After copious wound irrigation, the wound was closed, and the patient was transferred to the recovery room in stable condition.

## 1.2.5    Right THA Rehabilitation and Follow-up

After six weeks, Mr. Tucker was doing 'extremely well', including painless range of motion.[33]  He was noted as doing an exercise program on a regular basis.  Radiographs demonstrated a well-aligned hip replacement, but his right leg was found to be 0.5 cm longer than his left.   Mr. Tucker had a slight Trendelenburg lurch to the right side, which was again observed at his 3 month follow-up.[34]  At one year follow-up, it was noted that his right leg was 1.5 cm longer than the left.[35]  Despite this, Mr. Tucker did not have any complaints about his progress at this point.[36]

---

[32]   Medical Records for Gregory Tucker, UCSF Medical Center #2, pp. 59

[33]   Medical Records for Gregory Tucker, UCSF Medical Center #9, pp. 8

[34]   Medical Records for Gregory Tucker, UCSF Medical Center #9, pp. 42

[35]   Medical Records for Gregory Tucker, UCSF Medical Center #9, pp. 49

[36]   Medical Records for Gregory Tucker, Dr. Mark Winkler, pp. 169

August 31, 2012
Page 8

## 1.2.6    Left Hip Conversion to THA

Mr. Tucker continued to have pain associated with his left hip until it was decided to convert the hemi-resurfacing system to a THA.  On April 26, 2007, Mr. Tucker (6 ft 3 in tall, 253 lbs., BMI 31.6, Obese)[37] underwent surgery to convert his left hemi-resurfacing component to a THA.[38] Dr. Kevin Bozic, MD was the attending surgeon.  The patient was placed in the right lateral decubitus position.  The lower extremity and left hip were prepped and draped in the usual sterile fashion.

The prior incision was utilized to cut through to the fascia, which was retracted using a Charnley retractor.   Through an anterolateral approach, one-third of the anterior abductor muscles were dissected, leaving two-thirds posteriorly.  After a capsulectomy, the hip was dislocated.  The prosthetic femoral neck was cut off and the stem was removed from the neck.  Retractors were placed circumferentially around the acetabulum.  Sequential reaming was performed on the acetabulum from a size 54 mm to a size 58 mm reamer.  A 58 mm cup (WMT, Size 58 mm O.D., 3643-0055, Lot No. 065214445)[39] was impacted into the acetabulum at 30 degrees anteversion and 45 degrees of abduction, along with a supplemental screw for additional fixation.  The fit was noted as 'excellent'.

The femur was prepared by creating a starting hole with lateral side-cutting reamers, after which sequential broaching was performed to a size #7 broach.  After trialing, it was determined that a long varus neck with a 32 +3.5 mm head provided the best leg length stability.  A 32 mm ceramic transcend liner [WMT, 73003258, Lot No. 065245703] was placed and impacted into the cup in the appropriate angle.  The permanent size 7 PROFEMUR Z stem was impacted and seated into the canal and rotation stability was confirmed  (PROFEMUR Plasma Z Stem, Size 7, PHA0-0272, Lot No. 086364257).  A long varus anteverted neck (Neck, Long, Var/Val 8 degree, PHA0-1254, Lot No. 075235988) was impacted into the stem, and a size 32 +3.5-mm ceramic femoral head (WMT FEM Head, 32 mm O.D., +3.5 mm Neck, 26000009, Lot No. 075249024) was impacted onto the tapered neck.  After careful reduction under direct visualization, leg length equality was determined based on preoperative and intraoperative measurements.  Stability through full extension external rotation, flexion of 90 degrees and internal rotation of 70 degrees was determined.  After copious wound irrigation, the wound was closed, and the patient was transferred to the recovery room in stable condition.

## 1.2.7    Left THA Conversion Rehabilitation and Follow-up

Immediate post-operative radiographs of the pelvis on April 26, 2007 demonstrated anatomic alignment and expected post-operative changes.[40]  Mr. Tucker testified that he did not go to a physical therapist after the left THA conversion as "he knew all the routine and every single exercise and belonged to a gym".[41]

---

[37]  Medical Records for Gregory Tucker, UCSF Medical Center #4, pp. 19

[38]  Medical Records for Gregory Tucker, UCSF Medical Center #4, pp. 22

[39]  Medical Records for Gregory Tucker, UCSF Medical Center #3, pp. 80

[40]  Medical Records for Gregory Tucker, UCSF Medical Center #4, pp. 45

[41]  Deposition of Gregory Tucker, June 29, 2012, pp. 112

August 31, 2012
Page 9

On January 20, 2010, Greg Tucker complained of right knee pain, with occasional locking and popping.[42]   Radiographs showed a "faint" posterior horn medial meniscus tear.   Earlier records mentioned this tear dating back to November, 2009.[43]   At this time, Mr. Tucker underwent arthroscopic knee surgery with partial medial meniscectomy, including some shaving of the articular cartilage.[44]

### 1.2.8     Right THA Failure and Revision Surgery

Mr. Tucker was doing well until May 7, 2010, when he fell and went to the local emergency department.   Radiographs showed a broken femoral stem at the modular neck.[45]   After discussing the treatment alternatives, the patient agreed to revision of the femoral prosthesis.

On May 17, 2010, Mr. Tucker (6 ft 3 in tall, 265 lbs., BMI 33.1, Obese)[46] underwent revision surgery of his right THA.[47]   Dr. Kevin Bozic, MD was the attending surgeon.   The patient was placed in the right lateral decubitus position.   The lower extremity and right hip were prepped and draped in the usual sterile fashion.   The prior incision was utilized to cut through to the fascia.   The hip was accessed through the prior anterolateral approach.   The unattached modular femoral neck was removed from within the acetabular cup.   Because the modular neck had sheared at the junction, it was necessary to remove the entire femoral component.   Due to the bony ingrowth around the stem, a period of ninety minutes was spent extracting the stem, using flexible osteotomes, high speed burs and an extraction tool, resulting in "extensive" damage to the femur.

Retractors were placed circumferentially around the acetabulum.   After the ceramic implant was removed, a 32 mm, 15 degree elevated rim liner was impacted into the acetabulum (Zimmer, Size 32 mm, 22320118, Lot No. 61396106).[48]   The femur was prepared by running a guide wire distally to the level of the knee and sequentially reaming from a size 12 to a size 15.5 with flexible reamers, followed by broaching to a size 15.   After trialing, a 15 x 200 mm boxed beaded full coat VerSys stem (Zimmer, 78431582, Lot No. 61007301) was inserted into the canal at the appropriate anteversion.   A 32 mm diameter +3.5 mm head (Zimmer, 32 mm O.D., +3.5 mm Neck, 80183203, Lot No. 60838569) was impacted onto the tapered stem.   The hip was reduced and leg length equality was determined based on preoperative and intraoperative measurements.   Stability through full extension external rotation, flexion of 90 degrees and internal rotation of 70 degrees was determined.   A femoral strut was cabled into position anteriorly to address the large amount of anterior bone loss.   The wound was closed, and the patient was transferred to the recovery room in stable condition.

---

[42]    Medical Records for Gregory Tucker, Tower Surgical Center, pp. 15-16

[43]    Medical Records for Gregory Tucker, Dr. John S. Martin, pp. 8

[44]    Medical Records for Gregory Tucker, Tower Surgical Center, pp. 25

[45]    Medical Records for Gregory Tucker, UCSF Medical Center #6, pp. 134

[46]    Medical Records for Gregory Tucker, UCSF Medical Center #6, pp. 132

[47]    Medical Records for Gregory Tucker, UCSF Medical Center #6, pp. 134

[48]    Medical Records for Gregory Tucker, UCSF Medical Center #6, pp. 42

August 31, 2012
Page 10

### 1.2.9    Right THA Revision Rehabilitation and Follow-up

Follow up radiographs on May 27, 2010 showed no evidence of hardware loosening or disruption.[49]   After six weeks, Mr. Tucker's revision implant had subsided "about 8 mm,"[50] and he was using 2 crutches until his 3 month visit.[51]   At 6 months, Mr. Tucker walked with a slight antalgic limp and a negative Trendelenburg stance.[52]   At this time, the implant was reported to be well fixed and well-aligned, with no signs of further subsidence, though his left leg was 3 cm longer than his right.[53]   At his 1 year follow-up, Mr. Tucker walked with no detectable limp, though there was still some discomfort and apprehension about some motions.[54]   Radiographs demonstrated a well-fixed, well-aligned revision right THA, and there was evidence of healing of his greater trochanteric osteotomy.  Once again, Mr. Tucker stated that he did physical therapy on his own after the revision of his right THA.[55]

### 1.2.10    Inspection of the Fractured Prosthesis

Exponent received the subject fractured PROFEMUR modular neck, femoral head, and femoral stem, shown in Figure 1.  Exponent conducted a nondestructive examination of the subject explants, including visual, stereomicroscopic, and scanning electron microscopic (SEM) analyses. This report contains my findings and opinions as to whether the subject device was manufactured under good manufacturing practices and was designed, tested, and validated to meet its intended functional requirements and customer inputs per applicable regulations and standards. This report is based on my education and experience as a biomechanical engineer and my experience designing, testing, and commercializing medical devices.

---

[49]    Medical Records for Gregory Tucker, Dr. John S. Martin, pp. 18

[50]    Medical Records for Gregory Tucker, UCSF Medical Center #9, pp. 92

[51]    Medical Records for Gregory Tucker, UCSF Medical Center #9, pp. 96

[52]    Medical Records for Gregory Tucker, Dr. Mark Winkler, pp. 132

[53]    Medical Records for Gregory Tucker, UCSF Medical Center #9, pp. 102

[54]    Medical Records for Gregory Tucker, Dr. Mark Winkler, pp. 129

[55]    Deposition of Gregory Tucker, June 29, 2012, pp. 150

August 31, 2012
Page 11

# 2    Opinions

My main opinions in this case are summarized as follows:

1. Wright Medical Technology has established design control procedures and practices that meet recognized regulations and industry practices to ensure that the orthopaedic implant/instrument systems they supply are traceable and provide end-user functionality and patient safety.

2. Static and fatigue testing conducted as described in Wright Medical Technology's 510(k) submission was adequate and consistent with normal industry practices.  The subject Wright Medical Technology PROFEMUR Modular Hip System components have been appropriately designed and validated to meet their intended functional requirements and customer inputs, and were not defective in their design.

3. The subject Wright Medical Technology PROFEMUR modular femoral neck (PROFEMUR® Neck, Long, Size A/R VAR/VAL, PHA0-1224, Lot No. T12134689) used during the index total hip arthroplasty procedure carried out by Dr. Bozic on Mr. Gregory Tucker's right hip on March 20, 2006, met its intended design, regulatory, and functional requirements, and was not manufactured in a defective fashion, nor was it unreasonably dangerous.  The benefits of the PROFEMUR modular femoral neck outweigh the risks associated with the modular design.

4. The subject Wright Medical Technology PROFEMUR modular femoral neck manufacturing and inspection traceability records indicate that the device conformed to Wright Medical Technology's specified dimensional, surface, material, and visual requirements.  Based on review of the device records and inspection of the part, no manufacturing defects were present in the subject device that could have contributed to the stem fracture.

5. Mr. Tucker's obesity, degenerative disc disease, alcohol induced osteonecrosis, propensity for accidents and falling, right meniscal tear, and left hip arthroplasty compromised his right hip biomechanics. Based on Mr. Tucker's body weight, age, high activity level, and large femoral offset, he meets the profile of a hip arthroplasty patient with a high risk for implant failure.

6. My review of Wright Medical Technology's CAPA activities, as described in records such as meeting minutes, complaint investigations, complaint records, and root-cause analyses, indicate that the company's process for responding to adverse events was consistent in content and practice with my knowledge and experience of industry standards and good manufacturing practices in medical device development and commercialization.

August 31, 2012
Page 12

# 3      Bases for Opinions

## 3.1      Design, Development and Continuous Improvement of Orthopaedic Implants

Wright Medical Technology, Inc. (WMT) designs, manufactures and markets orthopaedic medical devices used for total joint replacement.  As such, it is required by the FDA Quality Systems Regulation (QSR) to have a quality system that calls for various specifications and controls to be established for the design, development, and manufacture of these devices (21 CFR Part 820). Under Subpart C, Section 820.30-Design Controls, the regulation requires that all design and development activities undergo formal documented reviews. Further, the regulations require that a record documenting the approved design plan, specifications for the device under development, and changes to the device design be maintained in a Design History File (DHF).[56]  The QSRs were implemented to help ensure that the medical devices are safe and effective for their intended use, and to ensure that specified design requirements are met.

Manufacturers such as WMT must establish and follow quality systems to help ensure that their products consistently meet applicable requirements and specifications.  Ensuring that product specifications can be achieved and customer needs can be met is accomplished using verification and validation testing, which is recorded in the corresponding verification, validation, and risk management sections within a device's design history documentation. Vigilance of and reporting on the performance of medical devices once commercialized is also regulated.  Specifically, medical device companies are required by law to perform post-market surveillance of their products to ensure that their products continue to perform to the intended profile of safety and effectiveness (Medical Device Reporting, 21 CFR § 803; Post Market Surveillance, 21 CFR § 822).

Additionally, continuous improvement activities for medical devices are managed through the Corrective and Preventive Action (CAPA) process (CAPA per 21 CFR § 820.100).  CAPAs are initiated when nonconformities appear in a company's products, processes, or quality system. By law, nonconformities must be investigated and corrective actions implemented.  Further, the effectiveness of CAPAs must be verified and validated to ensure that such actions do not adversely affect the finished device.  The final goal of CAPA is to prevent the recurrence of any nonconformities and deviations.  CAPAs are a direct result of a company's monitoring of their product, process performance, and quality systems.  Continuous improvement opportunities come from regulatory inspections, customer audits, internal audits, in process inspection and testing results, analysis of deviations or non-conformance records, customer complaints, and other key performance indicators.

The DHFs for Wright Medical's PROFEMUR femoral stems and modular necks are examples of WMT's implementation of the QSRs.  The DHFs for the product family and its line extensions reflect a stage-gate process that includes the stages dictated by FDA QSRs for design

---

[56]   21 CFR- Part 820: Quality System Regulation; Subparts 820.30(j); 820.181

August 31, 2012
Page 13

control, including design inputs, design outputs, verification, and validation, all of which are required before regulatory approval and commercialization.  Multiple 510(k) submissions for the PROFEMUR Total Hip System, all of which use the PROFEMUR modular necks, have been cleared by the FDA since the first submission (K003016) on December 13, 2000.

## 3.2    The Subject Device Was Appropriately Designed to Perform Its Intended Function

The original design objective of the PROFEMUR modular necks was to supply a means by which surgeons could accommodate variation in patient anatomy and overcome the disadvantage of monolithic (non-modular) hip stems, which are designed based on average femoral anatomy and may not be ideal for  patients whose femoral size and shape deviate from the norm.  Providing a variety of sizes and shapes of femoral necks using modularity allows for intraoperative customization, adjustment, and restoration of patient biomechanics.[57,58]

Modular necks are available in various shapes, sizes, and material configurations and offer the surgeon an assortment of options with which to treat a patient's specific anatomy and biomechanics.  The shape and geometry of the proximal femur are well understood and statistically characterized.  The literature reveals significant variability in femoral offset, version and neck-shaft angles.  Taking the anatomic variations of the proximal femur in consideration, if a prosthetic implant system had a single neck-shaft angle, up to 67% of patients would not have accurate restoration of the biomechanical center of the hip or femoral offset.[59]  Modularity provides a means by which surgeons can accommodate this variability.

The hip joint functions as a fulcrum, resulting in a state of dynamic equilibrium between body weight and the opposing hip abductors.  The outcome of this interplay of opposing forces is the ability to maintain a level pelvis and prevent a (Trendelenburg) lurch.  The length of the lever arm that acts between the femoral head and the insertion point of the hip abductor muscles is considerably smaller than that between the femoral head and the line of action of a person's body weight.  Therefore, the abductors must generate a force that is larger than body weight to compensate for their mechanical disadvantage.  Recreating a functional and mechanically stable hip is dependent on the surgeon's ability to restore a normal hip center, tissue tension, and balance across the joint.  This is best accomplished by adjustments to neck offset, length, version, and inclination intraoperatively.  If restoration of proper joint biomechanics is not possible, then the result is either joint laxity or overtightening.  Too lax a joint (insufficient neck length or offset) compromises the abductor function and may produce hip instability, leading to dislocation and abductor lurch, limp, fatigue, and dependence on walking aids due to inefficient biomechanics.  Conversely, excessive joint tightness (extreme length or offset due to an

[57]    Toni A., Sudanese A., et al. (2001). Cementless hip arthroplasty with a modular neck. Chir Organi Mov 86(2):73-85.

[58]    Antonietti B., Paderni S., Sama D., Comitini V., Sudanese A. (2003). Anatomic cementless total hip arthroplasty with ceramic bearings and modular necks: 3 to 5 years follow-up. Chir Organi Mov 88(3):259-265.

[59]    Noble PC, Alexander JW, Lindahl LJ, Yew DT, Granberry WM, Tullos HS. The anatomic basis of femoral component design. Clin Orthop Relat Res. Oct 1988(235):148-165

August 31, 2012
Page 14

"overstuffed hip") produces increased moments acting on the femoral component which can lead to loosening, pain from bursitis, and increased mechanical stresses.  In both instances there can be leg length inequality.  While non-modular hip systems can be used to successfully treat the majority of the population, they have comparatively fewer neck offset, length, version, and inclination options available, which can limit the ability of the surgeon to restore proper biomechanics in certain patients with deformities or very large or small statures.  Finally, the ability to adjust femoral neck length and offset through the use of modular necks obviates the need to use skirted femoral heads, which if used, would result in reduced range of motion and earlier acetabular impingement compared to non-skirted femoral heads.

Restoration of the original position of the center of the femoral head ensures maintenance of leg length and reestablishment of the original balance of abductor and joint reaction forces.  Since stem position of an uncemented hip is determined by canal fit and not anatomic restoration of the femoral head position, femoral components should be available in a range of neck lengths for each separate stem size.  The competing demands of obtaining fixation and restoring the head to the ideal position can lead to compromises that affect function when a fixed-head-neck (i.e. monolithic) prosthesis is used.  Reestablishing proper biomechanics by achieving proper postoperative positioning of the implants relative to each other and to the rest of the body also minimizes the loading on the implants themselves and the interface between the implant and the bone.  Positioning of the device within the bone can affect its level of support.  In addition, positioning of the device relative to the muscles, ligaments, and the rest of the skeleton can affect its mechanical advantage.  Both aspects of device positioning affect how severely the implant and the bone-implant interface are loaded.[60]  In combination, modular implants such as the PROFEMUR modular necks and PROFEMUR primary femoral stems currently provide the surgeon with over 2,700 possible permutations that can be realistically and efficiently delivered to the operating room, providing numerous choices which he/she can use to replicate the patients' anatomy and restore their biomechanics.[61]

The proximal region of the PROFEMUR family of stems with which the PROFEMUR modular necks are designed to interface are equipped with a pocket (female feature) of standardized design, which accommodates the relatively simple double-wedge taper geometry of the distal portion (male feature) of the modular neck devices.  The cross section of the distal end of the modular necks should be maximized in size to increase the taper holding power and minimize stresses on the components under load.  The cross-section of the double taper feature in the distal modular necks is also asymmetric, being wider in the mediolateral than the anteroposterior direction, with the medal and lateral aspects rounded, to optimize its mechanical advantage when resisting the asymmetric duty cycle loads during activities of daily living.  While Morse-type tapers have been used successfully in orthopaedic modular implant designs, they were originally designed to be conical in profile.  This simple shape was useful, because the original Morse tapers were designed in the mid-1860s, when precision machining of complex shapes through multiaxis computer numerical controlled (CNC) machining operations were not available.  At the time, the only possible way to obtain the precise shape and fine surface finish required by Morse tapers was through lathe machining and hand grinding, both

[60]   "Biomechanics of the Hip." Ch. 5, Vol 1,Callaghan J.J., Rosenberg A.G., Rubash H.E. The Adult Hip. 2nd ed. Philadelphia: Lippincott Williams & Wilkins; 2007.

