UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY K. TUCKER and REBECCA TUCKER,<br><br>            Plaintiffs,<br><br>      v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC. et al.,<br><br>            Defendants. | Case No.: 11-cv-03086-YGR<br><br>**ORDER REGARDING HEARINGS ON JANUARY 15, 2013** |

Regarding Defendants' various motions to exclude, Defendants shall provide the Court with a form of order identifying <u>each specific opinion</u> regarding <u>each specific expert</u> that they wish to have excluded. The proposed order must be crafted in a manner such that the Court can grant or deny the request regarding each specific opinion. To the extent possible, the order should provide pincites in the expert reports and rebuttals for each opinion sought excluded. The proposed order shall be filed no later than <u>9:00 a.m. on Monday, January 14, 2013</u> and shall be emailed to the Court at ygrpo@cand.uscourts.gov.

**The parties are advised that the hearing on January 15, 2013 shall begin at 1:00 p.m.**

**IT IS SO ORDERED.**

Dated: January 11, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**