# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY K. TUCKER and REBECCA TUCKER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC. et al.,<br><br>　　　　Defendants. | Case No.: 11-cv-03086-YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

The Court understands, based upon the representations of the parties, that the above-captioned case has settled. (Dkt. No. 148.) Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on Friday, May 17, 2013 on the Court's 9:01 a.m. calendar in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: March 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**