Joseph H. Fagundes, Esq. #95264
Thomas M. Gray, Esq. #265212
MALM FAGUNDES LLP
6 El Dorado South, Suite 315
Stockton, CA  95202
Telephone: (209) 870-7900
Fax: (209) 870-7922

Attorneys for Plaintiffs
GREGORY K. TUCKER and REBECCA TUCKER

Daniel J. Herling (SBN 103711)
Michelle Gillette (SBN178734)
Howard I. Miller (SBN 251878)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
& POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone:      415-432-6000
Facsimile:      415-432-6001
mgillette@mintz.com

Michael V. Kell (*pro hac vice*)
Michael O. Fawaz (*pro hac vice*)
HOWARD & HOWARD
450 West Fourth Street
Royal Oak, MI  48067-2557
Telephone:      248.723.0480
Facsimile:      248.645.1568
MKell@howardandhoward.com
MFawaz@howardandhoward.com

Attorneys for Defendant Wright Medical Technology,
Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| GREGORY K. TUCKER and REBECCA TUCKER, <br><br> Plaintiffs, <br><br> vs. <br><br> WRIGHT MEDICAL TECHNOLOGY, INC., WRIGHT MEDICAL GROUP, INC., and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 4:11-cv-03086 YGR <br><br> **JOINT STATEMENT RE SETTLEMENT AND DISMISSAL** <br><br> Action Filed:  May 6, 2011 <br><br> Hearing Date: May 17, 2013 <br> Time: 9:00 a.m. |

1    This statement is jointly submitted by Plaintiffs Gregory and Rebecca Tucker, and Defendant

2 Wright Medical Technology, Inc., to update the Court on the progress of final settlement and dismissal of

3 this matter.

4    The language for the settlement agreement has been finalized.  Both Plaintiffs and Defendant

5 have signed the final settlement agreement.

6    Plaintiffs' counsel provided defendant's counsel with the necessary tax forms and other necessary

7 payment information on May 9, 2013, and the payment check was ordered.  The check should be

8 available in 7-10 business days, at which time the check will be forwarded to Plaintiffs' counsel.  As

9 soon as the payment is received by plaintiffs' counsel, the entire action will be dismissed.

10

11   It is anticipated that a stipulation to dismiss the entire action will be filed within days of the

12 compliance hearing set for May 17, 2013.

13 DATED:  May 10, 2013                              MALM FAGUNDES LLP

14

15

16                                                  By:  /s/ Thomas M. Gray
                                                        Joseph H. Fagundes
17                                                      Thomas M. Gray
                                                        Attorneys for Plaintiffs GREGORY K.
18                                                      TUCKER and REBECCA TUCKER

19

20 DATED:   May 10, 2013                              MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                                    & POPEO, P.C.
21

22                                                  By:   /s/ Michelle Gillette
                                                        Michelle Gillette
23                                                      Howard Miller
                                                        Daniel Herling
24

25                                                  HOWARD & HOWARD ATTORNEYS PLLC

26                                                  By: _____
                                                        Michael O. Fawaz (*pro hac vice*)
27                                                      Attorneys for Defendant Wright Medical
                                                        Technology, Inc.
28

17776121v.1

JOINT STATEMENT RE SETTLEMENT AND DISMISSAL
CASE NO. 4:11-CV-03086-YGR