Joseph H. Fagundes, Esq. #95264
Thomas M. Gray, Esq. #265212
MALM FAGUNDES LLP
6 El Dorado South, Suite 315
Stockton, CA  95202
Telephone: (209) 870-7900
Fax: (209) 870-7922

Attorneys for Plaintiffs
GREGORY K. TUCKER and REBECCA TUCKER

Daniel J. Herling (SBN 103711)
Michelle Gillette (SBN178734)
Howard I. Miller (SBN 251878)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
& POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone:    415-432-6000
Facsimile:    415-432-6001
mgillette@mintz.com

Michael V. Kell (*pro hac vice*)
Michael O. Fawaz (*pro hac vice*)
HOWARD & HOWARD
450 West Fourth Street
Royal Oak, MI  48067-2557
Telephone:    248.723.0480
Facsimile:    248.645.1568
MKell@howardandhoward.com
MFawaz@howardandhoward.com

Attorneys for Defendant Wright Medical Technology, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| GREGORY K. TUCKER and REBECCA TUCKER,<br><br>    Plaintiffs,<br><br>vs.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., WRIGHT MEDICAL GROUP, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 4:11-cv-03086 YGR<br><br>**JOINT STATEMENT RE SETTLEMENT AND DISMISSAL** ; and ORDER<br><br>Action Filed:  May 6, 2011<br><br>Hearing Date: May 31, 2013<br>Time: 9:00 a.m. |

1

JOINT STATEMENT RE SETTLEMENT AND DISMISSAL
CASE NO. 4:11-CV-03086-YGR

This statement is jointly submitted by Plaintiffs Gregory and Rebecca Tucker, and Defendant Wright Medical Technology, Inc., to update the Court on the progress of final settlement and dismissal of this matter.

Both Plaintiffs and Defendant have signed the final settlement agreement. The settlement funds will be express mailed to Plaintiffs' counsel to be received the morning of May 30, 2013.

It is anticipated that a stipulation to dismiss the entire action will be filed within days of the compliance hearing set for May 31, 2013.

DATED:  May 28, 2013                                MALM FAGUNDES LLP


By: */s/* Thomas M. Gray
    Joseph H. Fagundes
    Thomas M. Gray
    Attorneys for Plaintiffs GREGORY K.
    TUCKER and REBECCA TUCKER


DATED:   May 28, 2013                               MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                                                    & POPEO, P.C.

By:  /s/ Michelle Gillette
     Michelle Gillette
     Daniel Herling

HOWARD & HOWARD ATTORNEYS PLLC

By: _____
    Michael O. Fawaz (*pro hac vice*)
    Attorneys for Defendant Wright Medical
    Technology, Inc.

ORDER

The compliance hearing is continued to June 14, 2013 at 9:01 am. The parties shall file a stipulation of dismissal upon receipt of the settlement funds and the hearing will be taken off calendar when received. If a stipulation of dismissal is not filed by June 12, 2013, the parties shall file another joint statement.

Dated: May 30, 2013

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

2
JOINT STATEMENT RE SETTLEMENT AND DISMISSAL
CASE NO. 4:11-CV-03086-YGR