1  Joseph H. Fagundes, Esq. #95264
   Thomas M. Gray, Esq. #265212
2  MALM FAGUNDES LLP
   6 El Dorado South, Suite 315
3  Stockton, CA  95202
   Telephone: (209) 870-7900
4  Fax: (209) 870-7922

5  Attorneys for Plaintiffs
   GREGORY K. TUCKER and REBECCA TUCKER
6

7  Daniel J. Herling (SBN 103711)
   Michelle Gillette (SBN178734)
8  Howard I. Miller (SBN 251878)
   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
   & POPEO, P.C.
9  44 Montgomery Street, 36th Floor
   San Francisco, California 94104
10 Telephone:    415-432-6000
   Facsimile:    415-432-6001
11 mgillette@mintz.com

12 Michael V. Kell (*pro hac vice*)
   Michael O. Fawaz (*pro hac vice*)
13 HOWARD & HOWARD
   450 West Fourth Street
14 Royal Oak, MI  48067-2557
   Telephone:    248.723.0480
15 Facsimile:    248.645.1568
   MKell@howardandhoward.com
16 MFawaz@howardandhoward.com

17 Attorneys for Defendant Wright Medical Technology,
   Inc.
18
                    IN THE UNITED STATES DISTRICT COURT
19
                 NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
20

21 GREGORY K. TUCKER and REBECCA          Case No. 4:11-cv-03086 YGR
   TUCKER,
22                                         **STIPULATION TO DISMISS**
          Plaintiffs,
23
   vs.                                     Action Filed:  May 6, 2011
24
   WRIGHT MEDICAL TECHNOLOGY, INC.,        Hearing Date: May 17, 2013
25 WRIGHT MEDICAL GROUP, INC., and DOES 1  Time: 9:00 a.m.
   through 100, inclusive,
26
          Defendants.
27

28
                                         1
   STIPULATION TO DISMISS
   CASE NO. 4:11-CV-03086-YGR

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
6/12/2013

IT IS HEREBY STIPULATED, by the parties through their respective counsel, that the entire action brought by the Plaintiffs GREGORY K. TUCKER and REBECCA TUCKER, shall be dismissed with prejudice due to the parties reaching a settlement. This dismissal is made pursuant to the Federal Rules of Civil Procedure Rule 41(a).

DATED: June 7, 2013

MALM FAGUNDES LLP

By: /s/ Thomas M. Gray
    Joseph H. Fagundes
    Thomas M. Gray
    Attorneys for Plaintiffs GREGORY K.
    TUCKER and REBECCA TUCKER

DATED:   June 7, 2013

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.

By:   /s/ Michelle Gillette
     Michelle Gillette
     Howard Miller
     Daniel Herling

HOWARD & HOWARD ATTORNEYS PLLC

By: _____
    Michael O. Fawaz (*pro hac vice*)
    Attorneys for Defendant Wright Medical
    Technology, Inc.

2

STIPULATION TO DISMISS
CASE NO. 4:11-CV-03086-YGR