[61]   2011 Price List, Wright Medical Technology, Inc. - effective January 1, 2011

August 31, 2012
Page 15

simple axial processes.  It is notable that Morse tapers were intended to provide modular connections for machine elements under axial rotational motions and torque loads, which are symmetric in nature.  Therefore, circular cross-sectional profiles and conical shapes are not optimally shaped to resist asymmetric loads such as those in the hip joint, and would be inherently undersized relative to the area available in the proximal femoral metaphysis where the femur flares out, increasing in size, and which is generally trapezoidal in nature.

PROFEMUR modular necks are manufactured from Ti-6Al-4V (titanium alloy).  Ti-6Al-4V has a long history of clinical success in orthopaedic surgery due to its superior biocompatibility, fatigue properties, and strength.[62]  Furthermore, it has a modulus of elasticity closer to that of bone than other alloys commonly used in orthopaedic implants.  If the stiffness of the implant material (as compared to bone), and its fatigue properties are not optimized it may lead to prosthesis failure through either loosening or fracture.  Healthy bone is ideally designed to respond to cyclic load stress, such as those experienced during walking, exercise, or intense activity.  If bone is repeatedly exposed to increased stress it will actively remodel itself to make the area of greatest stress stronger.  Even if small cracks (i.e. microfractures) occur, bone is able to heal these fractures and deposit more bone.  Further, bone can respond to changes in body habitus and activity such that it can become stronger when weight or frequency of activity (higher duty cycles) increase.  Thus, bone is adaptable, and able to change in response to repeated or increased stress by remodeling instead of breaking, as long as the stresses imposed on the bone remain below the ultimate strength of the tissue.  The ability of bone to remodel is summarized in the concept of Wolff's Law.  In contrast, clinical experience indicates that insufficient load transfer from an orthopaedic implant to the adjacent bone may result in bone resorption and eventual loosening of the prosthetic device, and potential fracture due to loss of support from the native bone – a phenomenon called "stress shielding."  When implant stiffness is well matched to the stiffness of bone, as is accomplished with the use of titanium alloys (instead of cobalt or steel based alloys), stress redistribution to the adjacent calcified tissues is enhanced and stress shielding is minimized, effectively prolonging the service life of the device.

Because of its physical properties, Ti-6Al-4V components are able to interface with the largest variety of femoral head materials possible (e.g. CoCr, Alumina and Zirconia ceramics, etc.). The PROFEMUR modular necks are available in a combination of lengths, ante/retroversion angles and varus/valgus angles. Due to the inherent surface properties of Ti-6Al-4V alloys, once assembled through an energizing force, tapered junctions achieve a "cold weld" that makes them more difficult to disassemble than assembled taper junctions made with other materials. Utilizing like materials in a modular junction also minimizes the possibility for galvanic corrosion.[63]  Matching the modulus of the materials being joined via a taper junction optimizes the relative motion at the interface.  Designing modular necks with a tapered junction out of alternative materials such as CoCr alloys may increase the strength of the neck components themselves, but a simultaneous reduction in disassembly strength may be a resulting performance by-product.  While improvement in wear performance by use of dissimilar

[62]   Long M., Rack H.J. (1998) Titanium alloys in total joint replacement--a materials science perspective. Biomaterials 19(18):1621-1639.

[63]   Mroczkowski M.L., Hertzler J.S., Humphrey S.M., Johnson T., Blanchard C.R. (2006). Effect of impact assembly on the fretting corrosion of modular hip tapers. Journal of Orthopaedic Research. 24(2):271-279.

August 31, 2012
Page 16

materials theoretically can be achieved, the mismatch in stiffness and galvanic potential between Ti-6Al-4V and CoCr alloys can lead to micromotion and corrosion at the modular interface.

The benefits, as well as the potential pitfalls, of modularity are well understood and accepted by the orthopaedic community.[64,65,66,67] These include the potential for fracture, which, though relatively uncommon, is acknowledged as a potential outcome with the use of modular implants.[68] Tradeoffs between strength and biomechanical performance are explicit with the use of modular implants.  Modularity enables the surgeon to optimize the patient's biomechanics by accommodating anatomic variability, but the addition of junctions can lead to increased stresses, micromotion, fretting, and corrosion at the modular interfaces, resulting in mechanical failure.  As with any mechanical construct, including orthopaedic implants, modular junctions are, by their nature, locations of potential structural weakness, and there is always some possibility of fracture and fretting, which can ultimately result in loss of mechanical stability and failure.  The most common modes of failure for femoral components are instability, infection, mechanical loosening, wear, fretting and fracture.[69]  The potential for weakness at modular junctions can be reduced through design and material choices.  However, there are other factors that have been identified as influencing the mechanical performance of orthopaedic implants.  Factors such as patient weight, activity level, bone support, and bone density (which provides support for the prosthesis over time) not only affect the performance of the implant, but if they appear in their extremes, can be considered contraindications.

It should be noted that modular artificial hips were originally designed for revision indications.  Reconstructing a patient's anatomy and biomechanics during revision surgery is more challenging for a number of reasons. For example, a hip undergoing revision has already been operated on at least once before, and may have compromised bone stock, trauma, instability, or a failed primary implant.  The use of modular artificial hips afforded surgeons additional options for optimizing patient biomechanics under these circumstances.  With the success of modular devices in the revision setting, their designs were adapted and indications expanded to include their use as primary THA implants in patients for whom modularity afforded greater potential benefit than a monoblock primary THA.  Such patients are those with deformities of their hip joint caused by trauma or disease, or those patients whose anatomic requirements fall outside that achievable with cementless, one-piece femoral components.

---

[64]  Atwood S.A., Patten E.W., Bozic K.J., Pruitt L.A., Ries M.D. (2010) Corrosion-Induced Fracture of a Double-Modular Hip Prosthesis: A Case Report. J Bone Joint Surg 92(6):1522-1525.

[65]  Kurtz, S. M., S. Srivastav, et al. (2001). Analysis of the stem-sleeve interface in a modular titanium alloy femoral component for total hip replacement. Key Engineering Materials 198-199: 41-68.

[66]  Bobyn J.D., Tanzer M., Krygier J.J., Dujovne A.R., Brooks C.E. Concerns with modularity in total hip arthroplasty. Clin Orthop Relat Res. Jan 1994(298):27-36.

[67]  "Cementless Femoral Component: Modular." Ch. 66, Vol 2,Callaghan J.J., Rosenberg A.G., Rubash H.E. The Adult Hip. 2nd ed. Philadelphia: Lippincott Williams & Wilkins; 2007.

[68]  Hofheinz E. Proximal Modular Neck in THA – Love it or Hate it? In: Young RR, ed. Orthopedics This Week. Vol 8: RRY Publications, LLC; 2012:11-14

[69]  Bozic, K. J., Kurtz, S. M., Lau, E., Ong, K., Vail, T. P., and Berry, D. J., The epidemiology of revision total hip arthroplasty in the United States. J Bone Joint Surg Am, 91(1), 2009, 128-133.

August 31, 2012
Page 17

Based on my review of the DHF and line extension product development files for the subject
modular neck device, it is my opinion that the subject PROFEMUR modular femoral neck was
appropriately designed to perform its intended function.

## 3.3     The Subject Device's Design Was Appropriately Verified and Validated per Regulatory Requirements

I reviewed the DHF of the subject PROFEMUR modular neck, as well as the baseline 510(k)
submission for a PROFEMUR Hip System (K003016) through which the PROFEMUR modular
necks were initially cleared, and the 510(k) for the PROFEMUR Z Hip System (K021346).
These records are consistent with FDA's relevant guidance documents regarding preclinical
testing of Femoral Stem Prostheses[70] and Modular Implant Components.[71]

In support of the regulatory submission to FDA and to verify and validate the requirement that
the PROFEMUR modular neck's strength would be substantially equivalent to other
commercially available devices, WMT used finite element analysis (FEA) to analyze stress
levels on various configurations of the modular necks when subjected to the load levels
specified in the accepted testing standards.[72,73] These computer simulations predicted that the
modular necks would survive the performance criteria as set forth in the testing standard.

WMT also conducted fatigue tests on the "worst-case" modular neck/head/modular stem
combinations using recognized standards.[74] The performance of the femoral assembly as a
whole, as well as the modular neck itself, was evaluated. To analyze the performance of the
complete femoral assembly, WMT conducted fatigue tests by potting the assembled femoral
constructs distally and subjecting the devices to cyclic loading at a predetermined pose and
orientation for five million cycles. Femoral assemblies survived the prerequisite five-million-
cycles test for peak loads of 742 pounds force (3,300 N) for tests without torsion and
517 pounds force (2,300N) for tests with torsion.[75]

These criteria have been successfully used by many manufacturers, and have resulted in an
acceptably low incidence of clinical implant fractures. There is general consensus that the
performance criteria in these standards is particularly appropriate and should be applied to the
"average" patient whose body size, weight, and lifestyle is representative of the average general
population.  While it may be appropriate to consider alternative design requirements that reflect

---

[70]   Guidance for Industry and FDA Staff "Non-clinical Information for Femoral Stem Prostheses," September 17, 2007

[71]   Guidance Document For Testing Non-Articulating, "Mechanically Locked", Modular Implant Components, May 1, 1995

[72]   ISO 7206-4 "Implants for surgery -- Partial and total hip joint prostheses -- Part 4: Determination of endurance properties of stemmed femoral components"

[73]   ISO 7206-7 "Implants for surgery -- Partial and total hip joint prostheses -- Part 8: Endurance performance of stemmed femoral components without the application of torsion"

[74]   ISO 7206-8 "Implants for surgery -- Partial and total hip joint prostheses -- Part 8: Endurance performance of stemmed femoral components with the application of torsion

[75]   Wright Medical Technology, Inc. Pro-Femur R Revision Hip System 510(k) #K003016

August 31, 2012
Page 18

device loading conditions specific to targeted patient groups, the best alternative measure is one based on the comparison of fatigue strength to a similar, clinically successful femoral implant design with historical clinical evidence.

To test the post-assembly strength of the proximal modular taper junction between the neck and stem, WMT performed static tests of preassembled proximal neck/stem/head constructs using accepted standards as a guide.[76]  Test parts assembled and tested also reflected a "worst-case" condition, such that the stresses resulting from the loading conditions were maximized.  Femoral stem/neck/femoral head constructs were assembled, fixed in potting medium, and mounted within the testing frame at an orientation specified in the standard.  Each sample was then monotonically loaded until the onset of ductile yield failure (e.g., peak load is reached and recorded).  The loads achieved were comparable to those of non-modular hip stems.  Another set of preassembled proximal neck/stem/head constructs were potted per the standard and subjected to cyclic loading.  All constructs tested survived the cycle count performance criteria, and the neck/stem junction's endurance strength (defined as the maximum force applied such that the modular neck could withstand five million cycles without failure) was determined to be 1,100 pounds force (4,900 N).  Static testing found the average compressive yield load measured for each of the different modular necks to be 3,350 pounds force (14,900 N).Finally, to evaluate the tribologic performance of the proximal modular taper junction between the neck and stem, WMT also conducted fretting/corrosion-fatigue evaluation of the preassembled proximal neck/stem/head constructs subjected to cyclic loading as described above.  Taper connections were photo-documented with a scanning electron microscope (SEM) before and after testing.  While some fretting was evident after the cyclic tests, no evidence of excessive fretting or corrosion was observed.  No particulate metallic debris was noted when the components were separated or during cleaning in preparation for the SEM.  The neck/body taper surface of the modular neck exhibited areas of metal deformation, longitudinal smearing, and scratching, especially in the areas of high stress, which were attributed to the service loads during the testing.  The total mass loss was comparable to that of other commercially available femoral stems, and the appearance of fretting corrosion was minimal, even with the inclusion of the neck trunnion/femoral head articulation in the test setup. This additional potential source of particulate and ionic wear debris did not measurably affect the fretting corrosion of the neck/pocket interface

Review of WMT's design control process, regulatory filings, and documented clinical experience for the PROFEMUR modular necks indicates that they were adequately designed, verified, and validated for their intended function.  WMT either identified a predicate, commercially available device for comparative performance testing and ensured that their product met or exceeded the performance of that device, or ensured that their device met performance specifications as set forth in accepted standards and FDA guidance documents for preclinical testing in effect at the time that WMT designed the PROFEMUR modular necks.[77]

Technical standards and regulatory guidance for preclinical testing of artificial hips have evolved over time with refinements to test setups, addition of alternative performance criteria,

---

[76]   ISO 7206-6:1992 "Implants for surgery -- Partial and total hip joint prostheses -- Part 6: Determination of endurance properties of head and neck region of stemmed femoral components"

[77]   FDA Guidance Document for Femoral Stem Prostheses, August 1, 1995

August 31, 2012
Page 19

standard harmonization between regulatory bodies such as ASTM and ISO, as well as the introduction of new standards and obsolescence of others.  For example, in 2000 ASTM F-2068 provided a comparative performance standard, which indicated that the performance of the hip being evaluated "…shall be equivalent to or exceed the demonstrated fatigue strength of a comparable, clinically successful femoral implant design."[78]  WMT demonstrated that the PROFEMUR modular neck satisfied this standard when seeking clearance for the device from FDA.  FDA would not have provided clearance for the PROFEMUR modular neck without data verifying compliance with national and international voluntary standards, and FDA's own guidance documents in force at the time of WMT's submission.  Since 2000, both the ASTM F-2068 standard and the FDA guidance document for artificial hips[79] have been amended and re-issued to reflect the collective knowledge gained by the industry.[80]

In summary, the subject femoral stem and neck satisfied all applicable regulatory requirements and were cleared by the FDA based on comprehensive preclinical performance evaluation which established performance equal to or exceeding the demonstrated fatigue strength of a comparable legally marketed predicate device.

## 3.4   Manufacturing and Inspection Records of the Subject Device are Representative of Good Manufacturing Practices

The WMT manufacturing and inspection records[81] indicated that the subject implants PROFEMUR Plasma Z Stem, Size 7 (Catalog No. PHA0-0272, Lot No. 026319654); PROFEMUR Neck, Long, Size A/R VAR/VAL (Catalog No. PHA0-1224, Lot No. T12134689); Lineage Acetabular Shell, Size 56 mm, Quad Hemi Flare STD Group 2 (Catalog No. 36430056, Lot No. 125290201); Lineage Ceramic Liner, 32 mm X 52-56mm Group 2, (Catalog No. 72003252, Lot No. 115298223) and Ceramic Femoral Head, 32 mm, SLT Taper +3.5 mm Neck (Catalog No. 26000009, Lot No. 025179992) were manufactured from the proper certified materials, met all dimensional checks, and conformed to appearance, identification, and surface requirements.  The critical design features that can be inspected and are expected to affect the performance of a modular junction such as that between the PROFEMUR femoral stem and modular neck include material composition, surface finish, male/female taper dimensions, and taper angles.  Cleanliness of the surfaces is also critical, because debris can affect the efficiency of the taper lock if interposed between mating surfaces. Based on my review of the manufacturing and inspection records, all of these design elements

---

[78]   ASTM (2000). F2068-00: Standard Specification for Femoral Prostheses - Metallic Implants, West Conshohocken, Pennsylvania, ASTM; ASTM (2003). F2068-03: Standard Specification for Femoral Prostheses - Metallic Implants, West Conshohocken, Pennsylvania, ASTM

[79]   FDA Guidance Document for Femoral Stem Prostheses, August 1, 1995

[80]   Guidance for Industry and FDA Staff "Non-clinical Information for Femoral Stem Prostheses," September 17, 2007

[81]   DHRs for PROFEMUR Plasma Z Stem (Catalog No. PHA0-0272, Lot No. 026319654); PROFEMUR Neck (Catalog No. PHA0-1224, Lot No. T12134689); Lineage Acetabular Shell (Catalog No. 36430056, Lot No. 125290201); Lineage Ceramic Liner (Catalog No. 72003252, Lot No. 115298223) and Ceramic Femoral Head (Catalog No. 26000009, Lot No. 025179992)

August 31, 2012
Page 20

were properly verified, validated, and transferred to manufacture. Further, each design element was inspected, measured against proper criteria, and recorded for the subject device.  In all cases, the subject device passed in-process inspection.  There is no evidence of any manufacturing defects that would have contributed to the failure of the subject device.

Additionally, because modular orthopaedic implants are meant to be assembled at the time of surgery in the operating room, they are individually cleaned, packaged, and sterilized.  It is my experience (and common practice in the medical device industry) that modular devices must be handled carefully to ensure cleanliness of the taper surfaces.  Furthermore, the implants are supported within their packaging in a manner conducive to keeping the taper interfaces clean, and in many cases, soft elastomeric or polymeric covers are applied to further protect taper surfaces.  When devices with taper junctions are packaged in a clean fashion, the taper surfaces protected, and the components individually packaged such that they cannot mate with each other, this allows for taper junctions and surfaces that match the specification to which they were designed, tested, and manufactured to be available to each other in the operating theatre.

Based on my review of design, manufacturing, and inspection records, and my experience in the design of the orthopaedic implants and instruments, it is my opinion that WMT complied with the QSR's good manufacturing practices for design, manufacture, packaging, and delivery of medical devices.

## 3.5     Role of Prior Pathology, Surgical Interventions and Patient Profile in Modular Hip Failure

As reported in his medical records, Tucker's medical history is significant for obesity, degenerative disc disease, right knee meniscus tear, falls, and alcohol induced osteonecrosis.[82,83,84,85]  It was noted in his medical records in 2006 that "[Mr. Tucker] had a couple of accidents and fell down a couple of times,", and that "he lives on a farm and builds fences and does things which cause him to have accidents easily."[86]  Some of these accidents may be a result of a history of syncope (fainting).[87]  Mr. Tucker's work and lifestyle required him to be very active, including walking all over the power plant, having to frequently crawl into small spaces and climb ladders often.[88]  It was also noted in his records that he enjoyed backpacking, exercise, and bicycling along with other outdoor activities.[89]  Prior to Mr. Tucker's right THA failure, he went to the gym three or four days each week, including use of a recumbent bike for 45 minute periods.[90]  Taken together, Mr. Tucker's high activity level, body

---

[82]    Medical Records for Gregory Tucker, UCSF Medical Center #4, p. 2

[83]    Medical Records for Gregory Tucker, Active Ortho, p. 31

[84]    Medical Records for Gregory Tucker, Dr. Mark Winkler, p. 116

[85]    Medical Records for Gregory Tucker, UCSF Medical Center #6, pp. 117

[86]    Medical Records for Gregory Tucker, UCSF Medical Center #9, pp. 12

[87]    Medical Records for Gregory Tucker, Emanuel Medical Center, pp. 53

[88]    Deposition of Gregory Tucker, June 29, 2012, pp. 35, 124, 129, 177, 178

[89]    Medical Records for Gregory Tucker, UCSF Medical Center #9, pp. 54

[90]    Deposition of Gregory Tucker, June 29, 2012, pp. 116.

August 31, 2012
Page 21

habitus (BMI >31),[91] back pain, and gait abnormalities all affected Mr. Tucker's biomechanics by acutely and chronically overloading his right hip joint.

Patients should be aware that an artificial hip cannot take the place of normal healthy bone, and that the hip implant can break or become loose as a result of overactivity, excessive loading or trauma; has a limited service life expectancy; and may need to be replaced at some time in the future.  It is known that patients with compromised biomechanics of the hip joint, including joint laxity due to disease or following surgical reconstruction, can experience "microseparation" which leads to overloading of the joint.[92]  Mr. Tucker's medical records and deposition testimony confirm that his activity level was high.  Moderate to high-level activity has been identified as a risk factor in potentially negative clinical outcomes for recipients of hip prostheses.[93]

WMT indicates in the instructions for use (IFU) packaged with their implants, and in their prescribing information for physicians that certain factors can be critical to the eventual success of the hip replacement procedure, or can present increased risk of failure.  Specifically called out are the following:

- Patient's weight.  An overweight or obese patient can produce high loads on the prosthesis, which can lead to failure of the prosthesis.

- The correct selection of the prosthesis is extremely important: The potential for success in total joint replacement is increased by selection of the proper size, shape, and design of the prosthesis. Proper implant selection must consider design, fixation, patient weight, age, bone quality, size, activity level, preoperative level of health, and also the surgeon's experience and familiarity with the device. Total joint prostheses require careful seating and adequate bone support. Smaller sized implants are intended for patients with small bone, normally slight weight, and low activity level. Overweight patients may not be candidates for a narrower femoral implant. Surgeons are encouraged to use their best medical judgment when choosing the proper implant size regardless of the endosteal area of the bone.

- Patient's occupation or activity.  If the patient is involved in an occupation or activity, which includes substantial walking, running, lifting, or muscle strain, the resultant forces can cause failure of the fixation, the device, or both.  The prosthesis will not restore function to the level expected with normal healthy bone, and the patient should not have unrealistic functional expectations.

- Condition of senility, mental illness, or alcoholism. These conditions, among others, may cause the patient to ignore certain necessary limitations and precautions in the use of the prosthesis, leading to failure or other complications.

---

[91]   Medical Records for Gregory Tucker, UCSF Medical Center #2, pp. 51

[92]   Dennis DA, Komistek RD, Northcut EJ, Ochoa JA, Ritchie A.  In vivo determination of hip joint separation and the forces generated due to impact loading conditions.  J Biomech 2001; 34(5):623–629, April.

[93]   Beaule, P.E., F.J. Dorey, et al. (2006) The Value Of Patient Activity Level In The Outcome of Total Hip Arthroplasty, J Arthroplasty 21(4): 547-552.

August 31, 2012
Page 22

WMT informs surgeons, and by way of the surgeons informs patients, about factors that influence the performance of their products in the IFUs. For example, it is suggested that the patient be advised that "…excessive activity and trauma affecting the joint replacement have been implicated with failure of the reconstruction by loosening, fracture and/or wear of the prosthetic components…the patient should be cautioned to limit activities and protect the replaced joint from unreasonable stresses."

Additionally, the WMT IFU explicitly provides a precautionary statement regarding the fact that the hip replacement patient should be aware of "surgical risks, and…possible adverse effects… the prosthesis does not replace normal healthy bone, that the prosthesis can break or become damaged as a result of certain activity or trauma, has a finite expected service life, and may need to be replaced at some time in the future." Because Mr. Tucker is a relatively young, active, and overweight patient, with a history of alcohol abuse, he is part of the patient population in which the possibility of device fracture, mechanical failure, and complications are mostly likely to occur.

## 3.6    The Effect of Alcohol Abuse on Clinical Outcomes after Hip Replacement

Mr. Tucker's medical records indicated that he engaged in long-term alcohol abuse; this abuse is further evidenced by Mr. Tucker's diagnosis of bilateral osteonecrosis of the femoral head necessitating bilateral THA. There is clinical and scientific evidence that alcohol abuse can reduce the survival of THA. The high rate of complication and revision in THA patients with a history of alcohol abuse has been attributed in part to an increased number of cycles placed on the implant, which is consistent with the profile of this population of patients, as they tend to be young and less compliant. The literature indicates that young, male patients much like Mr. Tucker, who are otherwise healthy, tend to attempt a return to their previous, "normal" level of activity following THA. This previously "normal" level of activity would now be considered too high for a THA patient. Further, patients with a history of osteonecrosis quite often have a history of alcohol abuse and metabolic disorders with secondary osteomalacia. These factors in combination with a high activity level could explain the high rate of aseptic loosening in this patient population.[94] The combination of young age, increased activity level, compromised bone physiology, and decreased level of compliance leads to a higher number of revisions.[95]

Furthermore, clinical results of THA patients presenting with alcohol-induced osteonecrosis are less favorable than those presenting with idiopathic osteonecrosis, and it is generally agreed that the former patient group is metabolically compromised, and suffers from a form of "ongoing bone necrosis" with continued loss of bone mass following THA.[96,97] In general, complications

---

[94]   Ahnfelt L, Herberts P, Malchau H, Andersson GB. Prognosis of total hip replacement. A Swedish multicenter study of 4,664 revisions. Acta Orthop Scand Suppl. 1990;238:1-26.

[95]   Yuan B, Taunton MJ, Trousdale RT. Total hip arthroplasty for alcoholic osteonecrosis of the femoral head. Orthopedics. Jun 2009;32(6):400.

[96]   Brinker MR, Rosenberg AG, Kull L, Galante JO. Primary total hip arthroplasty using noncemented porous-coated femoral components in patients with osteonecrosis of the femoral head. J Arthroplasty. 1994;9(5):457-468.

August 31, 2012
Page 23

following total joint arthroplasty in male patients are significantly related to alcohol misuse.[98] The effects of alcohol on THA can be categorized into two distinct areas: 1) altered biomechanics of the hip resulting in decrease proximal support of the prosthesis due to compromised fixation, and overload due to decreased bone quality, and 2) potential joint overload due to non-compliance of the patient due to alcohol abuse.[99]

Alcohol abuse is known to compromise the ability of bone to heal (remodel) and cause a decrease in bone quality.[100,101] These physiological changes can cause a disproportionate amount of joint reaction forces to be borne by the THA components.  In turn, this lack of support can lead to overloading of the THA components and their modular connections, leading to mechanical failure.[102]  Further, alcohol abuse may be associated with increased tissue laxity that has occurred since the original surgery most commonly as a result of patient noncompliance with postoperative rehabilitation instructions.  Increased tissue laxity can exacerbate the phenomenon of (micro) separation of the femoral head component.  Micro-separation occurs when the convex femoral head ceases to be concentric with the corresponding articulating concave liner during the swing phase of walking.  During this loss of concentricity a portion of the femoral head remains in contact with the acetabular liner, forcing the femoral head to pivot on the superolateral lip of the acetabular liner.  The femoral head then goes through an immediate change from tension to compression at heel-strike and is rapidly loaded, with the femoral head returning to contact the acetabular component forcefully, as they again become concentric, resulting in impulse loading.[103]

Patients with substance abuse disorders have poor compliance, and a tendency to not follow medical advice after surgery and show early discontinuation of followup.[104]  Therefore, if the patient abuses alcohol, his noncompliance with postoperative rehabilitation meant to restrengthen the musculature surrounding the hip replacement will not be accomplished.  The inability to maximally stabilize the joint during gait will increase the deleterious impulse loading on the THA components as a result of repeated microseparation during ambulation.

[97]   Radl R, Egner S, Hungerford M, Rehak P, Windhager R. Survival of cementless femoral components after osteonecrosis of the femoral head with different etiologies. J Arthroplasty. Jun 2005;20(4):509-515.

[98]   Harris AH, Reeder R, Ellerbe L, Bradley KA, Rubinsky AD, Giori NJ. Preoperative alcohol screening scores: association with complications in men undergoing total joint arthroplasty. J Bone Joint Surg Am. Feb 16 2011;93(4):321-327

[99]   Yu YH, Chen AC, Hu CC, Hsieh PH, Ueng SW, Lee MS. Acute delirium and poor compliance in total hip arthroplasty patients with substance abuse disorders. J Arthroplasty. Sep 2012;27 (8):1526-1529

[100]  Chakkalakal DA. Alcohol-Induced Bone Loss and Deficient Bone Repair. Alcoholism: Clinical & Experimental Research. 2005;29(12):2077-2090.

[101]  Suh KT, Kim SW, Roh HL, Youn MS, Jung JS. Decreased osteogenic differentiation of mesenchymal stem cells in alcohol-induced osteonecrosis. Clin Orthop Relat Res. Feb 2005(431):220-225.

[102]  Aldinger PR, Sabo D, Pritsch M, et al. Pattern of periprosthetic bone remodeling around stable uncemented tapered hip stems: a prospective 84-month follow-up study and a median 156-month cross-sectional study with DXA. Calcif Tissue Int. Aug 2003;73(2):115-121.

[103]  Dennis DA, Komistek RD, Northcut EJ, Ochoa JA, Ritchie A. "In vivo" determination of hip joint separation and the forces generated due to impact loading conditions. J Biomech. May 2001;34(5):623-629

[104]  Yu YH, Chen AC, Hu CC, Hsieh PH, Ueng SW, Lee MS. Acute delirium and poor compliance in total hip arthroplasty patients with substance abuse disorders. J Arthroplasty. Sep 2012;27 (8):1526-1529.

August 31, 2012
Page 24

Mr. Tucker's medical records indicated that he had a history of noncompliance with postoperative therapy, including not completing treatment,[105] and otherwise avoiding working within traditional physical therapy programs with licensed and trained professionals.[106]

## 3.7   WMT Corrective and Preventive Action (CAPA) with Regard to PROFEMUR Modular Femoral Necks

It is noteworthy that—consistent with regulatory requirements—WMT continued to review the post-production clinical experience of the PROFEMUR modular necks by conducting post-market surveillance.  WMT implemented continuous surveillance from multiple, relevant sources such as adverse events report monitoring and thorough product complaint investigations (per 21 CFR § 820.100).[107,108]  When the available performance data warranted implementation of corrective or preventive actions, a CAPA team was chartered.  During the usual course of business under their quality system, WMT identified a rise in fatigue fracture complaints from the field for the PROFEMUR modular necks.  Fatigue fracture is a known potential failure mode for orthopaedic implants, and can result in injury to the patient and the need for revision surgery. In accordance with WMT procedures, CAPA 180 was opened, Action Plan #172 was instituted, and work on action items began.  After initial discussions, the CAPA team identified four sources of modular neck fracture:  design, surgical technique, manufacturing, and patient profile factors.  A multidirectional investigation plan for the four potential sources of neck fracture was created, action items and deliverables were assigned to individuals, a schedule was created, and progress updates and final reports on all action items were generated and recorded in the project file by the team.  WMT's post-market surveillance activities were consistent with regulatory requirements, and reflected contemporary industry and consensus standards.

During its activities, the CAPA team readdressed the original Design Failure Modes and Effects Analysis (DFMEA), estimating an overall incidence rate of modular neck fracture of 0.059% which was consistent with femoral component failure rates reported elsewhere.[109,110,111]  The team identified specific design (material, neck length, impaction/extraction instruments and assembly protocol) and patient variables (weight, gender, activity level, and trauma) as probable causative factors of the observed fractures.  The CAPA team analyzed the performance parameters for the modular neck products and determined that fracture was most likely multifactorial.  Additionally, specific elements of the patients' profiles were also identified as potential factors contributing to femoral neck fracture.

---

[105]   Medical Records for Gregory Tucker, Emanuel Medical, pp. 33

[106]   Deposition of Gregory Tucker, June 29, 2012, pp. 112

[107]   Deposition of Deborah Daurer dated June 17, 2011 pp. 14-15

[108]   Deposition of Deborah Daurer dated August 19, 2011 pp. 8-11

[109]   Heck, D.A., C.M. Partridge, et al. (1995). Prosthetic component failures in hip arthroplasty surgery. J Arthroplasty 10(5): 575-80.

[110]   NJR (2009). National Joint Registry for England and Wales, 6th Annual Report, 2009

[111]   Swedish Hip Arthroplasty Register Annual Report 2008.

August 31, 2012
Page 25

Corrective actions were identified by the CAPA team and promptly investigated, tested, verified, validated, and implemented through WMT's established design control procedures. Preventive and corrective actions included improving modular neck interface performance by modifying the way surgeons handled and assembled the device, updating the DFMEA, commencing additional testing of the modular necks to further characterize their performance, and designing and testing of necks manufactured from alternative materials (CoCr).

While it is not the responsibility of medical device manufacturers to dictate the appropriateness of patient selection in which their products can be used, they can use their knowledge of the design and performance of their device to offer warnings and precautions as an additional informational element for the treating surgeons to consider when making medical decisions regarding the treatment of their patients.  To that effect, WMT modified and updated their IFUs and prescribing information to reflect the additional knowledge gained during the CAPA activities (Wright Hip System 136288).  WMT also informed surgeons of a modification to the handling and assembly of the device by means of a field memorandum (MH408-708).

WMT continued their post-market surveillance evaluation of PROFEMUR modular neck clinical outcomes. The modular neck fracture rate was monitored continuously, updated and reported internally.[112]  Failure rates due to component fracture of the entire PROFEMUR product line remained comparable to rates reported for other hip implant systems.  Globally, WMT observed that long necks, used primarily in obese patients, demonstrated a fracture rate of 0.15%, with an average survival of 38 months; when paired with a Plasma Z stem, this fracture rate was 0.36%. A detailed analysis of the clinical experience in the United States of the PROFEMUR femoral necks which demonstrated fatigue fractures in combination with PROFEMUR stems confirmed that the average patient wight for each stem type was consistently over 250 lbs., and that the neck fracture rates ranged between 0.04% and 0.49% across stem types (Figure 2). However, these rates remain approximately an order of magnitude lower than the failure rate of a competitive hip implant system with a design similar to the WMT PROFEMUR modular neck, which was reported to be 1.4% with an average survival of 24 months.[113]

Based on the results from the CAPA, continuous improvement initiatives ultimately resulted in a product line extension of modular femoral necks manufactured from CoCr alloy (cleared by the FDA on August 25, 2009 [510(k) # K091423]) and released to the market in 2010. Although using CoCr for this subset of modular necks may result in a nominal improvement in certain performance aspects (e.g. fatigue), other critical–to-function factors are diminished (e.g., disassembly forces, fretting, and corrosion).  As described above, the use of modular implants necessitates tradeoffs between strength and biomechanical performance. Furthermore, the use of CoCr modular femoral necks is not necessary in all patients, nor will it definitively eliminate fatigue fractures.

Based on my review, WMT's internal investigation of modular femoral neck fractures included activity focused on identifying the product configuration and use conditions that caused these

---

[112]   WMT PROFEMUR Modular Neck Update, December 3, 2010

[113]   Grupp, T.M., Weik, T., et al. (2010). Modular titanium alloy neck adapter failures in hip replacement – failure mode analysis and influence of implant material. BMC Musculoskeletal Disorders 11(3): 1-12.

August 31, 2012
Page 26

fractures to occur. This investigation lead to initiatives to identify the root cause(s) of such conditions. Once such root causes were identified, the analyzed data related to manufacturing, patient profile, device design, and changes to surgical technique for this device. Subsequently, potential device improvements were identified, verified, validated, and implemented predicated on a spirit of continuous improvement.

## 3.8    Summary

As with any mechanical structure, there is always some risk of failure with an orthopaedic implant. While total hip replacement is largely successful in attaining the clinical goals of patients, it must be recognized that hip prostheses are manufactured from metal, ceramic, and polymeric materials. Therefore, no hip replacement component can be expected to withstand activity levels and loads similar to that of normal healthy bone for the lifetime of the patient. It is understood that artificial hip components will not be as strong, reliable, or durable as a natural human hip joint.

While still considered a potential complication of THA, fracture of orthopaedic implants, including artificial hips, has been significantly reduced over the last three decades. This has been accomplished through enhanced manufacturing methods, improved super alloys, upgraded design methods, and rapid prototyping technology. Artificial hip revisions are now more likely to be due to aseptic loosening, dislocation, infection, component wear and extended indications and usage.[114] For example, revisions due to implant loosening are more frequent than revisions due to implant fracture in Sweden,[115] the United Kingdom,[116] and Australia[117] (57% vs. 1.3%; 59% vs. 2.0%; and 30% vs. 2.1%, respectively) by nearly an order of magnitude. The rate of neck fracture related failures for the WMT PROFEMUR modular necks are comparable to those of other modern monoblock and modular designs.[118,119,120] As of March 31, 2012, the modular neck fracture rate for all PROFEMUR titanium modular necks sold in the United States was 0.35%; the United States fracture rate for PROFEMUR titanium long modular necks was 0.93%.

While the specific modes and locations of femoral neck fracture remain design specific and patient related, a survey of the literature and national orthopaedic outcome registries confirms that the clinical performance and risk profile of the WMT PROFEMUR femoral necks, when used in conjunction with WMT femoral stems, is comparable to that of other state of the art THA systems (Table 1).

---

[114]   Ulrich SD, Seyler TM, Bennett D, et al. Total hip arthroplasties: what are the reasons for revision? Int Orthop. Oct 2008;32(5):597-604

[115]   Swedish Hip Arthroplasty Register, Annual Report 2010.

[116]   National Joint Registry for England and Wales, 8th Annual Report, 2011.

[117]   National Joint Replacement Registry, Hip and Knee Arthroplasty, Australian Orthopaedic Association, Annual Report, 2011

[118]   Swedish Hip Arthroplasty Register Annual Report 2007

[119]   National Joint Registry for England and Wales Annual Report 2009

[120]   Australian Orthopaedic Association Hip and Knee Arthroplasty Annual Report 2009

August 31, 2012
Page 27

## Table 1.  Representative artificial hip fracture rates as reported in the clinical literature

| Author | Year | Implant(s) | Failure Rate |
|---|---|---|---|
| Grupp[121] | 2010 | Metha Short Stem Hip Prosthesis, Aesculap | 1.4 % overall |
| Busch[122] | 2005 | DePuy Solution, Smith & Nephew Echelon | 2.3% |
| Goldberg[123] | 2002 | DePuy S-Rom | 10% |
| Kishida[124] | 2002 | Lübeck Total Hip | 2.5% |
| Heck[125] | 1995 | AAHKS Survey | 0.27% |
| Pazzaglia[126] | 1988 | Charnley & Müeller | 2.4% |
| McNeur[127] | 1984 | "Charnley-type" | 1.86% |
| Galante[128] | 1980 | Current Concepts Review | 0.23-11.0% |
| Carlsson[129] | 1977 | Charnley prostheses implanted in Malmö | 0.67% |

[121]   Grupp TM, Weik T, Bloemer W, Knaebel HP. Modular titanium alloy neck adapter failures in hip replacement--failure mode analysis and influence of implant material. BMC Musculoskelet Disord. 2010;11(1):3.

[122]   Busch CA, Charles MN, Haydon CM, et al. Fractures of distally-fixed femoral stems after revision arthroplasty. J Bone Joint Surg Br. Oct 2005;87(10):1333-1336.

[123]   Goldberg V. Revision total hip arthroplasty using a cementless modular femoral hip design. American Journal of Orthopedics. 2002;31(4):202-204.

[124]   Kishida Y, Sugano N, Ohzono K, Sakai T, Nishii T, Yoshikawa H. Stem fracture of the cementless spongy metal Lubeck hip prosthesis. J Arthroplasty. Dec 2002;17(8):1021-1027.

[125]   Heck DA, Partridge CM, Reuben JD, Lanzer WL, Lewis CG, Keating EM. Prosthetic component failures in hip arthroplasty surgery. J Arthroplasty. Oct 1995;10(5):575-580.

[126]   Pazzaglia UE, Ghisellini F, Barbieri D, Ceciliani L. Failure of the stem in total hip replacement. A study of aetiology and mechanism of failure in 13 cases. Arch Orthop Trauma Surg. 1988;107(4):195-202.

[127]    McNeur JC. Fracture of the femoral prosthesis after total hip replacement. Medical Journal of Australia. 1984;141:341-344.

[128]   Galante JO. Causes of fractures of the femoral component in total hip replacement. J Bone Joint Surg Am. 1980;62(4):670-673

[129]   Carlsson AS, Gentz CF, Stenport J. Fracture of the femoral prosthesis in total hip replacement according to Charnley. Acta Orthop Scand. 1977;48(6):650-655.

Because of the innate variability in human anatomy, patient profiles, and surgical techniques, hip prostheses of many different designs have continued to experience occasional fatigue fractures, especially among relatively heavy, young, active arthroplasty patients, or among those with compromised bone physiology where the host bone cannot properly support the introduction of an artificial implant.[130,131]  Patient variation in stature, age, race, sex, life-style, and habitus is results in a high degree of individual variability in the size, shape, and quality of an individual's bone.  While the introduction of modular femoral heads provided the surgeon the ability to adjust for some of this variability intraoperatively by adjusting the patient's effective neck length (and thus offset and leg length) by a range of approximately 15mm, it was not sufficient to account for additional anatomic variability in neck length.  Without the ability to also adjust neck shaft angle, 15-30% cases would not result in optimal biomechanical reconstruction.[132]  Thus, fully modular hip systems provided surgeons with the ability to better optimize patient biomechanics despite large variability in patient anatomy, size, shape, and bone quality.  For many patients, the benefits of modularity in THA, outweigh the risks.

There is no singular THA design available today that can eliminate the likelihood of component fracture and ensure infinite functional life, regardless of patient weight, activity level, or clinical indication.  The fact that total hip arthroplasty components can fail even under intact conditions reflective of their design intent, as a result of patient and application specific factors is succinctly acknowledged in ASTM's international voluntary standard on specifications for femoral prosthesis:

> "…In vivo performance is influenced by many factors including surgical technique, patient weight, canal size, activity, and so forth… It is also recognized that failures of a total hip arthroplasty or hemi-arthroplasty can occur even though the components are intact. This is true owing to the goal of the surgical procedure, which is a composite construction comprised of implant components, host bone, surrounding tissue, and body fluids. Failure of the procedure may occur solely as a result of host factors not at all influenced by properties of the device components."[133]

Photographs (Figures 1, 3 and 4) of the subject prostheses indicate fatigue failure consistent with the biomechanical environment of Mr. Tucker's right hip.  The fracture initiated at the antero-lateral portion of the neck and propagated toward the medial side, which is characteristic of femoral stems that fail under *in vivo* conditions.[134,135,136,137]  WMT's investigation of Mr.

---

[130]  Callaghan JJ, Pellicci PM, Salvati EA, Garvin KL, Wilson PD, Jr. Fracture of the femoral component. Analysis of failure and long-term follow-up of revision. Orthop Clin North Am. Jul 1988;19(3):637-647

[131]  Crowninshield RD, Maloney WJ, Wentz DH, Levine DL. The role of proximal femoral support in stress development within hip prostheses. Clin Orthop Relat Res. Mar 2004(420):176-180

[132]  Noble PC, Alexander JW, Lindahl LJ, Yew DT, Granberry WM, Tullos HS. The anatomic basis of femoral component design. Clin Orthop Relat Res. Oct 1988(235):148-165.

[133]  ASTM (2009). F2068-09: Standard Specification for Femoral Prosthesis - Metallic Implants West Conshohocken, Pennsylvania, ASTM

[134]  Wroblewski, B.M. (1979). The mechanism of fracture of the femoral prosthesis in total hip replacement. Int Orthop 3(2): 137-9.

August 31, 2012
Page 29

Tucker's femoral neck fracture confirmed that no other fractures occurred among devices from the within the same manufacturing lot as Mr. Tucker's implant.[138]

Based on the review of design and regulatory records, operative and perioperative notes, and my experience in the design, development, testing and failure analysis of orthopaedic surgical implants and instruments, it is my opinion that WMT used good manufacturing practices for design, manufacture, packaging, and delivery of their products.[139]   These practices are intended to ensure that medical devices are safe and effective.  Further, the subject device was manufactured using standard operating procedures (SOPs) that adhere to quality system regulations and best practices for the design and development of medical devices.

In summary, the subject PROFEMUR modular neck met its intended design and functional requirements, provided end-user functionality and patient safety, and was not designed or manufactured in a defective manner.  In my opinion, based on Mr. Tucker's degenerative joint disease, bilateral hip replacement, gait abnormalities, degenerative spine condition, alcohol abuse, body weight and habitus, activity level, propensity for accidents and falling, and age, he meets the profile of a hip arthroplasty patient with a high biomechanical risk for implant failure. The failure mode of his prosthesis is consistent with the compromised biomechanical environment of multifactorial origin as described herein.  The interaction of multiple aggravating factors contributed to the overload and eventual fatigue failure of the subject device. This is consistent with the higher failure rates observed after THA in patients with osteonecrosis of the femoral head associated with alcoholism, which are related to abnormal bone quality, and are accelerated by the higher mechanical demand in this young, male patient population.

The opinions presented in this report are based on the materials I reviewed and my education, experience, and knowledge.  These opinions are expressed with a reasonable degree of engineering and scientific certainty. Exponent reserves the right to supplement this report and to expand or modify my opinions based on review of additional material as it becomes available through ongoing discovery, and/or through any additional work or review of additional work performed by others.  Although I have not prepared trial exhibits at this time, I may use any and all of the information described or referenced in this report.  Additionally, I may use existing materials for demonstrative purposes.

---

[135]   Galante, J.O. (1980) Causes of Fractures of the Femoral Component in Total Hip Replacement,  J Bone Joint Surg Am 62(4):670-673.

[136]   Woolson, S.T., J.P. Milbauer, et al. (1997) Fatigue Fracture of a Forged Cobalt-Chromium-molybdenum Femoral Component Inserted with Cement. A report of ten cases. J Bone Joint Surg Am 79 (12): 1842-8.

[137]   Collis, D.K. (1977). Femoral stem failure in total hip replacement. J Bone Joint Surg Am 59(8): 1033-41.

[138]   WMT-TUC01506-1578, pp. 2.

[139]   WMT-TUC00218-00227, 00566-01166

August 31, 2012
Page 30

# 4    Limitations

Exponent investigated specific issues relevant to the performance of the Tucker device.  The scope of services performed during this investigation may not adequately address the needs of other users of this report, and any re-use of this report or its findings, conclusions, or recommendations presented herein are at the sole risk of the user.  The opinions and comments formulated in this analysis are based on observations and information available at the time of the investigation.  If new data become available or there are perceived omissions or misstatements in this report regarding any aspect of those conditions, we ask that they be brought to our attention as soon as possible so that we have the opportunity to fully address them.  No guarantee or warranty as to future life or performance of any reviewed condition is expressed or implied.

August 31, 2012
Page 31

# 5    Figures



Figure 1.  Composite image of the full implant (A), explanted stem (B), and femoral head and
neck (C) of the subject device.

August 31, 2012
Page 32



Figure 2. Rate of PROFEMUR Titanium Neck Fracture and Mean Patient Weight by
PROFEMUR Stem Type, United States Only.

Note: Fracture rate is calculated as ((All U.S. fractures 2006-2011)/(All U.S. Sales 2002-2011))*100.  Patient weight
was not available for all fractures. Some stems had only 1 fracture during the reporting period.

August 31, 2012
Page 33



Figure 3.  Image of the proximal fracture surface on the subject modular femoral neck.

August 31, 2012
Page 34



Figure 4.  Image of the distal fracture surface within the pocket of the femoral stem.

## Appendix A

## Jorge A. Ochoa, Ph.D., P.E. Resume

August 31, 2012
Page 2

# Jorge A. Ochoa, Ph.D., P.E.
**Principal Engineer**

## Professional Profile

Dr. Jorge A. Ochoa is a Principal Engineer in Exponent's Biomedical Engineering practice. Dr. Ochoa has over 25 years of broad experience in all R&D related areas of new product realization, from concept phase to market readiness.  His specific expertise encompasses design of surgical instruments and techniques, as well as biomechanics, engineering biomaterials, and preclinical testing strategy.  Dr. Ochoa specializes in the major aspects of medical device specific product development:  technology forecasting, design control, risk analysis, biomaterials selection, verification/validation testing, failure analysis and intellectual property issues related to strategy, validity and infringement, post market surveillance, and recalls and forensic failure analysis of medical devices.  He has served as an expert witness in product liability cases.

Dr. Ochoa's particular research interests are in the areas of the mechanics of cardiovascular and orthopaedic biological tissues and the tissue/implant interface; medical device durability and wear; kinematics and kinetics of human joints; experimental and finite element analysis used to characterize the mechanical behavior of biological tissues and reconstructive devices for orthopedic, spinal surgery and cardiovascular interventions; coatings for enhanced implant fixation and prevention of implant loosening; image guided surgical techniques, computer aided surgical instruments and telemetric medical devices; intelligent implantable medical devices, biosensors and drug/device combination medical devices.

Prior to joining Exponent, Dr. Ochoa was Chief Technology Officer at Archus Orthopaedics, a privately held medical device start-up company.  Before that, he spent 13 years at DePuy Orthopaedics, a division of Johnson & Johnson, in various roles of increasing responsibility within R&D including Vice President of R&D.  His activities and responsibilities included new product development; customer needs analysis and support, M&A due diligence and integration, intellectual property analysis, and litigation support.  Dr. Ochoa is an Affiliate Associate Professor in the Mechanical Engineering Department at the University of Washington.

## Academic Credentials and Professional Honors

Ph.D., Mechanical Engineering, Purdue University, 1991
M.S., Mechanical Engineering, Purdue University, 1987
Professional Degree, Mechanical Engineering, Missouri University of Science and Technology, 2005
B.S., Mechanical Engineering, Missouri University of Science and Technology (*cum laude*), 1985

Pi Tau Sigma; Phi Eta Sigma; Distinguished Engineering Alumnus, Purdue University, 2009; Best Scientific Paper, Awarded by the Spine Arthroplasty Society, 2008; Academy of Mechanical and Aerospace Engineers – Missouri University of Science and Technology, 2005; Outstanding Mechanical Engineer, Purdue University, 2002; Clinical Biomechanics Best Paper

August 31, 2012
Page 3

Award, Awarded by European Society of Biomechanics, 1998; Johnson & Johnson Professional Achievement Award, 1995

**Licenses and Certifications**

Licensed Professional Engineer, Massachusetts, #40846

Licensed Professional Engineer, Washington, #40751

**Languages**

Spanish

**Patents**

Patent 8,221,461:  Crossbar Spinal Prosthesis Having a Modular Design and Systems for Treating Spinal Pathologies, issued July 17, 2012 (with MK Kuiper, David Yager, L Tokish, Jr., DM Rosler, MA Reiley, MJ Funk, SL Rogers, CR Ralph, MT Charbonneau, RJ Broman, and TJ McLeer).

Patents 6,866,685 and 6,660,040:  Prosthetic Joints Having Reduced Area Bearing Surfaces and Application Thereof to a Range of Sizes of Prosthetic Joints, issued March 15, 2005 and December 9, 2003 (with F. Chan).

Patent 6,206,929:  Bipolar Hip Prosthesis with Locking Head, issued March 27, 2001 (with F. Khalili).

Patent 6,139,584:  Proximal Femoral Sleeve for a Revision Hip Prosthesis, issued October, 31, 2000 (with F. Khalili).

Patent 6,019,765:  Morsellized Bone Allograft Applicator Device, Issued February 1, 2000 (with T. Thornhill, W.H. Kennefick, and E. Larson).

Patent 5,935,172:  Prosthesis With Variable Fit and Strain Distribution, issued August 10, 1999 (with M.J. O'Neil).

Patent 5,871,549:  Femoral Stem with Reduced Coefficient of Friction with Respect to Bone Cement, issued February 16, 1999 (with C.M. Jayashankar and F.D. Matthews).

Patents 5,868,747 and 5,716,358:  Directional Bone Fixation Device, issued February 9, 1999 and February 10, 1998 (with L.L. Rogers).

Patent 5,871,546:  Femoral Component Condyle Design for Knee Prosthesis, issued February 16, 1999 (with D.P. Colleran, S.M. Gabriel, and R.E Sommerich).

August 31, 2012
Page 4

Patent 5,609,643:  Knee Joint Prostheses, issued March 11, 1997(with D.P. Colleran and R.E. Sommerich).

**Publications**

Greenspon AJ, Patel J, Lau E, Ochoa JA, Frisch DE, Ho RT, Pavri BB, Kurtz SM.  Trends in permanent pacemaker implantation in the United States 1993–2009:  Increasing complexity of patients and procedures.  J Am Coll Cardiol 2012; 59(13s1):E703–E703.

Sjovold SG, Zhu Q, Bowden A, Larson CR, de Bakker PM, Villarraga ML, Ochoa JA, Rosler DM, Cripton PA.  Biomechanical evaluation of the Total Facet Arthroplasty System® (TFAS ®):  Loading as compared to a rigid posterior instrumentation system.  Eur Spine J 2012 Mar 10.  [Epub ahead of print] PubMed PMID: 22407270.

Sanders A, Tibbitts I, Kakarla D, Siskey S, Ochoa J, Ong K, Brannon R.  Contact mechanics of impacting slender rods:  Measurement and analysis.  2011 SEM Annual Conference on Experimental and Applied Mechanics, Springer New York, pp. 229–236, Uncasville, CT, June 13–16, 2011.

Greenspon AJ, Patel JD, Lau E, et al.  16-year trends in the infection burden for pacemakers and implantable cardioverter-defibrillators in the United States 1993 to 2008.  Journal of the American College of Cardiology 2011 Aug; 58(10):1001–1006.

Gornet MF, Chan FW, Coleman JC, Murrell B, Nockels RP, Taylor BA, Lanman TH, Ochoa JA.  Biomechanical assessment of a PEEK rod system for semi-rigid fixation of lumbar fusion constructs.  Journal of Biomechanical Engineering 2011 Aug; 133(8):081009:1:12.

Greenspon AJ, Patel JD, Lau E, Ochoa JA, Frisch D, Ho RT, Pavri BB, Kurtz SM.  Sixteen year trends in the infection burden for pacemakers and implantable cardioverter-defibrillators in the United States: 1993–2008.  Journal of the American College of Cardiology 2011; 58(10):1001–1006.

Kurtz SM, Lau E, Ochoa JA, Shkolnikov Y, Pavri BB, Ho RT, Frisch D, Greenspon AJ.  Implantation trends and patient profiles for pacemakers and implantable cardioverter defibrillators in the United States:  1993–2006.  Pacing and Clinical Electrophysiology 2010 Jan.

Voronov LI, Havey RM, Rosler DM, Sjovold SG, Rogers SL, Carandang G, Ochoa JA, Yuan H, Webb S, Patwardhan AG.  L5 – S1 segmental kinematics after facet arthroplasty.  SAS Journal 2009; 3(2).  http://sasjournal.com/v2/content/l5-%E2%80%93-s1-segmental-kinematics-after-facet-arthroplasty.

Phillips FM, Tzermiadianos MN, Voronov LI, Havey RM, Carandang G, Renner SM, Rosler DM, Ochoa JA, Patwardhan AG.  Effect of the Total Facet Arthroplasty System after complete laminectomy-facetectomy on the biomechanics of implanted and adjacent segments.  Spine Journal 2009 Jan; 9(1):96–102.

August 31, 2012
Page 5

Bowden AE, Guerin HL, Villarraga ML, Patwardhan A, Ochoa JA.  Quality of motion considerations in numerical analysis of motion restoring implants.  Clinical Biomechanics 2008 Jun; 23(5):536–544.

Niu Q, Chi X, Leu MC, Ochoa J.  Image processing, geometric modeling and data management for development of a virtual bone surgery system.  Journal of Computer Aided Surgery 2008 Jan; 13(1):30–40.

Komistek RD, Kane T, Mahfouz M, Ochoa JA, Dennis DA.  Knee mechanics:  A review of past and present techniques to determine in vivo loads.  Journal of Biomechanics 2005 Feb; 38(2):215–228.

Dennis DA, Komistek RD, Ochoa JA, Haas BD, Hammill C.  In vivo comparison of hip separation after metal-on-metal or metal-on-polyethylene THA.  Journal of Bone and Joint Surgery 2002 Oct; 84(10):1836–1841.

Kurtz SM, Srivastav S, Dwyer K, Ochoa J, Brown S.  Analysis of the stem-sleeve interface in a modular titanium alloy femoral component for total hip replacement, in functional biomaterials. Trans Tech Publications, Switzerland.  Katsube N, Soboyejo WO, Sacks M (eds), pp. 41–68, 2001.

Dennis DA, Komistek RD, Northcut EJ, Ochoa JA, Ritchie A.  In vivo determination of hip joint separation and the forces generated due to impact loading conditions.  Journal of Biomechanics 2001 Apr; 34(5):623–629.

Kurtz SM, Ochoa JA, Hovey CB, White CV.  Simulation of initial frontside and backside wear rates in a modular acetabular component with multiple screw holes.  Journal of Biomechanics 1999 Aug; 32(9):967–976.

Kurtz SM, Ochoa JA, White CV, Srivastav S, Cournoyer J.  Backside nonconformity and locking restraints affect liner/shell load transfer mechanisms and relative motion in modular acetabular components for total hip replacement.  Journal of Biomechanics 1998 May; 31:431–437.

Ochoa JA, Sanders AP, Kiesler TW, Heck DA, Toombs JP, Brandt KD, Hillberry BM.  In vivo observations of hydraulic stiffening in the canine femoral head.  Journal of Biomechanics Engineering 1997 Feb; 119:103–108.

Wilson SF, Ochoa JA, Rogers LL, Lancaster RL, Ritchie A.  Finite element analysis in the characterization of an absorbable cement restrictor.  Journal of Engineering in Medicine, IMechEng 1995; 209:163–167.

Ochoa JA, Sanders AP, Heck DA, Hillberry BM.  Stiffening of the proximal femur due to intertrabecular fluid and intraosseous pressure.  Journal of Biomechanical Engineering 1991; 113(3):259–262.

August 31, 2012
Page 6

Ochoa JA, Heck DA, Hillberry BM.  The effect of intertrabecular fluid on femoral head mechanics.  Journal of Rheumatology 1991; 18(4):580–584.

**Scientific Exhibits**

Mahfouz MR, Anderle M, Bajares G, Pérez Oliva A, Tokish LJ, Ochoa JA, Komistek RD, Zingde S.  In vivo kinematics of the Total Facet Arthroplasty System (TFAS).  75th AAOS Scientific Exhibit SE61, Orlando, FL, San Francisco, CA, March 2008.

Dennis DA, Komistek RD, Northcut EJ, Kane TR, Rullkoetter PJ, Ochoa JA, Stiehl JB, Hammill CD, Walker SA.  Determination of in vivo Total Hip Arthroplasty (THA) kinematics, kinetics and stresses using fluoroscopy and mathematical modeling.  67th AAOS Scientific Exhibit, Orlando, FL, March 2000.

Northcut EJ, Komistek RD, Dennis DA, Ochoa JA, Ritchie A.  Impulse loading exhibited at the implanted hip during active joint separation.  66th AAOS Scientific Exhibit, Anaheim, CA, February 1999.

Komistek RD, Dennis DA, Northcut EJ, Ochoa JA, Ritchie A.  In vivo determination of hip joint separation and the forces generated due to impact loading conditions.  AAOS Scientific Exhibit, New Orleans, LA, March 1998.

**Conference Papers and Abstracts**

Patel J, Ong K, Watson W, Kuehn C, Ochoa JA.  Trends in revascularization and mortality for BMS and DES coronary stenting procedures:  A Medicare study of 156,300 patients.  Transcatheter Cardiovascular Therapeutics (TCT) Conference, Miami, FL, October 22–26, 2012.

Patel J, Ong K, Watson W, Helmus M, Kuehn C, Ochoa JA.  Historical trends in outcomes following aortic and mitral heart valve replacement procedures:  A population-based study of 29,582 Medicare patients from 1997 to 2009.  Transcatheter Cardiovascular Therapeutics (TCT) Conference, Miami, FL, October 22–26, 2012.

Ochoa JA.  Perioperative outcomes, complications, and costs associated with lumbar spinal fusion in older patients with spinal stenosis and spondylolisthesis:  Analysis of the United States Medicare claims database.  NASS 27th Annual Meeting, Dallas, TX, October 24–27, 2012

Ochoa JA.  Cost-effectiveness of interlaminar stabilization compared with instrumented posterior spinal fusion for spinal stenosis and spondylolisthesis.  NASS 27th Annual Meeting, Dallas, TX, October 24–27, 2012

Kuehn CM, Watson H, Ong KL, Mohamed M, Ochoa JA, Fryzek J.  Descriptive epidemiology of medical device use among patients with breast, lung or prostate cancer in the national inpatient sample.  ISPE's 28th ICPE: International Conference on Pharmacoepidemiology & Therapeutic Risk Management, Barcelona, Spain, August 22–26, 2012.

August 31, 2012
Page 7

Auerbach JD, Ong KL, Lau E, Ochoa J, Schmier JK, Zigler JD.  Perioperative outcomes, complications, and costs associated with lumbar spinal fusion in older patients with spinal stenosis and spondylolisthesis: analysis of the United States Medicare claims database.  International Society of Pharmacoeconomics and Outcomes Research 17th Annual International Meeting, Washington, DC, June 2–6, 2012.

Ong KL, Patel JP, Watson H, Helmus M, Kuehn CM, Ochoa JA.  Historical trends in outcomes following aortic and mitral heart valve replacement procedures:  A population-based study of 29,582 Medicare patients from 1997 to 2009.  Presentation No. P20, Quality of Care and Outcomes Research in Cardiovascular Disease and Stroke (QCOR), Atlanta, GA, May 9–11, 2012.

Auerbach JD, Ong KL, Lau E, Ochoa J, Schmier J, Zigler JD.  Perioperative outcomes, complications, and costs associated with lumbar spinal fusion in older patients with spinal stenosis and spondylolisthesis:  Analysis of the United States Medicare claims database.  Paper No. 516, International Society for the Advancement of Spine Surgery, Barcelona, Spain, March 20–23, 2012.

Ong K, Patel J, Watson H, Helmus M, Kuehn CM, Ochoa JA.  Historical trends in outcomes following aortic and mitral heart valve replacement procedures:  A population-based study of 29,582 Medicare patients from 1997 to 2009.  4th Annual Joint Scientific Session of the Heart Valve Society of America and Society for Heart Valve Disease, Valves in the Heart of the Big Apple VII: Evaluation & Management of Valvular Heart Diseases, New York, NY, April 12–14, 2012.

Ong K, Watson H, Patel JD, Kuehn CM, Ochoa JA.  Population-based analysis of the epidemiology and reintervention rates of cardiovascular stenting procedures:  A Medicare study.  TCT 23rd Annual Scientific Symposium, San Francisco, CA, November 7–11, 2011.

Hanzlik JA, Patel JD, Kurtz SM, Horn QC, Shkolnikov YP, Ochoa JA, Pavri BB, Greenspon AJ.  Why are implantable cardioverter-defibrillators and pacemakers being revised today?  MPMD 2011 – Fatigue Life and Durability of Medical Devices Session I, Minneapolis, MN, August 8–10, 2011.

Kakarla D, Sanders AP, Siskey S, Ong K, Ames N, Ochoa JA, Brannon RM.  Poster No. 2076.  Modeling, testing, and analysis of impulse response of femoral head reduction in ceramic hip prostheses.  58th Annual Meeting Orthopaedic Research Society, P-2076, San Francisco, CA, February 4–7, 2012.

Ong, KL, Auerbach, JD, Lau E, Ochoa JA, Schmier J, Zigler JD.  Perioperative outcomes, complications, and costs associated with lumbar spinal fusion in older patients with spinal stenosis and spondylolisthesis:  Analysis of the United States Medicare claims database.  ISASS 12, No. A-425-0000-00516, Barcelona, Spain, March 20–23, 2012.

August 31, 2012
Page 8

Hanzlik J, Patel J, Ochoa JA, Pavri B, Greenspon A, Kurtz S.  Retrieval analysis of implantable pacemakers and cardioverter-defibrillators.  Biomedical Engineering Society, 2011 Annual Meeting, Hartford, CT, October 12–15, 2011.

Ong KL, Watson H, Patel JD, Kuehn CM, Ochoa JA.  Bare-metal and drug-eluting coronary and peripheral vascular stent procedures:  Utilization in the U.S.  3rd North American Congress of Epidemiology, Montreal, Quebec, Canada, June 21–24, 2011.

Sanders AP, Tibbitts IB, Kakarla D, Siskey SD, Ochoa JA, Ong KL, Brannon RM.  Contact mechanics of impacting slender rods:  Measurement and analysis.  Paper No. 274, Society for Experimental Mechanics Annual Conference & Exposition on Experimental and Applied Mechanics, Uncasville, CT, June 13–16, 2011.

Ong KL, Lau E, Patel JD, Ochoa JA.  Epidemiology of heart valve repair and replacement procedures in the United States:  A 15-year perspective.  American Heart Association Quality of Care and Outcomes Research in Cardiovascular Disease and Stroke (QCOR), Washington, D.C., May 12–14, 2011.

Ong KL, Watson H, Patel JD, Kuehn CM, Ochoa JA.  Bare-metal and drug-eluting coronary and peripheral vascular stent procedures:  Utilization in the United States.  American Heart Association Quality of Care and Outcomes Research in Cardiovascular Disease and Stroke (QCOR), Washington, D.C., May 12–14, 2011.

Hanzlik, J, Patel JD, Kurtz SM, Pavri BB, Greenspon AJ, Ochoa JA.  Insights into cardiac pacemaker and defibrillator revision/upgrades.  37th Annual Northeast Bioengineering Conference, Rensselear Polytechnic Institute, Troy, NY, April 1–3, 2011.

Patel JD, Kurtz SM, Lau E, Ochoa JA, Pavri BB, Ho R, Frisch DA, Greenspon AJ.  Comparison of pacemaker versus ICD infection burden in the United States from 1993–2008.  Paper No. AB21-1, Transactions of the 32nd Annual Scientific Sessions of the Heart Rhythm Society, San Francisco, CA, May 4–7, 2011.

Ong K, Ianuzzi A, Lau E, Kurtz S, Ochoa J.  Epidemiology and in-hospital complications associated with interspinous process decompression device procedures: The initial U.S. experience using national administrative data.  56th Annual Meeting Orthopaedic Research Society, P-428, San Francisco, CA, March 6–9, 2010.

Kurtz SM, Lau E, Ochoa JA, Shkolnikov Y, Pavri BB, Ho RT, Frisch D, Greenspon AJ.  Projections of pacemaker and ICD utilization in the US from 2010 to 2030.  Paper No. AB06-5.  Transactions of the 31st Annual Scientific Sessions of the Heart Rhythm Society, Denver, CO, May 12–15, 2010.

Kurtz SM, Lau E, Ochoa JA, Pavri BB, Ho RT, Greenspon AJ.  Complications and predictors of ICD outcomes.  Paper No. AB28-1.  Transactions of the 31st Annual Scientific Sessions of the Heart Rhythm Society, Denver, CO, May 12–15, 2010.

August 31, 2012
Page 9

Imsdahl SI, Ochoa JA, Ching RP.  Kinematics of the lumbar facet joints and vertebral endplate.  NW Biomechanics Symposium, ASB Northwest Regional Meeting, Pullman, WA, June 5–6, 2008.

Voronov LI, Havey RM, Rosler DM, Sjovold SG, Rogers SL, Carandang G, Ochoa JA, Patwardhan AG.  Kinematics of facet arthroplasty:  A comparison of L5-S1 and L3-L4 levels.  Annual Meeting of EuroSpine/SpineWeek, Geneva, Switzerland, p. 185, May 26–31, 2008.

Voronov L, Havey R, Rosler D, Sjovold S, Rogers S, Carandang G, Ochoa JA, Patwardhan A.  Kinematics of facet arthroplasty:  A comparison of L5-S1 and L3-L4 levels.  Spine Arthroplasty Summit 8, Miami, FL, May 6–9, 2008.  Best Scientific Paper Award.

Havey RM, Voronov LI, Carandang G, Rosler DM, Ochoa JA, Patwardhan AG.  Biomechanics of adjacent segments after facet arthroplasty vs. fusion.  Spine Arthroplasty Summit 8, p. 185, Miami, FL, May 6–9, 2008.

Bowden AE, Guerin HL, Villarraga ML, Patwardhan AG, Ochoa JA.  Higher order validation metrics are required when numerically modeling physiologic motion of the spine.  54th Annual Meeting Orthopaedic Research Society, P-1360, San Francisco, CA, March 2–5, 2008.

Bowden AE, Guerin HL, Villarraga ML, Patwardhan AG, Ochoa JA.  Effect of soft tissue mechanical properties on validated quality of motion of the spine.  Philadelphia Spine Research Society, Philadelphia, PA, October 9, 2007.

Vadapalli S. Ochoa JA, Rosler DM.  Effect of facet arthroplasty on the biomechanics of the lumbar spine—A finite element study.  American Society of Biomechanics, 2007 Annual Meeting, P1-9, Stanford, CA, August 22–25, 2007.

Taber BJ, Ochoa JA, Storti D, Ching RP.  Characterization of intact lumbar facet kinematics.  NW Biomechanics Symposium, ASB Northwest Regional Meeting, Eugene, OR, May 18–19, 2007.

Phillips FM, Voronov LI, Tzermiadianos M, Havey RM, Carandang G, Rosler DM, Ochoa J, Patwardhan AG.  Kinematic study of total facet arthroplasty after complete laminectomy-facetectomy.  Proceedings, 21st Annual Mtg. of the North American Spine Society, Seattle, WA, September 26–30, 2006.  The Spine Journal 2006; 6(5), Suppl. 1:137S.

Phillips FM Voronov LI, Tzermiadianos M, Havey RM, Carandang G, Rosler DM, Ochoa J, Patwardhan AG.  Kinematic study of total facet arthroplasty after complete laminectomy-facetectomy.  The 13th International Meeting on Advanced Spine Techniques, Athens, Greece, July, 2006.

Chi X, Leu MC, Ochoa JA.  Modeling of Haptic rendering for virtual bone surgery.  2004 ASME International Mechanical Engineering Congress and R&D Expo and Computers and Information in Engineering Conference, IMECE2004-59814, Anaheim, CA, November 13–19, 2004.

August 31, 2012
Page 10

Peng X, Chi X, Ochoa JA, Leu MC.  Bone surgery simulation with virtual reality.  Proceedings, DETC'03 ASME 2003 Design Engineering Technical Conferences and Computers and Information in Engineering Conference, CIE-2003-43.Chicago, IL, September 2–6, 2003.

Aram L, Lehman A, Lewis P, Render T, Ochoa J, Amirouche F, Gonzalez M.  Investigation of cementless cup micromotion and stability after total hip arthroplasty.  4th World Congress of Biomechanics, p. 1076, Calgary, Alberta, Canada, August 2002.

Romero F, Amirouche F, Gonzalez M, Render T, Ochoa J.  Investigation of stresses between the liner and the acetabular cup in total hip replacement implants.  4th World Congress of Biomechanics, p. 1089, Calgary, Alberta, Canada, August 2002.

Dennis D, Komistek R, Northcut E, Ochoa J, Haas B.  In vivo determination of hip joint separation in subjects having either a metal-on-metal or metal-on-polyethylene THA.  68th Annual Meeting American Academy of Orthopaedic Surgeons, San Francisco, CA, March 2001.

Dennis D, Komistek R, Ochoa J, Northcut E, Hamill C.  In vivo determination of femoral head loci pathways during gait in subjects having a metal-on-metal or metal-on-polyethylene THA. 47th Annual Meeting Orthopaedic Research Society, San Francisco, CA, March 2001.

Dennis D, Komistek R, Northcut E, Ochoa J, Hamill C.  In vivo determination of hip joint separation in subjects having a metal-on-metal or metal-on-polyethylene THA.  47th Annual Meeting Orthopaedic Research Society, San Francisco, CA, March 2001.

Dennis D, Haas B, Komistek R, Walker S, Ochoa J.  Correlation of in vivo kinematics of total hip arthroplasty with polyethylene wear retrievals.  10th Annual Meeting of American Association of Hip and Knee Surgeons, Dallas, TX, November 2000.

Dennis D, Komistek R, Ochoa J, Northcut E, Hammill C.  In vivo determination of femoral head loci pathways during gait in subjects having a metal-on-metal or metal-on-polyethylene THA.  10th Annual Meeting of American Association of Hip and Knee Surgeons, Dallas, TX, November 2000.

Komistek R, Kane T, Dennis D, Ochoa J, Stiehl J.  Use of in vivo kinematic fluoroscopy data to determine lower extremity joint loads.  European Society of Biomechanics, Dublin, Ireland, August 2000.

Ochoa J, Komistek R, Dennis D, Northcut E, Hammill C.  In vivo determination of femoral head loci pathways during gait in subjects having a metal-on-metal or metal-on-polyethylene THA.  European Society of Biomechanics, Dublin, Ireland, August 2000.

Ochoa J, Komistek R, Dennis D, Northcut E, Hammill C.  In vivo determination of hip joint separation in subjects having a metal-on-metal or metal-on-polyethylene THA.  European Society of Biomechanics, Dublin, Ireland, August 2000.

August 31, 2012
Page 11

Kurtz SM, Srivastav S, Dwyer K, Ochoa J, Brown S.  Analysis of the stem-sleeve interface in a modular titanium alloy femoral component for total hip replacement.  ASME 2000 Congress and Exposition, Symposium on Functional Biomaterials, Joint Replacement, Orlando, FL, November 7, 2000.

Dennis D, Komistek R, Ochoa J, Northcut E.  In-vivo determination of femoral head loci pathways during gait in subjects having either a metal-on -metal or metal-on-polyethylene total hip arthroplasty.  113th Annual Meeting of the American Orthopaedic Association, Hot Springs, VA, June 2000.

Dennis D, Komistek R, Ochoa J, Northcut E.  In-vivo determination of hip joint separation in subjects having either a metal-on -metal or metal-on-polyethylene total hip arthroplasty.  113th Annual Meeting of the American Orthopaedic Association, Hot Springs, VA, June 2000.

Ochoa J, Komistek R, Dennis D, Northcut E, Hammill C.  In-vivo determination of hip joint separation in subjects having either a metal-on-metal or metal-on-polyethylene total hip arthroplasty.  11th International Conference on Mechanics in Medicine and Biology, Maui, HI, April 2000.

Dennis D, Komistek R, Ochoa J, Northcut E, Hammill C.  In-vivo determination of hip joint separation in subjects having either a metal-on-metal or metal-on-polyethylene THA. Transactions of the Orthopaedic Research Society, Vol. 25, p. 507, Orlando, FL, March 2000.

Northcut EJ, Komistek RD, Dennis DA, Ochoa JA, Rullkoetter PJ.  Impulse loading conditions modeled from in vivo joint separation.  ISB, Calgary, Canada, August 1999.

Northcut EJ, Komistek RD, Dennis DA, Ochoa JA, Ritchie A.  Impulse loading exhibited at the implanted hip joint during active joint separation.  SICOT, Sydney, Australia, April 1999.

Northcut EJ, Komistek RD, Dennis DA, Ochoa JA.  In vivo determination of hip joint separation:  The potential creation of impulse loading conditions.  SICOT, Sydney, Australia, April 1999.

Northcut EJ, Komistek RD, Dennis DA, Ochoa JA, Ritchie A.  Impulse loading exhibited at the implanted hip joint during active joint separation.  AAOS Exhibit, 66th Annual Meeting, Anaheim, CA, February 1999.

Kurtz SM, Ochoa JA, Hovey CB, White CV.  Frontside vs. backside wear in an acetabular component with multiple screw holes.  Transactions of the Orthopaedic Research Society, Vol 24, p. 54, Anaheim, CA, February 1999.

Rullkoetter PJ, Ochoa JA, Hamilton JV, Chen PCY, Colwell CW, Jr, D' Lima DD.  Effect of loading rate on UHMWPE contact mechanics.  Transactions of the Orthopaedic Research Society, Vol. 24, p. 826, Anaheim, CA, February 1999.

August 31, 2012
Page 12

Komistek RD, Dennis DA, Northcut EJ, Ochoa JA, Ritchie A.  In vivo determination of normal, constrained and unconstrained THA kinematics.  CORS, Hamamatsu City, Japan, 1998.

Northcut EJ, Komistek RD, Dennis DA, Ochoa JA, Ritchie A.  In vivo determination of normal, constrained and unconstrained THA kinematics.  Proceedings, 3rd Comb. Mtg. ORS USA, Canada, Europe, and Japan, p. 68, September 1998.

Northcut EJ, Komistek RD, Dennis DA, Ochoa JA, Ritchie A.  In vivo determination of normal, constrained and unconstrained THA kinematics.  European Society Biomech, July 1998. Clinical Biomechanics Best Paper Award.

Komistek RD, Dennis DA, Northcut EJ, Ochoa JA, Ritchie A.  In vivo determination of hip joint separation and the forces generated due to impact loading conditions.  Transactions of the Orthopaedic Research Society, Vol 23, p. 197, New Orleans, LA, March 1998.

Kurtz SM, Ochoa JA, White C.  Liner/shell load transfer mechanisms in a modular acetabular component for total hip replacement.  In:  Advances in Bioengineering 1997, ASME, pp.303–304, Atlanta, GA, November 1997.

Komistek RD, Dennis DA, Northcut EJ, Ochoa JA, Ritchie A.  In vivo determination of hip joint separation and the forces generated due to impact loading conditions.  In:  The Future of Technology in Arthroplasty.  10th Annual Symposium of ISTA, p. 167, San Diego, CA, September 1997.

Kurtz SM, Ochoa JA, White C, Srivastav S, Cournoyer J.  Effect of non-conformity and locking restraints on backside relative motion of a metal-backed acetabular component with a polar fenestration.  Transactions of the Orthopaedic Research Society, Vol. 22, p. 312, San Francisco, CA, February 1997.

Cournoyer JR, Ochoa JA, Kurtz SM.  Relative motion at the backside of a metal-backed acetabular component under quasi-static and dynamic loading.  Transactions of the Orthopaedic Research Society, Vol. 22, p. 839, San Francisco, CA, February 1997.

Gibbon AJ, Hynes D, Wooster A, Ochoa JA.  Stem geometry influences early femoral osteolysis in total hip replacement.  Prog. British Orthop. Soc., p.23, Aberdeen, Scotland, September 1995.

Ochoa JA, Hillberry BM.  Experimental verification of hydraulic stiffening of cancellous bone. Proceedings, 2nd World Congress Biomech., Vol. 2, p.54, Amsterdam, The Netherlands, July 1994.

Ochoa JA, Hillberry BM.  Modeling the hydraulic stiffening of cancellous bone.  Proceedings, 2nd World Congress Biomech., Vol. 2, p. 236, Amsterdam, The Netherlands, July 1994.

Rogers LL, Wilson SF, Ochoa JA.  Design and characterization of an absorbable cement restrictor.  Transactions of the Society for Biomaterials, Vol. 19, Birmingham, Al, April 1993.

August 31, 2012
Page 13

Luo ZP, Ochoa JA, Hillberry BM.  Effects of specimen size on hydraulic stiffening of cancellous bone.  Transactions of the Orthopaedic Research Society, Vol. 18, San Francisco, CA, February 1993.

Ochoa JA, Sommerich RE, Zalenski EB.  Application of an innovative experimental method to characterize contact mechanics of total joint replacements.  Transactions of the Orthopaedic Research Society, Vol 18, San Francisco, CA, February 1993.

Ochoa JA, Hillberry BM.  Permeability of bovine cancellous bone.  Transactions of the Orthopaedic Research Society, Vol 17, Washington, D.C., February 1992.

Ochoa JA, Hillberry BM.  A poroelastic model for the hydraulic stiffening of cancellous bone.  Transactions of the Orthopaedic Research Society, Vol 17, Washington, D.C., February 1992.

Ochoa JA, Heck DA, Hillberry BM.  Experimental verification of the hydraulic component of stiffness in cancellous bone.  Proceedings, World Congress on  Med. Phys. and Biomed. Eng., Osaka, Japan, 1991.

Heck DA, Ochoa JA, Kiesler TW, Toombs JP, Brandt KD, Hillberry BM.  In-vivo bone hydraulics.  Transactions of the Orthopaedic Research Society, Vol. 16, Anaheim, CA, March 1991.

Ochoa JA, Sanders AP, Hillberry BM, Heck DA.  Effects of intertrabecular fluid and pressure on the dynamic stiffness of the proximal femur.  Advances in Bioengineering 1989, ASME, San Francisco, CA, December 1989.

Ochoa JA, Heck DA, Hillberry BM, Brandt KD.  The effect of osseous fluid on the mechanical behavior of femoral heads.  Transactions of the 34th Orthopaedic Research Society, Vol. 13, p. 126, Atlanta, GA, February 1988.

**Presentations**

Ochoa JA.  From benchtop to bedside: The role of the (bio) engineer in new product realization.  Distinguished Biomedical Engineering Lecture, School of Biomedical Engineering, Purdue University, West Lafayette, IN, February 10, 2012.

Ochoa JA.  The role of analysis in medical device NPD.  2010 MD&D Annual Conference & Exhibition, Minneapolis, MN, October 13, 2010.  Session Chair:  Preclinical Testing of Implantable Medical Devices.

Ochoa JA.  Technical fundamentals of R&D and portfolio management:  New product realization in medical devices—The whole story.  Invited Speaker, 2009 RAPS Annual Conference & Exhibition, Philadelphia, PA, September 14, 2009.

August 31, 2012
Page 14

Ochoa JA.  Career perspectives in the medical device industry.  Penn Biotech Group Seminar, University of Pennsylvania, Philadelphia, PA, September 15, 2009.

Ochoa JA.  Values and value-the role of the leader in work and life,  2008 NAE Engineer of 2020 Workshop, Purdue University, September 30, 2008.

Ochoa JA.  Panelist on Consulting Agreements with Physicians:  The Role of Bias and Compliance at the Philadelphia Medical Device Symposium, Philadelphia, PA, November 12, 2008.

Ochoa JA.  Undergraduate research—(Why) does it matter?  4th Annual Undergraduate Research Conference, Key Note Speaker, Missouri University of Science & Technology, Rolla, MO, April 9, 2008.

Ochoa JA.  The role of the biomedical engineer in new product realization.  BME 390, Professional Seminar, Weldon School of Biomedical Engineering, Purdue University, W. Lafayette, IN, September 21, 2006.

Ochoa JA.  Emerging field of biomedical engineering—A mechanical engineer's perspective.  ASME District C Student Conference , Missouri University of Science and Technology, Rolla, MO, March 4, 2006.

Ochoa JA.  Values based decision-making and its role in value creation.  Technology MBA Graduate Seminar, University of Washington, Seattle, WA, October 16, 2004.

Ochoa JA.  From bioengineering to interfacial and scale engineering—Evolution of new engineering disciplines.  Graduate Seminar, School of Mechanical Engineering, Missouri University of Science and Technology, October 30, 2003.

Ochoa JA.  Panelist on career and leadership development forum.  Hispanic Organization for Leadership and Achievement (HOLA) at J&J, New Brunswick, NJ, October 23, 2003.

Ochoa JA.  Values and value—The role of the leader in work and life.  Society of Hispanic Professional Engineers Eastern Technical Career Conference (SHPE-ETCC '03), Keynote speaker, Washington DC, November 14, 2003.

Ochoa JA.  Orthopaedic research—The way forward.  Oak Ridge National Laboratory, University of Tennessee Mechanical Engineering Combined seminar, Knoxville, TN, March 13, 2003.

Ochoa JA.  Technology and IP management in new product commercialization.  Guest Lecture, School of Engineering Management EMgt 320 Technical Entrepreneurship, Missouri University of Science and Technology, Rolla, MO, October 10, 2002.

Ochoa JA.  The fruit of orthobiologic research.  Faculty of Contemporary Techniques and Issues in Orthopaedics, Whistler, BC, Canada, March 6, 2002.

August 31, 2012
Page 15

Ochoa JA.  The pitfalls that remain in orthopaedic design in 2001.  Contemporary Techniques and Issues in Orthopaedics, Vail, CO, February 12, 2001.

Ochoa JA.  The role of design, materials and testing in total joint replacement.  Guest Lecture, SAE Fort Wayne Chapter, Fort Wayne, IN, April, 2000.

Ochoa JA.  Improved wear using gamma sterilization in a vacuum-foil package and calcium stearate free material.  Faculty of the 1st International Symposium on Total Knee Arthroplasty, Chiba University, Tokyo, Japan, May 1997.

Ochoa JA.  Mechanisms of failure in THR.  Faculty of the 6th Annual Symposium of Arthritis of the Hip and Knee, Vail, CO, March 9, 1996.

Ochoa JA.  Proper femoral offset and its impact on THA biomechanics.  Faculty at the Total Hip and Knee Replacement Symposium (Italy-US), Marco Island, FL, February 1995.

Ochoa JA.  Experimental verification of hydraulic stiffening of cancellous bone.  Invited lecture 2nd World Congress of Biomechanics Symposium on Bone Structure and Remodeling, Amsterdam, The Netherlands, July 1994.

Ochoa JA.  The effect of intertrabecular fluid on the viscoelasticity of bone.  14th Annual Garceau-Wray Lectures, Indiana University School of Medicine, November 1989.

Ochoa JA.  Orthopaedic biomechanics—An introduction.  Seminar, School of Electrical Engineering, Purdue University, October 1987.

Ochoa JA.  The effect of internal fluid on the viscoelasticity of bone.  Design Seminar, School of Mechanical Engineering, Purdue University, November 1987.

**Guest Lectures**

Chiba University, Tokyo, Japan
Colorado School of Mines, Golden, CO
Indiana University, Bloomington, IN
Missouri University of Science & Technology, Rolla, MO
Purdue University, W. Lafayette, IN
University of Illinois – Chicago, Chicago, IL
University of Pennsylvania, Philadelphia, PA
University of Tennessee, Knoxville, TN
University of Washington, Seattle, WA

**Prior Experience**

Vice President, R&D and Chief Technology Officer, Archus Orthopedics Inc., 2004–2008
Vice President, R&D, DePuy, a Johnson & Johnson Co., 2000–2004

August 31, 2012
Page 16

Director, Hip R&D, DePuy, a Johnson & Johnson Co., 1998–2000
Manager, Hip R&D, Johnson & Johnson Professional, 1994–1998
Project/Senior Project Engineer, R&D, Johnson & Johnson Professional, 1991–1994
Research Engineer, Manufacturing Technical Center, Chrysler Corp., 1985–1987

## Academic Appointments

- Affiliate Associate Professor, University of Washington, Department of Mechanical Engineering, 2006–present

## Advisory Appointments

- Missouri University of Science and Technology, External Advisory Board (EAB), Center for Bone and Tissue Repair and Regeneration (2012 – )
- Missouri Center of Excellence of the Life Sciences Research Board—Screening Committee: Life Sciences Trust Fund (2008 –)
- Missouri University of Science and Technology, Industrial Advisory Board, School of Mechanical Engineering (1999– )
- Engineering Advisory Committee, Purdue University Schools of Engineering (2001– )
- Industrial Advisory Board, Purdue University School of Biomedical Engineering (2002– )
- Industrial Advisory Board, University of Tennessee School of Biomedical Engineering (2003– )
- Academy of Mechanical and Aerospace Engineers, School of Mechanical Engineering, Missouri University of Science and Technology (2005– )
- University of Illinois-Chicago, Industrial Advisory Board, School of Mechanical Engineering (2001–2004)
- Board of Directors- International Society of Technology in Arthroplasty (ISTA) (2003–2006)
- Intelligent Biomedical Devices and Musculoskeletal Systems, NSF-IUCRC- Industrial Advisory Board (Chairman), Denver, CO (1996–2003)

## Professional Affiliations

- American Society of Mechanical Engineers (member)
- ASTM International (member)
- Orthopaedic Research Society (member)
- North American Spine Society (member)
- Society of Hispanic Professional Engineers (member)

## Appendix B

**Jorge A. Ochoa, Ph.D., P.E.
Deposition & Trial Testimony**

August 31, 2012
Page 2

DePuy, Inc. v. Zimmer Holdings, Inc. and Zimmer, Inc.
The United States District Court for the Northern District of Illinois, Eastern Division
Deposition Date: June, 7 2003

Martha Bullock, et al. v. Johnson & Johnson, et al.
The United States District Court for the District of New Jersey
Deposition Date: July 15, 2004

Steve Walczak v. DePuy Orthopaedics, Inc.
The United States District Court for the Northern District of Illinois, Eastern Division
Deposition Date: July 11, 2006

Darryl S. Brodke, et al. v. Alphatec Spine Inc., et al.
Superior Court of the State of California, County of Orange
Deposition Date: April 14, 2009

Boston Scientific Corporation Securities Litigation - Federal Securities Class Action Complaint
The United States District Court for the District Of Massachusetts
Deposition Date: October 9, 2009

Smith & Nephew, Inc. v. Arthrex, Inc.
The United States District Court for the Eastern District Of Texas-Marshall Division
Deposition Date: January 19, 2010

Monica Lips and Walter Lips v. Encore Medical Corporation, et al.
The Superior Court of the State of Arizona - County of Maricopa
Deposition Date: February 2, 2010

Brittany Hamilton and Colleen McLain v. Breg, Inc.
The United States District Court for the Southern District of Ohio, Western Division, Columbus
Deposition Date: April, 21 2010
     - Cross-Noticed for Christina Schumacher v. Breg, Inc.; Jenna Sims v. Breg, Inc.; and
       Rachel Krumpelbeck v. Breg, Inc.

Robert S. Supinski (Junior Party) v. Robert C. Cohen, Rafail Zubok, Christopher G.
Sidebotham, and David Kent Deboer (Senior Party); Patent Interference No. 105,761 (JL)
before the Board of Patent Appeals and Interferences
Deposition Date: November 30, 2010

Lidiya Demicheva v. Dominic Tse
The Superior Court of the State of California, in and for the County of San Francisco
Deposition Date: April 7, 2011

Stuart A. Davis and Carmelle C . Davis v. Breg, Inc.
The United States District Court, District of Montana, Billings Division
Deposition Date: April 20, 2011

August 31, 2012
Page 3


Lidiya Demicheva v. Dominic Tse
The Superior Court of the State of California, in and for the County of San Francisco
Trial Testimony Date: May 3, 2011

Lynn K. Staub and John P. Staub v. Breg, Inc.
The United States District Court for the District of Arizona
Deposition Date: October 12, 2011

Elie M. Mims and Norma C. Mims v. Wright Medical Technology, Inc.
The United States District Court for the Northern District of Georgia
Deposition Date: December 21, 2011

Brenda F. Kitrosser v. Nuvasive, Inc., et al.
Superior Court of the State of California in and For the County of San Diego, Central Branch
Deposition Date: April 9, 2012

Janelle Elizabeth Barnes v. Breg, Inc.
United States District Court, Western District of Washington
Trial Testimony Date: June 25, 2012

Pabban Development, Inc. v. Kyphon Sarl and Medtronic, Inc.
United States District Court, Central District of California, Southern Division
Deposition Date: August 20, 2012

**Appendix C**

**Jorge A. Ochoa, Ph.D., P.E.
Documents Considered**

August 31, 2012
Page 2

**Literature**

Biomechanics of the Hip. Ch. 5, Vol 1, Callaghan J.J., Rosenberg A.G., Rubash H.E. The Adult Hip. 2nd ed. Philadelphia: Lippincott Williams & Wilkins; 2007.

"Body Mass Index." http://www.nlm.nih.gov/medlineplus/ency/article/007196.htm

"Cementless Femoral Component: Modular." Ch. 66, Vol 2,Callaghan J.J., Rosenberg A.G., Rubash H.E. The adult hip. 2nd ed. Philadelphia: Lippincott Williams & Wilkins; 2007.

Ahnfelt L, Herberts P, Malchau H, Andersson GB. (1990) Prognosis of total hip replacement. A Swedish multicenter study of 4,664 revisions. Acta Orthop Scand Suppl. 238:1-26.

Alberton, G., W. High, et al. (2002). Dislocation after revision total hip arthroplasty. Journal of Bone and Joint Surgery 84A(10): 1788-1792.

Aldinger PR, Sabo D, Pritsch M, et al. (2003) Pattern of periprosthetic bone remodeling around stable uncemented tapered hip stems: a prospective 84-month follow-up study and a median 156-month cross-sectional study with DXA. Calcif Tissue Int. 73(2):115-121.

Andrisano, A. O., E. Dragoni, et al. (1990) Axisymmetric mechanical analysis of ceramic heads for total hip replacement.  ARCHIVE: Proceedings of the Institution of Mechanical Engineers, Part H: Journal of Engineering in Medicine 1989-1996 (vols 203-210) 204(38): 157-167.

Antonietti B., S. Paderni, et al. (2003) Anatomic cementless total hip arthroplasty with ceramic bearings and modular necks: 3 to 5 years follow-up. Chir Organi Mov 88(3):259-265.

Argenson, J. N., X. Flecher, et al. (2007). Anatomy of the dysplastic hip and consequences for total hip arthroplasty. Clin Orthop Relat Res 465: 40-5.

Atwood S.A., E.W. Patten, et al. (2010) Corrosion-Induced Fracture of a Double-Modular Hip Prosthesis: A Case Report. J Bone Joint Surg 92(6):1522-1525.

Baleani, M., L. Cristofolini, et al. (1999). Endurance testing of hip prostheses: a comparison between the load fixed in ISO 7206 standard and the physiological loads. Clinical Biomechanics 14: 339-345.

Bang, H., Y. L. Chiu, et al. (2010). Total hip and total knee arthroplasties: trends and disparities revisited. The American Journal of Orthopedics 39(9): E95-E102.

Barrack, R. (1994). Modularity of prosthetic implants. Journal of the American Academy of Orthopaedic Surgeons 2(1): 16-25.

Barrack, R., D. Burke, et al. (1993). Complications related to modularity of total hip components. Journal of Bone and Joint Surgery 75B(5): 688-692.

August 31, 2012
Page 3

Barrington, J.W., A.A. Freiberg, et al. (2007). Femoral Component Revision: Modularity. The Adult Hip. J. J. Callaghan, A. G. Rosenberg and H. E. Rubash. Philadelphia, Lippincott Williams & Wilkins. Volume II.

Beaule, P.E., F.J. Dorey, et al. (2006) The Value Of Patient Activity Level in The Outcome of Total Hip Arthroplasty, J Arthroplasty 21(4): 547-552.

Bennett, D., L. Humphreys, et al. (2008). Activity levels and polyethylene wear of patients 10 years post hip replacement. Clin Biomech (Bristol, Avon) 23(5): 571-576.

Benson, L. C., J. D. DesJardins, et al. (2002). Effect of stair descent loading on ultra-high molecular weight polyethylene wear in a force-controlled knee simulator. Proceedings of the Institution of Mechanical Engineers, Part H: Journal of Engineering in Medicine 216(6): 409-418.

Bergmann, G., F. Graichen, et al. (1993). Hip joint loading during walking and running, measured in two patients. Journal of Biomechanics 26(8): 969-990.

Bergmann, G., F. Graichen, et al. (1997). Hip joint forces during load carrying. Clinical Orthopaedics and Related Research 335: 190-201.

Bergmann, G., G. Deuretzbacher, et al. (2001). Hip contact forces and gait patterns from routine activities. Journal of Biomechanics 34: 859-871.

Bergmann, G., F. Graichen, et al. (2010). Realistic loads for testing hip implants. Biomed Mater Eng 20(2): 65-75.

Berry, D.J. and S.P. Steinmann, Eds. (2007). Adult Reconstruction. Orthopaedic Surgery Essentials. Philadelphia, Lippincott Williams and Wilkins.

Black, J., B. Levine, et al. (2007). Biomaterials Overview. The Adult Hip. J. J. Callaghan, A. G. Rosenberg and H. E. Rubash. Philadelphia, Lippincott Williams & Wilkins. Volume 1.

Bobyn J.D., Tanzer M., Krygier J.J., Dujovne A.R., Brooks C.E. (1994) Concerns with modularity in total hip arthroplasty. Clin Orthop Relat Res 298:27-36.

Bono, J.V., J.C. McCarthy, et al. (1999). Fixation with a modular stem in revision total hip arthroplasty. Journal of Bone and Joint Surgery 81A(9): 1326-1336.

Bourne, R., S. Mukhi, et al. (2007). Role of obesity on the risk for total hip or knee arthroplasty. Clinical Orthopaedics and Related Research 465: 185-188.

Bowsher, J. G., J. Nevelos, et al (2003). Do heat treatments influence the wear of large diameter metal-on-metal hip joints? An in vitro study under normal and adverse gait conditions. 49th Annual Meeting of the Orthopaedic Research Society.

Bozic, K.J., S.M. Kurtz, et al. (2009) The epidemiology of revision total hip arthroplasty in the United States, J Bone Joint Surg Am 91(1): 128-133.

August 31, 2012
Page 4

Brand, R. A., D. R. Pedersen, et al. (1994). Comparison of hip force calculations and measurements in the same patient. The Journal of Arthroplasty 9(1): 45-51.

Briem K. and L. Snyder-Mackler. (2009). Proximal Gait Adaptations in Medial Knee OA. Journal of Orthopaedic Research 27(1):78-83.

Brinker MR, Rosenberg AG, Kull L, Galante JO. (1994) Primary total hip arthroplasty using noncemented porous-coated femoral components in patients with osteonecrosis of the femoral head. J Arthroplasty 9(5):457-468.

Brown, C., S. Williams, et al. (2007). Characterisation of wear particles produced by metal on metal and ceramic on metal hip prostheses under standard and microseparation simulation. J Mater Sci Mater Med 18(5): 819-827.

Busch, CA., M.N. Charles, et al. (2005). Fractures of distally-fixed femoral stems after revision arthroplasty. J Bone Joint Surg Br 87(10): 1333-6.

Buttaro, M.A., M.B. Mayor, et al. (2007). Fatigue fracture of a proximally modular, distally tapered fluted implant with diaphyseal fixation. J Arthroplasty 22(5): 780-3.

Callaghan, J.J., P.M. Pellicci, et al. (1988). Fracture of the femoral component. Analysis of failure and long-term follow-up of revision. Orthop Clin North Am 19(3): 637-47.

Callaghan, J.J., A.G. Rosenberg, et al. (2007). The Adult Hip. Philadephia, Lippincott Williams & Wilkins.

Cales, B. and Y. Stefani (1998). Risks and advantages in standardization of bores and cones for heads in modular hip prostheses. J Biomed Mater Res A 43(1): 62-68.

Carlsson, A.S., C.F. Gentz, et al. (1977). Fracture of the femoral prosthesis in total hip replacement according to Charnley. Acta Orthop Scand 48(6): 650-5.

Chakkalakal DA. (2005) Alcohol-Induced Bone Loss and Deficient Bone Repair. Alcoholism: Clinical & Experimental Research 29(12):2077-2090.

Chandler, H.P., D.K. Ayres, et al. (1995). Revision total hip replacement using the S-ROM femoral component. Clin Orthop Relat Res 319: 130-40.

Chandrasekaran, V., W.L. Sauer, et al. (1999). Evaluation of the fretting corrosion behavior of the proximal pad taper of a modular hip design. Wear 231: 54-64.

Charnley, J. (1961). Arthroplasty of the hip. A new operation. Lancet 1(7187): 1129-32.

Clarke, M. T., P. T. Lee, et al. (2003). Levels of metal ions after small- and large- diameter metal-on-metal hip arthroplasty. J bone Joint Surg Br 85: 913-917.

Collier, J.P., M.B. Mayor, et al. (1995). The tradeoffs associated with modular hip prostheses. Clin Orthop Relat Res 311: 91-101.

August 31, 2012
Page 5

Collis, D.K. (1977). Femoral stem failure in total hip replacement. J Bone Joint Surg Am 59(8): 1033-41.

Copeland, R.S. (1938). Federal Food, Drug, and Cosmetic Act. PL 75-717. t. U. S. Congress. Washington, D.C. 52 US Stat. 1040.

Costigan, P. A., K. J. Deluzio, et al. (2002). Knee and hip kinetics during normal stair climbing. Gait and Posture 16: 31-37.

Cram, P., X. Lu, et al. (2011). Clinical characteristics and outcomes of medicare patients undergoing total hip arthroplasty, 1991-2008. JAMA 305(15): 1560-1567.

Crowninshield, R.D. (1987). Implant Design in Total Hip Arthroplasty. The Art of Total Hip Arthroplasty. W. T. Stillwell and J. L. Chandler. Orlando, Grune & Stratton, Inc.

Crowninshield, R.D., W.J. Maloney, et al. (2004). The role of proximal femoral support in stress development within hip prostheses. Clin Orthop Relat Res 420: 176-80.

Dartmouth-Hitchcock. (2011). GME - Research Programs. 2011, from http://gme.dartmouth-hitchcock.org/ortho/research_programs.html.

Davis, J.R. (2003). Metallic materials. Handbook of Materials for Medical Devices. J. Davis. Materials Park, Ohio, ASM.

Davy, D. T., G. M. Kotzar, et al. (1988). Telemetric force measurements across the hip after total arthroplasty. J Bone Joint Surg Am 70-A(1): 45-50.

Dennis D.A., R.D. Komistek et al. (2001) In vivo determination of hip joint separation and the forces generated due to impact loading conditions.  J Biomech 34(5):623–629, April.

Dennis, D.A. and C.B. Lynch (2007). Cementless Femoral Component: Modular. The Adult Hip. J. J. Callaghan, A. G. Rosenberg and H. E. Rubash. Philadelphia, Lippincott Williams & Wilkins. Volume II.

Dickson, R. and D. Limb (2002). Book Review - Chapman's Orthopaedic Surgery. 3rd Edition (Vols. 1 to 4). 2001. The Journal of Bone and Joint Surgery 84-B: 150-151.

Donachie, M.J. (2000). Titanium: A Technical Guide  ASM International.

Donell, S. T., C. Darrah, et al (2010). Early failure of the ultima metal-on-metal total hip replacement in the presence of normal plain radiographs. J bone Joint Surg Br 92-B(11): 1501-1508.

Dowson, D., C. Hardaker, et al. (2004). The Journal of Arthroplasty 19(8): 124-130.

Duda, G. N., E. Schneider, et al. (1997). Internal forces and moments in the femur during walking. Journal of Biomechanics 30(9): 933-941.

August 31, 2012
Page 6

Dunbar, M. (2010). The proximal modular neck in THA:  A bridge too far:  Affirms. Orthopedics 33(9): 640.

Ellis, M. I., B. B. Seedham, et al. (1984). Forces in the knee joint whilst rising from a seated position. J Biomed Eng 6: 113-119.

Fisher, J., X. Hu, et al (2002). Surface engineered metal on metal bearings for hip prostheses with reduced wear, wear debris and ion release. 48th Annual Meeting of the Orthopaedic Research Society.

Fisher, J., S. Williams, et al. (2008). Tribo-corrosion analysis of wear and metal ion release interactions from metal-on-metal and ceramic-on-metal contacts for the application in artificial hip prostheses. Proceedings of the Institution of Mechanical Engineers, Part J: Journal of Engineering Tribology 222(3): 483-492.

Fisher, J., S. Williams, et al. (2009). The influence of swing phase load on the electrochemical response, friction, and ion release of metal-on-metal hip prostheses in a friction simulator. Proceedings of the Institution of Mechanical Engineers, Part J: Journal of Engineering Tribology 223(3): 303-309.

Fisher, J., S. Williams, et al. (2010). Tribofilm formation in biotribocorrosion – does it regulate ion release in metal-on-metal artificial hip joints? Proceedings of the Institution of Mechanical Engineers, Part J: Journal of Engineering Tribology 224(9): 997-1006.

Foulk, D.M. and B.H. Mullis (2010). Hip dislocation: evaluation and management. J Am Acad Orthop Surg 18(4):199-209.

Fricker, D.C. and R. Shivanath (1990). Fretting corrosion studies of universal femoral head prostheses and cone taper spigots. Biomaterials 11: 495-500.

Friedman, M. (1997). Reauthorization of FDA's Medical Device Program. Subcommittee on Health and Environment, House Committee on Commerce Washington, D.C, Food and Drug Administration.

Galante, J.O. (1980) Causes of Fractures of the Femoral Component in Total Hip Replacement. J Bone Joint Surg Am 62(4):670-673.

Gilbert, J., C. Buckley, et al. (1993). In vivo corrosion of modular hip prosthesis components in mixed and similar metal combinations.  The effect of crevice, stress, motion and alloy coupling. Journal of Biomedical Materials Research 27: 1533-1544.

Gilbert, J., Mali S., et al. (2011).  In vivo oxide-induced stress corrosion cracking of Ti-6Al-4V in a neck-stem modular taper: Emergent behavior in a new mechanism of in vivo corrosion.  J Biomed Mater Res Part B: 1-11.

Goldberg, J., J. Jacobs, et al. (1996). In-vitro fretting corrosion testing of modular hip implants. Fifth World Biomaterials Congress, Toronto, Canada.

Goldberg, J. R., J. L. Gilbert, et al. (2002). A multicenter retrieval study of the taper interfaces of modular hip prostheses. Clinical Orthopaedics and Related Research 401: 149-161.

Gotze, C., A. Tschugunow, et al. (2006). Long-term results of the metal-cancellous cementless Lubeck total hip arthroplasty: a critical review at 12.8 years. Arch Orthop Trauma Surg 126(1): 28-35.

Goyal, N. and W.J. Hozack (2010). Neck-modular femoral stems for total hip arthroplasty. Surgical Technology International 20: 309-313.

Greenwald, A.S. (2001). Current Concepts in Joint Replacement, Winter 2001 Course Program. Current Concepts in Joint Replacement.

Greenwald, A.S. (2002). Current Concepts in Joint Replacement, Spring 2002. Current Concepts in Joint Replacement, Las Vegas, Nevada, Current Concepts Institute and The Cleveland Clinic Foundation.

Greenwald, A.S. (2003). Twentieth Annual Current Concepts in Joint Replacement, Winter 2003. Current Concepts in Joint Replacement, Orlando, Florida, Current Concepts in Joint Replacement and The Cleveland Clinic Foundation.

Greenwald, A.S. (2004). Twenty-first Annual Current Concepts in Joint Replacement, Winter 2004. Current Concepts in Joint Replacement, Orlando, Florida, Current Concepts Institute and The Cleveland Clinic Foundation.

Greenwald, A.S. (2005). Current Concepts in Joint Replacement, Winter 2005. Current Concepts in Joint Replacement, Orlando, Florida, Current Concepts Institute and The Cleveland Clinic Foundation.

Greenwald, A.S. (2008). Current Concepts in Joint Replacement, Winter 2008. Current Concepts in Joint Replacement, Orlando, Florida.

Greenwald, A.S. (2009). Twenty-sixth Annual Current Concepts in Joint Replacement, Winter 2009. Current Concepts in Joint Replacement, Orlando, Florida, Current Concepts Institute.

Grupp, T.M., Weik, T., et al. (2010). Modular titanium alloy neck adapter failures in hip replacement – failure mode analysis and influence of implant material. BMC Musculoskeletal Disorders 11(3): 1-12.

Hallab, N. J. and J. Jacobs (2003). Orthopedic implant fretting corrosion. Corrosion Reviews 21(2-3): 183-213.

Harris AH, Reeder R, Ellerbe L, Bradley KA, Rubinsky AD, Giori NJ. (2011) Preoperative alcohol screening scores: association with complications in men undergoing total joint arthroplasty. J Bone Joint Surg Am 93(4):321-327

Harrison, R. N., A. Lees, et al. (1986). A bioengineering analysis of human muscle and joint forces in the lower limbs during running. J Sports Sci 4(3): 201-218.

August 31, 2012
Page 8

Heck, D.A., C.M. Partridge, et al. (1995). Prosthetic component failures in hip arthroplasty surgery. J Arthroplasty 10(5): 575-80.

Heller, M. O., G. Bergmann, et al. (2001). Influence of femoral anteversion on proximal femoral loading: measurement and simulation in four patients. Clinical Biomechanics 16: 644-649.Heim, C.S. and A.S. Greenwald (2005). The rationale and performance of modularity in total hip arthroplasty. Orthopedics 28(9): 1113-1115.

Hill, M. R., T. E. Pistochini, et al. Optimization of residual stress and fatigue life in laser peened components. 156-162.

Hoeppner, D.W. and V. Chandrasekaran (1996). Characterizing the fretting fatique behavior of Ti-6Al-4V in modular joints. Medical Applications of Titanium and Its Alloys:  The Material and Biological Issues. S. A. Brown and J. E. Lemons, ASTM.

Hofheinz E. Proximal Modular Neck in THA – Love it or Hate it? In: Young RR, ed. Orthopedics This Week. Vol 8: RRY Publications, LLC; 2012:11-14

Huiskes, R. and N. Verdonschot (1997). Biomechanics of Artificial Joints: The Hip. Basic Orthopaedic Biomechanics. V. C. Mow and W. C. Hayes. Philadelphia, Lippincott-Raven.

Jacobs, J. J., A. K. Skipor, et al. (1996). Cobalt and chromium concentrations in patients with metal on metal total hip replacements. Clinical Orthopaedics and Related Research 329S: S256-S263.

Jacobs, J., S.B. Goodman, et al. (2000). Biologic Response to Orthopaedic Implants. Orthopaedic Basic Science, Biology and Biomechanics of the Musculoskeletal System. J.A. Buckwalter, T.A. Einhorn and S.R. Simon. Iowa City, IA, American Academy of Orthopaedic Surgeons.

Jacobs, J. J., N. J. Hallab, et al. (2003). Metal degradation products. Clinical Orthopaedics and Related Research 417: 139-147.

Jani, C.J., W.L. Sauer, et al. (1997). Fretting corrosion mechanisms at modular implant interfaces. Modularity of Orthopedic Implants, ASTM STP 1301. D.E. Marlowe, J.E. Parr and M.B. Mayor. West Conshohocken, Pennsylvania, American Society for Testing and Materials.

Kaplan, F.S., W.C. Hayes, et al. (1994). Form and Function of Bone. Orthopaedic Basic Science. S. R. Simon. Iowa City, IA, American Academy of Orthopaedic Surgeons.

Kärrholm, J., G. Garellick, et al. (2007). Swedish Hip Arthroplasty Register, Annual Report 2007.

Keegan, G. M., I. D. Learmonth, et al. (2008). A systematic comparison of the actual, potential, and theoretical health effects of cobalt and chromium exposures from industry and surgical implants. Crit Rev Toxicol 38(8): 645-674.

August 31, 2012
Page 9

Khan, M., T. Takahashi, et al. (2006). Current in vivo wear of metal-on-metal bearings assessed by exercise-related rise in plasma cobalt level. J Orthop Res 24(11): 2029-2035.

Kishida, Y., N. Sugano, et al. (2002). Stem fracture of the cementless spongy metal Lubeck hip prosthesis. J Arthroplasty 17(8): 1021-7.

Kohler, A.C. (1996). A 510(k) Primer: FDA's Premarket Notification Process. Medical Device & Diagnostic Industry Magazine.

Kop, A.M. and E. Swarts (2009). Corrosion of a hip stem with a modular neck taper junction. Journal of Arthroplasty 24(7): 1019-1023.

Kotzar, G. M., D. T. Davy, et al. (1991). Telemeterized in vivo hip joint force data: A report on two patients after total hip surgery. Journal of Orthopaedic Research 9: 621-633.

Kretzer, J. P., E. Jakubowitz, et al. (2009). Metal release and corrosion effects of modular neck total hip arthroplasty. Int Orthop 33(6): 1531-1536.

Krygier, J. J., A. R. Dujovne, et al. (1994). Fatigue Behavior of a titanium femoral hip prosthesis with proximal sleeve-stem modularity. Journal of Applied Biomaterials 5: 195-201.

Kurtz, S.M., S. Srivastav, et al. (2001). Analysis of the stem-sleeve interface in a modular titanium alloy femoral component for total hip replacement. Key Engineering Materials 198-199: 41-68.

Li, C., C. Granger, et al. (2003). Failure analysis of composite femoral components for hip arthroplasty. Journal of Rehabilitation Research and Development 40(2): 131-146.

Lieberman, J., C. Rimnac, et al. (1994). An analysis of the head-neck taper interface in retrieved hip prostheses. Clin Orthop Relat Res 300: 162-167.

Long M., Rack H.J. (1998) Titanium alloys in total joint replacement--a materials science perspective. Biomaterials 19(18):1621-1639.

LSP Technologies, I. Laser shock processing: Technical Bulletin No. 1. 1-24.

MacDonald, J. E. and M. H. Huo (2008). Total hip replacement: Unique challenges in the obese and geriatric populations. Current Opinion in Orthopaedics 19: 33-36.

McCalden, R. W., K. D. Charron, et al. (2011). Does morbid obesity affect the outcome of total hip replacement. J Bone Joint Surg Am 93-B: 321-325.

McLaughlin, J. R. and K. R. Lee (2006). The outcome of total hip replacement in obese and non-obese patients at 10- to 18-years. J bone Joint Surg Br 88-B: 1286-1292.

Mankin, H.J., C.J. Mankin, et al. (1997). A curriculum for the ideal orthopaedic residency. Academic Orthopaedic Society. Clin Orthop Relat Res 339: 270-81.

Mari Truman Statements

August 31, 2012
Page 10

Marker, D.R., D.M. LaPorte, et al. (2009). Orthopaedic journal publications and their role in the preparation for the orthopaedic in-training examination. J Bone Joint Surg Am 91 Suppl 6: 59-66.

Matthews, L.S. (2001). Book Review - Chapman's Orthopaedic Surgery. 3rd edition, volumes 1 through 4 and CD-ROM. The Journal of Bone and Joint Surgery 83: 1458.

McCarthy, J.C., J.V. Bono, et al. (1997). Custom and modular components in primary total hip replacement. Clin Orthop Relat Res(344): 162-71.

McClung, C.D., C.A. Zahiri, et al. (2000). Relationship between body mass index and activity in hip or knee arthroplasty patients. Journal of Orthopaedic Research 18(1): 35-39.

McNeur, J.C. (1984). Fracture of the femoral prosthesis after total hip replacement. Medical Journal of Australia 141: 341-344.

McCrory J.L., White S.C., Lifeso R.M. (2001). Vertical Ground Reaction Forces: Objective Measures of Gait Following Hip Arthroplasty. Gait Posture Oct;14(2):104-109.

Methodist-Hospital. (2011). Adult Reconstructive Surgery Fellowship Program. from http://www.methodisthealth.com/mbjc.cfm?id=36077.

Metikoš-Huković, M. and R. Babić (2007). Passivation and corrosion behaviours of cobalt and cobalt–chromium–molybdenum alloy. Corrosion Science 49(9): 3570-3579.

Morlock, M. M., E. Schneider, et al. (2001). Duration and frequency of every day activities in total hip patients. Journal of Biomechanics 34: 873-881.

Mroczkowski M.L., J.S. Hertzler, et al. (2006). Effect of impact assembly on the fretting corrosion of modular hip tapers. Journal of Orthopaedic Research 24(2):271-279.

Mündermann A., Dyrby C.O., Andriacchi T.P. (2005). Secondary Gait Changes in Patients With Medial Compartment Knee Osteoarthritis: Increased Load at The Ankle, Knee, And Hip During Walking. Arthritis & Rheumatism 52(9):2835-2844.

Munger, P., Roder, C. et al. (2006). Patient-related risk factors leading to aseptic stem loosening in total hip arthroplasty: a case-control study of 5,035 patients. Acta Orthop 77(4): 567-74.

Nadzadi, M. E., D. R. Pedersen, et al. (2003). Kinematics, kinetics, and finite element analysis of commonplace maneuvers at risk for total hip dislocation. Journal of Biomechanics 36(4): 577-591.

Nganbe, M., H. Louati, et al. (2010). Retrieval analysis and in vitro assessment of strength, durability, and distraction of a modular total hip replacement. J Biomed Mater Res A 95(3): 819-827.

Niinomi, M. (2008). Mechanical biocompatibilities of titanium alloys for biomedical applications. Journal of the Mechanical Behavior of Biomedical Materials 1: 30-42.

August 31, 2012
Page 11

NJR (2009). National Joint Registry for England and Wales, 6th Annual Report, 2009, National Joint Registry.

Noble, P.C., J.W. Alexander, et al. (1988). The anatomic basis of femoral component design. Clin Orthop Relat Res 235: 148-65.

Noble, P.C., E. Kamaric, et al. (2003). Three-dimensional shape of the dysplastic femur: implications for THR. Clin Orthop Relat Res 417: 27-40.

Noble, P.C., A.D. Scheller, et al. (1987). Applied Design Criteria for Total Hip Prostheses. The Art of Total Hip Arthroplasty. W. T. Stillwell and J. L. Chandler. Orlando, Grune & Stratton, Inc.

Ong, K.L., E. Lau, et al. (2010). Risk of subsequent revision after primary and revision total joint arthroplasty. Clin Orthop Relat Res 25 May 2010.

Ostrum, R.F., E.Y.S. Chao, et al. (1994). Bone Injury, Regeneration, and Repair. Orthopaedic Basic Science. S. R. Simon. Iowa City, IA, American Academy of Orthopaedic Surgeons.

Paliwal, M., D.G. Allan, et al. (2008). Failure of three cementless modular total hip arthroplasty prostheses: a retrieval analysis. International Mechanical Engineering Congress and Exposition. ASME. Boston, Massachusetts, ASME. 2 (Biomedical and Biotechnology Engineering): 97-105.

Patel, A., J. Bliss, et al. (2009) Modular femoral stem-sleeve junction failure after primary total hip arthroplasty. Journal of Arthroplasty 24, e1-e5.

Paul, J. P. and D. A. McGrouther (1975). Forces transmitted at the hip and knee joint of normal and disabled persons during a range of activities  Acta Orthop 41: 78-88.

Pazzaglia, U.E., F. Ghisellini, et al. (1988). Failure of the stem in total hip replacement. A study of aetiology and mechanism of failure in 13 cases. Arch Orthop Trauma Surg 107(4): 195-202.

Pohler, O.E.M. (1986). Failures of Metallic Orthopedic Implants. Metals Handbook Ninth Edition. G.W. Powell and S.E. Mahmoud. Metals Park, Ohio, American Society for Metals. Volume 11 Failure Analysis and Prevention: 670-694.

Postak, P. D. and A. S. Greenwald (2001). The influence of modularity on the endurance performance of the Link MP hip stem. Orthopaedic Research Laboratories.

Postak, P. D. and A. S. Greenwald (2004). The influence of modularity on the endurance performance of the Portland Orthopaedics modular hip system. Orthopaedic Research Laboratories.

Radl R, Egner S, Hungerford M, Rehak P, Windhager R. (2005) Survival of cementless femoral components after osteonecrosis of the femoral head with different etiologies. J Arthroplasty 20(4):509-515.

August 31, 2012
Page 12

Richardson T., Higgonson J.S. Knee Osteoarthritis Results in Asymmetric Joint Moment Distribution During Gait. Paper presented at: 35th Annual Meeting of the American Society of Biomechanics; August 10-13, 2011; Long Beach, CA.

Savarino, L., M. Greco, et al. (2006). Differences in ion release after ceramic-on-ceramic and metal-on-metal total hip replacement. J bone Joint Surg Br 88-B: 472-476.

Schaaff, P. (2004). The role of fretting damage in total hip arthroplasty with modular design hip joints - evaluation of retrieval studies and experimental simulation methods. Journal of Applied Biomaterials and Biomechanics 2: 121-135.

Schmalzried, T. P., E. S. Szuszczewicz, et al. (1996). Factors correlating with long term survival of McKee-Farrar total hip prostheses. Clinical Orthopaedics and Related Research 329S: S48-S59.

Schramm, M., D.C. Wirtz, et al. (2000). The Morse Taper Junction in modular revision hip replacement - a biomechanical and retrieval analysis. Biomed. Technik 45: 105-109.

Schuh, A., C. Zeller, et al. (2007). Deep rolling of titanium rods for application in modular total hip arthroplasty. J Biomed Mater Res B 81B: 330-335.

Seedham, B. B. and N. C. Wallbridge (1985). Walking activities and wear of prostheses. Annals of Rheumatic Diseases 44: 838-843.

Seireg, A. and R. J. Arvikar (1975). The prediction of muscular load sharing and joint forces in the lower extremities during walking. Journal of Biomechanics 8: 89-102.

Shaffer S.J and W.A. Glaeser. "Fretting Fatigue," ASM Metals Handbook, Vol. 19, pp. 321-330.

Shanbhag, A. S., M. K. Sethi, et al. (2007). Biological Response to Wear Debris: Cellular Interactions Causing Osteolysis. The Adult Hip. J.J. Callaghan, A.G. Rosenberg and H.E. Rubash. Philadelphia, Lippincott Williams & Wilkins. Volume 1.

Sheet, A. M. D. Titanium, Ti. 2011, from http://asm.matweb.com/search/specificmaterial.asp?bassnum=MTP641.

Shelton, J. C., P. A. Williams, et al. (2006). Metal-on-metal hip simulator study of increased wear particle surface area due to 'severe' patient activity. Proceedings of the Institution of Mechanical Engineers, Part H: Journal of Engineering in Medicine 220(2): 279-287.

Shelton, J. C., P. A. Williams, et al. (2006). 'Severe' wear challenge to 'as-cast' and 'double heat-treated' large-diameter metal-on-metal hip bearings. Proceedings of the Institution of Mechanical Engineers, Part H: Journal of Engineering in Medicine 220(2): 135-143.

August 31, 2012
Page 13

Silva, M., C. Heisel, et al. (2007). Bearing Surfaces. The Adult Hip. J.J. Callaghan, A.G. Rosenberg and H.E. Rubash. Philadelphia, Lippincott Williams & Wilkins. Volume 1.

Simon, D., P. Beuale, et al. (2007). Long-term survivorship of the mallory-head calcar-replacing hip prosthesis - 4 to 15 year follow-up. Canadian Orthopaedic Association. Halifax, Nova Scotia, Canada, Journal of Bone and Joint Surgery-British Volume. 91B: 231.

Sokol, D. W. and A. H. Clauer (2004). Applications of laser peening T0 titanium alloys. ASME/JSME: Pressure Vessels and Piping Division Conference, San Diego, CA.

Spitzer, A.I. (2005) The S-ROM cementless femoral stem: history and literature review. OrthoSuperSite 1-9.

Stansfield, B. W., A. C. Nicol, et al. (2003). Direct comparison of calculated hip joint contact forces with those measured using instrumented implants. An evaluation of a three-dimensional mathematical model of the lower limb. Journal of Biomechanics 36(7): 929-936.

Suh KT, Kim SW, Roh HL, Youn MS, Jung JS. (2005) Decreased osteogenic differentiation of mesenchymal stem cells in alcohol-induced osteonecrosis. Clin Orthop Relat Res (431):220-225.

Swedish Hip Arthroplasty Register Annual Report 2008. Available at: www.jru.orthop.gu.se

Toni A., Sudanese A., et al. (2001). Cementless hip arthroplasty with a modular neck. Chir Organi Mov 86(2):73-85.

Theodorou, E.G., Provatidis, C.G., et al. (2011). Large diameter femoral heads impose significant alterations on the strains developed on femoral component and bone: A finite element analysis. Open Ortho J 5: 229-238.

Vaughn, B.K. (1995). Management of dislocation in total hip arthroplasty Operative Techniques in Orthopaedics 5(4): 341-348.

Vendittoli, P. A., S. Mottard, et al (2007). Chromium and cobalt ion release following the Durom high carbon content, forged metal-on-metal surface replacement of the hip. J bone Joint Surg Br 89-B: 441-448.

Viceconti, M., O. Ruggeri, et al. (1996). Design-related fretting wear in modular neck hip prosthesis. Journal of Biomedical Materials Research 30: 181-186.

Viceconti M., Baleani M., Squarzoni S., Toni A. (1997). Fretting Wear in a Modular Neck Hip Prosthesis. J Biomed Mater Res 35(2):207-216.

Villarraga, M.L. (2008). Overview of the Regulatory Process for Scientist Inventors.

Walker, P.S. (2001). Design and Performance of Joint Replacements. Chapman's Orthopaedic Surgery. M.W. Chapman, Lippincott Williams & Wilkins.

August 31, 2012
Page 14

Watkins, J. (1999). The Articular System. <u>Structure and Function of the Musculoskeletal System.</u> Human Kinetics.

Wilson, D.A.J., M. Dunbar, et al. (2010). Early failure of a modular femoral neck total hip arthroplasty component:  a case report. <u>Journal of Bone and Joint Surgery</u> 92: 1514-1517.

Witzleb, W. C., J. Ziegler, et al. (2006). Exposure to chromium, cobalt and molybdenum from metal-on-metal total hip replacement and hip resurfacing arthroplasty. <u>Acta Orthop</u> 77(5): 697-705.

Wolner, C., G. Nauer, et al. (2006). Possible reasons for the unexpected bad biocompatibility of metal-on-metal hip implants. <u>Materials Science and Engineering: C</u> 26(1): 34-40.

Woolson, S.T., J.P. Milbauer, et al. (1997) Fatigue Fracture of a Forged Cobalt-Chromium-molybdenum Femoral Component Inserted with Cement. A report of ten cases. <u>J Bone Joint Surg Am</u> 79 (12): 1842-8.

Wright, G., S. Sporer, et al. (2010). Fracture of a modular femoral neck after total hip arthroplasty:  a case report. <u>Journal of Bone and Joint Surgery</u> 92: 1518-1521.

Wroblewski, B.M. (1979). The mechanism of fracture of the femoral prosthesis in total hip replacement. <u>Int Orthop</u> 3(2): 137-9.

Wroblewski, B.M. (1982) Fractured stem in total hip replacement. A clinical review of 120 cases. <u>Acta Orthop Scand</u> 53(2):279-284.

Yeung, E., M. Jackson, et al. (2011). The effect of obesity on the outcome of hip and knee arthroplasty. <u>Int Orthop</u> 35(6): 929-934.

Yu YH, Chen AC, Hu CC, Hsieh PH, Ueng SW, Lee MS. (2012) Acute delirium and poor compliance in total hip arthroplasty patients with substance abuse disorders. <u>J Arthroplasty</u> 27 (8):1526-1529.

Yuan B, Taunton MJ, Trousdale RT. Total hip arthroplasty for alcoholic osteonecrosis of the femoral head. Orthopedics. Jun 2009;32(6):400.

August 31, 2012
Page 15

**Regulations and Procedures**

(1976). Medical Device Amendments of 1976. PL 94-295. U. S. Congress. Washington, D.C. 90 US Stat. 539.

(1990). Safe Medical Devices Act of 1990. PL 101-629. U. S. Congress. Washington, D.C. 104 US Stat 4511.

(1992). Medical Device Amendments of 1992. PL 102-300. U. S. Congress. Washington, D.C. 106 US Stat. 238.

ASTM (2005). F1612-95: Standard Practice for Cyclic Fatigue Testing of Metallic Stemmed Hip Arthroplasty Femoral Components with Torsion. West Conshohocken, Pennsylvania, ASTM.

ASTM (2008). F1440-92: Standard Practice for Cyclic Fatigue Testing of Metallic Stemmed Hip Arthroplasty Femoral Components Without Torsion. West Conshohocken, Pennsylvania, ASTM.

ASTM (2009). F1814-97a: Standard Guide for Evaluating Modular Hip and Knee Joint Components. West Conshohocken, Pennsylvania, ASTM.

ASTM (2009). F1875-98: Standard Practice for Fretting Corrosion Testing of Modular Implant Interfaces: Hip Femoral Head-Bore and Cone Taper Interface. West Conshohocken, Pennsylvania, ASTM.

ASTM (2009). F2068-09: Standard Specification for Femoral Prosthesis - Metallic Implants West Conshohocken, Pennsylvania, ASTM.

ASTM (2009). F2580-09: Standard Test Method for Evaluation of Modular Connection of Proximally Fixed Femoral Hip Prosthesis. West Conshohocken, Pennsylvania, ASTM.

FDA (1995). Guidance Document for Testing Non-Articulating, Mechanically Locked, Modular Implant Components, FDA, CDRH.

FDA (2007). Guidance for Industry and FDA Staff:  Non-clinical Information for Femoral Stem Prostheses, FDA, Center for Devices and Radiological Health.

FDA (2010). Medical Devices - Establishment Registration and Device Listing for Manufacturers and Initial Importers of Devices. 21 CFR § 807.

FDA (2010). Medical Devices - Postmarket Surveillance. 21 CFR § 822.

FDA (2010). Medical Devices - Premarket Approval of Medical Devices. 21 CFR § 814.

FDA (2010). Medical Devices - Quality System Regulation. 21 CFR § 820.

ISO 7206-4:2002 Implants for surgery -- Partial and total hip joint prostheses -- Part 4: Determination of endurance properties of stemmed femoral components

August 31, 2012
Page 16

ISO 7206-6:1992 Implants for surgery -- Partial and total hip joint prostheses -- Part 6: Determination of endurance properties of head and neck region of stemmed femoral components

ISO 7206-7:1993 Implants for surgery -- Partial and total hip joint prostheses -- Part 8: Endurance performance of stemmed femoral components without the application of torsion

ISO 7206-8:1995 Implants for surgery -- Partial and total hip joint prostheses -- Part 8: Endurance performance of stemmed femoral components with the application of torsion

ISO 13485:1996 Quality systems - Medical devices - Particular requirements for the application of ISO 9001


## Product Information

2011 Price List, Wright Medical Technology, Inc. - effective January 1, 2011

ProFemur Z_Revision_Stem_Surg_Technq / MH312-1006/2007

ProFemur Z Plasma Z Hip Systems Comparison MH 182-703 Rev. l.06/Articles of Interest

ProFemur Z Plasma Z Modular Hip Systems Brochure / Pamphlet MH 005-104 Rev. 3.06

ProFemur Z Surgical Technique MH 004-104 / 2005

ProFemur Z Surgical Technique MH 312-1006 / 2008

Total Hip System 136288-0 Brochure/Pamphlet

Conserve Total A-CLASS Brochure / Pamphlet

Total Hip System (C100018ab) Brochure / Pamphlet CE0120-C100018 Rev. ab 10/02

Hip Systems 128003-0-3 Brochure / Pamphlet CE0120-128003 Rev. 4 01/05

University of Ottawa Lab Studies

AOA National Joint Replacement Registry PROFEMUR Conventional Total Hip Investigation, September 2010

Swedish Hip Arthroplasty Register Annual Report 2007

National Joint Registry for England and Wales Annual Report 2009

Australian Orthopaedic Association Hip and Knee Arthroplasty Annual Report 2009

WMT PROFEMUR Modular Neck Update, December 3, 2010

Profemur Device & Development File

"WMT Modular Necks" History

1995 "Design Related Fretting" article by Viceconti,et al.

IOR Tech Report RPRAND 11 (10/04)

IOR Tech Report RPRAND 6 (06/00)

August 31, 2012
Page 17

Critt Report B04.12059 (12/04)

ER02-0020 Lab Test (03/08/02)

1995 "Fretting Wear" article by Viceconti,et al.

1996 "Fretting Wear" article by Viceconti, et al.

IOR Tech Report RPRAND 14 (02/05)

1997 article, "Metallic wear debris in dual modular hip arthroplasty" by Baleani,et al.

2007 Modular Hip Stems article

ER08-0085 Rev 00, "Modular Neck Replacement…" (08/08)

Technical Report: "Modular neck replacement during THA revision: evaluation of the taper connection stability

IOR Tec Report RPRAND 15 (05/05)

ER00-0068 Lab Test, "Evaluation of Axial Taper..." (08/20/00)

RDP 06-002-A Lab Test, "Evaluation of Fatigue Limit.." (01/25/06)

RDP 07-009A Lab Test, "Evaluation of Fatigue Limit…(2005)

IOR Tech Report RPRAND 17 (2005)

IOR Tech Report RPRAND 16 (2005)

AR000007AB, Summary Analysis of Project CE00008AA

AR00118 AB, Risk Management: Provides a list of risk and indicates for each risk the method used to an acceptable level

FM07-0013 Risk Analysis Revision 00 (05/07)

FM07-0013 Risk Analysis Revision 2 (12/07)

FM07-0013 Risk Analysis Revision 3 (02/05)

FM07-0013 Risk Analysis Revision 4 (10/08)

FM07-0013 Risk Analysis Revision 5 (04/09)

FM07-0013 Risk Analysis Revision 6 (04/09)

FM07-0013 Risk Analysis Revision 7 (05/09)

FM07-0013 Risk Analysis Revision 8 (05/10)

FM07-0013 Risk Analysis Revision 9 (01/11)

Lab test (FR) RDP 05-031A (12/05)

Never Compromise- A Twenty Year Review (12/10)

Profemur Modular Neck Update (12/10)

CAPA #172 Book 1

CAPA #172 Book 2

August 31, 2012
Page 18

07/30/10 Letter from Gary D. Henley

12/01/2008 Safety Alert Letter

Case Report- Dangles

Jefferies & Company Investment summary

Equity Research

Case Report- Atwood 2010

Case Report Wilson 2010

Device History – PHA0-0266 Profemur Z Plasma Stem [Lot: 036322218]

Device History – 38SP-5056 Converse Plus Spiked Cup [Lot: 125291154

Device History – 3801-5035 Converse Total Head [Lot: 07489314]

Device History – PHA0-1214 Profemur Neck [Lot: U0162701]

510(k) K003016 – Profemur Neck

510(k) K021349 – Head & Cup

510(k) K021346 - Stem

510(k) K051348 – Converse Total Femoral Head

510(k) K031963 – Converse Plus Spiked Shell and Converse Total 56mm Femoral Head

IFU 128003 [WMT file]

IFU 136288 [WMT file]

IFU 144881 [WMT File]

IFU 128003-0

IFU 128003-1

IFU 128003-2

IFU 128003-3

IFU 128003-5

IFU 128003-4

IFU 136288-0

IFU 136288-1

IFU 128003-5 [Duplicate]

IFU 128003-4 [Duplicate]

IFU 144881-0

IFU C100013ba WCP Hip System  [7/3/2001]

DTI0006AB Modular Collar for a Femoral Prosthesis Evolution (1)

August 31, 2012
Page 19

DTI0006AA Modular Femoral Prosthesis Design Original

Modular Joint Prosthesis Collars

[2006/01] Modular Neck Additions Development Team Meeting Minutes

71st AAOS Annual Meeting

MP 137-604 [11/05] Profemur Tapered Stem Surgical Technique

MH 339-401 [02/05] Profemur Total Hip System Surgical Technique

MH 198-703 [11/05] Profemur Total Hip System Surgical Technique

MH 277-1000 [09/03] Profemur Total Hip System Brochure

MH 179-708 [09/04] Profemur Total Hip Modular Neck System Technical Monograph

MH 179-708 [09/04] Profemur Z/Plasma Z Brochure

Profemur Z Surgical Technique

Articles of Interest: Zweymuller Total Hip Prosthesis

MH339-401 [2002] Profemur Surgical Technique

MH 198-703 [2003] Profemur Surgical Technique

MH 183-703 [2004] Profemur Z/Plasma Z Surgical Technique

MH 183-703 [2.06] History of Zweymuller Hips

Articles of Interest: Profemur Tapered Hip System

MH 166-604 [2004] Profemur Tapered Hip System Brochure

MH 110-395 [2005] Profemur Total Hip System Brochure

MH182-703 [2003] Profemur Z: How To Position the Profemur Z Hip System Against All Zweymuller Designs Competitive Comparison

MH 005-104 Profemur Z/Plasma Z Brochure

MH 408-708 [2008] Assembly and Impaction of Modular Junctions Instructions

Profemur E&E Surgical Technique [2007]

IFU 136288-0

IFU 136288-1

IFU 128003-5 [duplicate]

IFU 128003-4 [duplicate]

MH 005-104 [3.06] Profemur Z/Plasma Z Brochure

MH 021-103: Case Study: Hip Solutions Samuelson

MH 137-604 [2004] Profemur Tapered Stem Surgical Technique

MH 143-405 [8.06] Profemur Renaissance

MH 181-703 Article of Interest: Zweymuller Total Hip Prosthesis

August 31, 2012
Page 20

MH 183-703 [2.06] History of Zweymuller Hips [Duplicate]

MH 202-607 [2008] Never Compromise Twenty Year Review [Duplicate]

MH 282-905 [09.06] Profemur LX Surgical Technique

MH 143-503 [2003] Converse Total 6MM Shell with BFH Technology [Surgical Technique]

Profemur Total Hip System Brochure

200 plus Articles re: "Modular Neck CER References"

11/01/11 Index of Modular Complaint Fractures

Excerpts from WMT Complaint files identified in 11/1/11 index

WMT-TUC01506-1578 Complaint Investigation File – Tucker

WMT Complaint Files WMT-TUC1264-1505, 1579-1719


**Employment and Tax Documents**

Salary Information for Gregory Tucker, Turlock Irrigation District

Tax Records for Gregory and Rebecca Tucker, 2004 - 2011

Employment Records for Gregory, Turlock Irrigation District


**Medical Documents**

Medical Records and Radiographs for Gregory Tucker, University of California, San Francisco

Medical Records for Gregory Tucker, Active Orthopedic Medical Corporation

Medical Records for Gregory Tucker, Central California Orthopedic Medical Association

Medical Records for Gregory Tucker, Dr. James O. Hennan

Medical Records for Gregory Tucker, Dr. Gilbert Eggen

Medical Records for Gregory Tucker, Dr. John S. Martin

Medical Records for Gregory Tucker, Dr. Mark Winkler

Medical Records and Radiographs for Gregory Tucker, Emmanuel Medical Center

Medical Records and Radiographs for Gregory Tucker, Emmanuel Diagnostic Center

Medical Records for Gregory Tucker, Dr. Mohan P. Reddy

Medical Records and Radiographs for Gregory Tucker, Stanislaus Surgical Hospital Precision Imaging

Medical Records for Gregory Tucker, Tower Surgery Center

Medical Records and Radiographs for Gregory Tucker, Precision Health Imaging

Medical Records and Radiographs for Gregory Tucker, Turlock Imaging Services

August 31, 2012
Page 21

## Legal Documents

Plaintiff's Complaint, Case No. CGC 11-510778, Superior Court of California, County of San Francisco, California

Stipulated Protective Order, Case No. C 11-03086 YGR, United States District Court, Northern District of California, Oakland Division

Plaintiff Rebecca Tucker's Response to Defendant's Request for Production of Documents, Sets One and Two, United States District Court, Northern District of California

Plaintiff Gregory Tucker's Response to Defendant's Request for Production of Documents, Set Two, United States District Court, Northern District of California

Defendant Wright Medical Technology, Inc.'s answer and affirmative defenses to plaintiffs' complain, United States District Court: Northern District of California, San Francisco Division

Letter from Thomas Gray to Leila Qutami concerning gardner's bills and medical documents, July 27, 2012

## Depositions

Deposition of Gregory Tucker, United States District Court: Northern District of California, Oakland Division, June 29, 2012